# Exhibit U

Case 1:22-cv-01144-RC   Document 1-21   Filed 04/26/22   Page 2 of 45

Login    Watch TV

**FACEBOOK**   ·   **Published** February 25, 2021 5:30am EST

# Facebook apologizes for 'mistake' in threatening to ban 81-year-old woolen pig knitter for hate speech

Rita Rich-Mulcahy had commented "white pigs" in a Facebook post about white rabbits

By **Brie Stimson** | **Fox News**



00:00 / 03:41                                                          

**El Paso Sheriff's Officers Association says Facebook blocked page without warning**

Pete Faraone, president of the El Paso County Sheriff's Officers Association, argues 'there is nothing on our page that we've done that would violate community standards.'

NEW    You can now listen to Fox News articles!

[Facebook](#) has apologized after [threatening to permanently ban](#) an 81-year-old knitter who makes woolen pig dolls for hate speech violations involving the word "pigs."

4/8/22, 11:55 AM
Case 1:22-cv-01414-RC Document 1-21 Filed 04/26/22 Page 3 of 45
Facebook apologizes for mistake after threatening to ban 81-year-old who knits woollen pig for hate speech | Fox News

Rita Rich-Mulcahy, who lives in Australia, began knitting the little pigs to deal with her grief after her husband died last year and set up a Facebook page devoted to the creations, according to the Telegraph.

Recently, the self-described "porcophile" found herself accused of "hate speech" by the tech company because she used the term "white pigs" in a comment under a photo about white rabbits and she captioned one of her pig photos "high-viz pigs." Facebook also removed the posts.

Rich-Mulcahy said for someone who never even had so much as an overdue library book, an accusation of "hate speech" was "frightening."

## CONSERVATIVE LEADERS CALL FOR STATE ATTORNEYS GENERAL TO PROBE FACEBOOK, TWITTER AND GOOGLE OVER LIBERAL BIAS

"One was on February 1, when a friend in Shrewsbury posted 'white rabbits, white rabbits' as it was the first of the month. And I said 'No, white pigs, white pigs!' Everyone on the knit site and my page knows I am a porcophile," she explained, according to the Shropshire Star.  "Facebook obviously uses a bot to trawl around Facebook and I had made two comments, totally innocent, which the bot saw as hate speech."

Facebook eventually apologized for the "mistake" and restored the posts. The company did not immediately respond to an after-hours email from Fox News.

"Our systems made a mistake here and the comments have now been reinstated. We do sometimes make mistakes when reviewing content, which is why we give people the opportunity to appeal against our decisions."

## CLICK HERE TO GET THE FOX NEWS APP

The pigs Rich-Mulcahy began knitting last year, which have names like Pigcasso and Francis Bacon, will be sold to raise money for a charity that helps disadvantaged children, according to the Telegraph.

Facebook apologizes for mistake after threatening to ban 81-year-old who knits woollen pigs for hate speech | Fox News

## Sponsored Stories

### Woman That Flatlined Awakes With A Strange Message

Sponsored | Affluent Planet

### Kat Von D Made A Dramatic Change To Her Appearance

Sponsored | Maternity Week

### Oscars 2022: Best and Worst Dressed

Sponsored | Livingly

### The Pioneer In Fresh Baby Food: Meet Yumi

Sponsored | YUMI

### What's a 'Karen' Haircut? Here's What To Avoid

Sponsored | It's Rosy

### Will You Own The Next Coinbase?

Sponsored | The Legacy Report

Ads by Yahoo

## More From Fox News

### Obama tweets to save face after embarrassing Biden video surfaces

Fox News

### Video of Will Smith's frustration with wife Jada Pinkett Smith resurfaces after Oscars…

Fox News

### Slovakia donates air defense system to Ukraine to save lives from 'aggression of the…

Fox News

### Bodies of California women last seen at wedding found in car submerged in river

Fox News

### NY judge dies by suicide weeks after federal agents search his home

Fox News

### Brian Stelter flails as college freshman confronts him on CNN's 'disinformation' on…

Fox News

## More From Fox News



**Heckler interrupts Barrett at Reagan library, her response sparks laughs, applause from crowd**



**'How to Murder Your Husband' fiction author on trail for real-life murder in Oregon**



**California homeowner turns tables on suspected burglar, dishes out nasty beatdown**



**Jada Pinkett Smith's ex-'entanglement' exposes details**



**Florida man, sister-in-law fight off attempted robbers on street: 'WWE**



**US Navy intends to decommission some of its newest warships**

of their affair in new song

stuff'







**California man finds 7-foot snake behind couch cushion**

**Ohio man sentenced to time served in neighbor's asphyxiation death after pleading guilty to…**

**Bruce Willis, wife Emma go 'off the grid' for hike in touching photos taken by their daughter**



4/8/22, 11:55 AM
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 6 of 45
Facebook apologizes for mistake after threatening to ban 81-year-old who knits woollen pigs for hate speech | Fox News

## Coronavirus

## U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

## World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

## Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign Policy

Polls

Elections

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

4/8/22, 11:55 AM
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 7 of 45
Facebook apologizes for mistake after threatening to ban 81-year-old who knits woollen pigs for hate speech | Fox News

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance

Supplier Diversity

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## Other

Fox Weather

Fox Nation

Fox News Shop

Fox News Go

Fox News Radio

Newsletters

Podcasts

Apps & Products

4/8/22, 11:55 AM
Facebook apologizes for mistake after threatening to ban 81-year-old who knits woollen pigs for hate speech | Fox News

Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 8 of 45

New Terms of Use    New Privacy Policy    Do Not Sell my Personal Information    Closed Captioning Policy    Help
Contact Us    Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2022 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.



        

SUBSCRIBE

ADVERTISMENT



PLANTS AND ANIMALS

New Magic
Mushroom Species
Discovered In
Australian
Wilderness



PLANTS AND ANIMALS

Horde Of Sea Lions
Break Into Fish Farm
In Canada And
Refuse To Leave



PLANTS AND ANIMALS

Researchers
Identified Over 5,500
New Viruses In The
Ocean, Including A
Missing Link In Viral
Evolution



PLANTS AND ANIMALS

First Recorded Case
Of Meningitis In A
Greenland Shark
Uncovered In
Necropsy

ADVERTISMENT          ADVERTISMENT

# Facebook Banned This Perfectly Innocent Photo Of A Puppy, For Obvious Reasons

**6.8K**
SHARES

 Share on Facebook

 Share on Twitter

+



PLANTS AND ANIMALS

NIKKI IBAOS / FACEBOOK

Facebook has some pretty strict guidelines when it comes to what they allow on their site. They'll
allow man nipples, but won't allow any sexually suggestive content, for instance. They'll allow fake
news to spread like wildfire, but they won't tolerate even the merest hint of a female nipple,
breastfeeding included.

POPULAR STORIES



Pandora Is
Ditching Mined
Diamonds,
Moving To
Sustainable
Lab-Made Alternatives Only

PROMOTED STORI



Unfortunately, sometimes their "no nudity" policy can lead to a few wrong decisions when their image-recognition software decides to be over cautious.



By James Felton

14 MAY 2018, 15:02



Alexa helped this mom of two kids when she

Amazon Alexa





Discover an Easier Way to Compare

NerdWallet

Read This Before You Renew Amazon

Capital One Shopping

WEEK IN SCIENCE

The IFLScience Newsletter

Sign up today to get weekly science coverage direct to your inbox

SIGNUP

ADVERTISMENT

Top Articles

READ MORE

The Magic And Mystery Of Turbulence

One dog owner found this out last week, after posting a photo of his cute little puppy. He held it in his hand, for scale.

Unfortunately, the algorithm, after someone reported the post, appears to have mistaken the Mexican Hairless puppy – or Xoloitzcuintli – for a penis, earning the picture an instant ban from the social network.

It was so penisy, he received the standard notification reserved for obscene posts:

"We've hidden this post because it doesn't follow our community standards. It'll be deleted from Facebook soon."

The picture has since been put back up.



Father meets son     #MexicanHairless #Xoloitzcuintli

*Edit:
Disclaimer: This story is exclusively managed by Kennedy News and Media.
To license or use, please contact news@kennedynews.co.uk or call +44 161
660 8596.





The post was reported by another user of a group for animal lovers, because, in fairness, it really
does look like a penis.

"I got a notification saying it had been blocked a few minutes after I posted it to the group," Nikki told
the Mirror. "It's really hard for me to see the penis perspective because when I look at it I always just
see the puppy."

Screenshots of the post have gone viral on Twitter as well as Facebook, with many other people
convinced at first that they were looking at a penis, not a puppy.

Explore what's happening on Twitter

Explore what's happening on Twitter

Even Twitter censored the pic.



The puppy is now a minor Twitter celebrity.



This isn't the only hairless animal Facebook mixup this year.

Last month, this hairless wombat baby was mistaken for a human baby, with one Facebook user commenting "OMG Congratulations! He's beautiful x I miss you so much", before realizing "FACK I DIDN'T LOOK PROPERLy I THOUGHT YOUD HAD YOUR BABY I'M SO SORRY OMG".



Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 13 of 45
Facebook Banned This Perfectly Innocent Photo Of A Puppy For Obvious Reasons | IFLScience



3:30 AM · Apr 18, 2018 ⓘ

Read the full conversation on Twitter

♡ 51.3K  💬 Reply  🔗 Copy link

Read 256 replies

Sponsored Stories                                    Recommended by



[Pics] Break Up Notes That Are Too Funny Not To Laugh
Definition

70% off. We are selling off our remaining magic metal windmills.
Biologytrainingaid®



This Game is So Beautiful. If You Have a Computer it's a Must-Have.
Raid: Shadow Legends



Read This Before You Renew Amazon Prime Again
Capital One Shopping



One Trick To Quit Smoking Naturally Without Negative Side Effects
Quit Smoking Naturally



[Photos] Man Saves Her Baby Then Mama Elephant Does This
12Up

You Might Also Like

Got an eye for saving?    Get Quote
Progressive Insurance

70% off. We are selling off our remaining magicmetal windmills.
acsthper



Hilarious Tattoo Fails (These People May Never Be Employed)
Auto Overload



Dire Wolves Were Not Actually Wolves At All, Surprising Study Reveals



Exploding Whale Caught On Camera As Boat Pulls Up To Decaying Carcass



Spectacular Footage Of Narwhals Reveals The True Purpose Of Their Tusks

Popular in the Community

AdChoices ▷                    Sponsored

## OUR COMMUNITY



💬 **1,942**

Comments posted on IFL Science this month

Comment

AdChoices ▷                    Sponsored

## Conversation  4 Comments

Commenting as **Guest**                    🔔 Log in  Sign up

What do you think?                                   📷

Sort by Best ⌄

**B**  blah · 7 April, 2021                                   ⋯

"Allows misinformation to spread like wildfire" says a clickbait website that is pretty clear at cherrypicking one-sided arguments online and allowing it's followers to denigrate others in the comments sections with impunity.

Reply  👍 👎 5

> **JL** · 7 April, 2021                                   ⋯
>
> Doesn't mean they're wrong though, does it?
>
> Reply  👍 6 👎

↳ Show 1 more reply

**FU**  Farcebook user · 3 December, 2021                                   ⋯

I run a group on Facebook related to equine reproduction. Someone posted a photo of an abscess on a mare's udder with a question - all perfectly legitimate. Facebook took the post down citing it as "Adult Nudity".

I suppose it was in a way, it's just that it was adult horse nudity. It seems that hor...See more

Reply  👍 👎

Powered by ⚙ OpenWeb                    Terms | Privacy | Feedback

Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 15 of 45

AdChoices                     Sponsored

   BUY           

Ross-Simons - 7x5mm
Turquoise Highway
Ring in 18kt Gold Ove...
Ross Simons

[Photos] Don't Dress Yourself
Old: 45 Items That Make You
Look Older
Culturess

[Pics] Girl Makes 6 Babysitters
Quit So Mom Records 7th
top5.com

## 🧪 IF YOU LIKED THIS STORY, YOU'LL LOVE THESE



SHARE

PLANTS AND ANIMALS

7 APR 2022

Genetically Modified Glowing
Fish Have Escaped Into
Brazilian Wild Creeks

SHARE

PLANTS AND ANIMALS

7 APR 2022

Do Bugs Sleep?

SHARE

PLANTS AND ANIMALS

7 APR 2022

Battle Scars Of "Big John"
Hint At Triceratops Fight
Clubs

SHARE

PLANTS AND ANIMALS

7 APR 2022

Mushrooms May "Talk" To
Each Other And Have
Vocabulary Of 50 "Words"

SHARE

PLANTS AND ANIMALS

6 APR 2022

Palaeontologists Rejoice As
"Prehistoric Planet" Presents
A Realistic View Of The
Cretaceous

SHARE

PLANTS AND ANIMALS

6 APR 2022

3D-Printed Prosthetic
Casque Saves Great
Hornbill's Life After Cancer
Diagnosis

| NAVIGATION | CONTACT | EDITORIAL | LEGAL |
|---|---|---|---|
| Home | Submit News | Editorial Mission | Terms of Use |
| Team | Contact | Correction Policy | Privacy Policy |
| About | | | Cookie Policy |
| Careers | | | |
| Subscribe | | | |

Case 1:22-cv-01144-RC Document 1-2 Filed 04/26/22 Page 16 of 45

**MEDIA** · **Published** August 6, 2018 5:19am EDT

# Twitter apologizes after conservative commentator Candace Owens was briefly locked out of her account

By **Ryan Gaydos** , | **Fox News**

**Owens: Nothing 'savagely wrong' with disagreeing with Dems**

Candace Owens reacts after Sen. Cory Booker says there is something 'savagely wrong' in America and discusses the outrage over New York Times' new editorial board member.

NEW    You can now listen to Fox News articles!

Twitter apologized Sunday after locking out conservative commentator Candace Owens from her account after she was accused of violating the social media platform's rules.

Case 1:22-cv-01144-RC   Document 21   Filed 04/26/22   Page 17 of 45

Twitter Support sent an email to Owens apologizing for locking her account and admitted to making an error. Owens responded to the unlocking of her account in a tweet.

"BLOWN AWAY by the amount of patriots that just came to my side to make this happen," Owens said in a tweet, adding she was "blessed to know you all."



4/8/22, 11:57 AM Twitter apologizes after conservative commentator Candace Owens was briefly locked out of her account | Fox News

Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 18 of 45

Owens' Turning Point USA colleague Charlie Kirk tweeted earlier Sunday Owens was suspended after she copied tweets from New York Times editorial board member Sarah Jeong.

Owens swapped Jeong's tweets using different races and religions. Jeong came under fire last week after old tweets surfaced of her lashing out against white people.

"Black people are only fit to live underground like groveling goblins. They have stopped breeding and will all go extinct soon. I enjoy being cruel to old black women," Owens tweeted.



Owens also swapped in Jewish people in a tweet that has since-been deleted.

Kirk and Katrina Pierson, a senior adviser to President Trump's 2020 campaign, were among the conservatives who slammed Twitter over Owens' brief banishment.

"UNREAL! @RealCandaceO has been banned from tweeting for 12 hours because she allegedly violated Twitter terms in service," Kirk wrote in a tweet. "She tweeted nothing wrong! And interestingly @sarahjeong hasn't been banned or suspended. Why was Candace banned? Because she is a conservative."

**Charlie Kirk**
@charliekirk11

By the way, she got banned by COPYING @sarahjeong tweets and replacing “white” with “black” and then @Twitter bans her for 12 hours

Double standard!!

> **Charlie Kirk** @charliekirk11
> UNREAL!
>
> @RealCandaceO has been banned from tweeting for 12 hours because she allegedly violated Twitter terms in service
>
> She tweeted nothing wrong!
>
> And interestingly @sarahjeong hasn’t been banned or suspended
>
> Why was Candace banned?
>
> Because she is a conservative

9:29 AM · Aug 5, 2018

6.4K Reply Copy link to Tweet

Read 532 replies

Pierson added: .@RealCandaceO was banned by @Twitter because @Jack approves of racists attacks against white people and this proves it. She literally quoted the #NYT editor swapping race. I wonder what would happen if all #whitepeople deleted the Twitter app one day? Snapchat anyone?

**Katrina Pierson**
@KatrinaPierson

.@RealCandaceO was banned by @Twitter because @Jack approves of racists attacks against white people and this proves it. She literally quoted the #NYT editor swapping race. I wonder what would happen if all #whitepeople



Case 1:22-cv-01144-RC Document 1-2 Filed 04/26/22 Page 20 of 45

deleted the Twitter app one day? Snapchat anyone?



12:38 PM · Aug 5, 2018 ⓘ

♡ 4.4K 💬 Reply 🔗 Copy link to Tweet

**Read 321 replies**

The New York Times last week revealed it was standing by its hiring of Jeong despite several derogatory tweets of hers aimed at white people.

"We hired Sarah Jeong because of the exceptional work she has done … her journalism and the fact that she is a young Asian woman have made her a subject of frequent online harassment. For a period of time she responded to that harassment by imitating the rhetoric of her harassers," The Times said in a statement. "She regrets it, and The Times does not condone it."

The paper said it had "candid conversations" with Jeong during the interview process that included a "thorough vetting" and review of her social media history. The Times said it is "confident that she will be an important voice for the editorial board moving forward."

*Fox News' Brian Flood contributed to this report.*

Ryan Gaydos is the sports editor for Fox News and Fox Business. Story tips can be sent to Ryan.Gaydos@fox.com.

4/8/22, 11:57 AM
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 21 of 45
Twitter apologizes after conservative commentator Candace Owens was briefly locked out of her account | Fox News

## Sponsored Stories

### Woman That Flatlined Awakes With A Strange Message

Sponsored | Affluent Planet

### Kat Von D Made A Dramatic Change To Her Appearance

Sponsored | Maternity Week

### Oscars 2022: Best and Worst Dressed

Sponsored | Livingly

### The Pioneer In Fresh Baby Food: Meet Yumi

Sponsored | YUMI

### What's a 'Karen' Haircut? Here's What To Avoid

Sponsored | It's Rosy

### Will You Own The Next Coinbase?

Sponsored | The Legacy Report

## More From Fox News

### Obama tweets to save face after embarrassing Biden video surfaces

Fox News

### Video of Will Smith's frustration with wife Jada Pinkett Smith resurfaces after Oscars…

Fox News

### NY judge dies by suicide weeks after federal agents search his home

Fox News

### Bodies of California women last seen at wedding found in car submerged in river

Fox News

### 'How to Murder Your Husband' fiction author on trail for real-life murder in Oregon

Fox News

### Bruce Willis, wife Emma go 'off the grid' for hike in touching photos taken by their…

Fox News

Ads by Yahoo

## More From Fox News



**Heckler interrupts Barrett at Reagan library, her response sparks laughs, applause from crowd**



**California homeowner turns tables on suspected burglar, dishes out nasty beatdown**



**Brian Stelter flails as college freshman confronts him on CNN's 'disinformation' on Hunter Biden,…**







4/8/22, 11:57 AM
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 22 of 45
Twitter apologizes after Conservative Commentator Candace Owens was briefly locked out of her account | Fox News

### US Navy intends to decommission some of its newest warships

### Georgia basketball players chase down, violently attack referee at youth game, shocking video shows

### Georgia driver's dashcam captures plane crashing onto busy highway







### Will Smith, Chris Rock slap 'an assault,' 9-time Oscars host Billy Crystal says

### Slovakia donates air defense system to Ukraine to save lives from 'aggression of the Putin…

### Florida man, sister-in-law fight off attempted robbers on street: 'WWE stuff'



## Coronavirus

## U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

## World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

## Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign Policy

Polls

Elections

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

4/8/22, 11:57 AM
Twitter apologizes after conservative commentator Candace Owens was briefly locked out of her account | Fox News
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 24 of 45

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance

Supplier Diversity

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## Other

Fox Weather

Fox Nation

Fox News Shop

Fox News Go

Fox News Radio

Newsletters

Podcasts

Apps & Products

4/8/22, 11:57 AM                    Twitter apologizes after conservative commentator Candace Owens was briefly locked out of her account | Fox News

Case 1:22-cv-01144-RC   Document 1-21   Filed 04/26/22   Page 25 of 45

New Terms of Use     New Privacy Policy     Do Not Sell my Personal Information     Closed Captioning Policy     Help
Contact Us     Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2022 FOX News Network, LLC. All rights
reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and
implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.



ON THE AIR (HTTP://OZFM.COM/ON-THE-AIR/)

# (HTTP://OZFM.COM)

MORNING JAM (HTTP://OZFM.COM/ON-THE-AIR/MORNING-JAM/)

MIDDAYS (HTTP://OZFM.COM/ON-THE-AIR/MIDDAYS/)

AFTERNOON DRIVE (HTTP://OZFM.COM/ON-THE-AIR/AFTERNOON-DRIVE/)

EVENINGS (HTTP://OZFM.COM/ON-THE-AIR/EVENINGS/)

JIGS AND REELS (HTTP://OZFM.COM/ON-THE-AIR/JIGS-AND-REELS/)

RICK DEES WEEKLY TOP 40 (HTTP://OZFM.COM/RICK-DEES/)

THE PARTY MIX (HTTP://OZFM.COM/PARTYMIX/)

THE J O ZONE (HTTP://OZFM.COM/SHOWS/JO-ZONE/)

HOSTS (HTTP://WWW.OZFM.COM/HOSTS)

RANDY SNOW (HTTP://OZFM.COM/HOSTS/RANDY-SNOW/)

STEPHANIE O'BRIEN (HTTP://OZFM.COM/HOSTS/STEPHANIE-OBRIEN/)

ROBERT SHAWN (HTTP://OZFM.COM/HOSTS/ROBERT-SHAWN/)

STEPHEN LETHBRIDGE (HTTP://OZFM.COM/HOSTS/STEPHEN-LETHBRIDGE/)

HUGH CAMPBELL (HTTP://OZFM.COM/HOSTS/HUGH-CAMPBELL/)

DANIELLE BUTT (HTTP://OZFM.COM/HOSTS/DANIELLE-BUTT/)

SHANNELL LEWIS (HTTP://OZFM.COM/HOSTS/SHANNELL-LEWIS/)

⧉Popup (http://ozfm.com/popup-player/)                    ▷ Listen

MITCH COLBOURNE (HTTP://OZFM.COM/HOSTS/MITCH-COLBOURNE/)

BIRTHDAY GREETINGS (HTTP://OZFM.COM/BIRTHDAYS/)

SCHOOL INFO (HTTP://OZFM.COM/SCHOOLINFO/)

CONTACT US (HTTP://OZFM.COM/CONTACT/)

FACEBOOK (HTTPS://WWW.FACEBOOK.COM/OFFICIALOZFM)

TWITTER (HTTPS://TWITTER.COM/OFFICIALOZFM)

INSTAGRAM (HTTPS://WWW.INSTAGRAM.COM/OFFICIALOZFM/)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/NEWFOUNDLANDSOZFM)

COVID-19 (HTTP://OZFM.COM/COVID19INFO/)

ADVERTISE (HTTP://NTV.CA/ABOUT-US/ADS/)

DONATE TO UKRAINE RELIEF (HTTPS://TINYURL.COM/DONATE-UKRAINE-OZ)

     ▷ LISTEN      POPUP (HTTP://OZFM.COM/POPUP-PLAYER/)

# (HTTP://OZFM.COM)



(https://www.facebook.com/sharer/sharer.php?

u=http%3A%2F%2Fozfm.com%2Fstephen-

Popup (http://ozfm.com/popup-player/)      Listen

# twitter-apologizes-for-banning-people-who

# tweeted-memphis%2F)

## STEPHEN: TWITTER APOLOGIZES FOR BANNING PEOPLE WHO TWEETED "MEMPHIS"

Published on March 16th, 2021 @ 3:19 PM

-Advertisement-



⬚ Popup (http://ozfm.com/popup-player/)                    ▷ Listen

4/8/22, 11:59 AM
Case 1:22-cv-01144-RC Document 1-31 Filed 04/26/22 Page 29 of 45
Stephen: Twitter apologizes for banning people who tweeted "Memphis" - OZ FM

(https://dev.ntv.ca/revive/www/delivery/ck.php?
oaparams=2__bannerid=132__zoneid=5__source=0.0.0.0%2F0__cb=e38f384434__oadest=http%

Twitter, in its arbitrary glory, decided that anyone who tweeted the word "Memphis"
(https://www.theguardian.com/technology/2021/mar/15/twitter-accidentally-blocks-users-
who-post-the-word-memphis) over the weekend deserved a 12-hour ban. Twitter users
were also forced to delete any "offensive" tweet using "Memphis". Memphis is home to
around 600,000 people so it didn't take long for users to bash on Twitter, writing about "The
M-Word" to get their point across. One Twitter user said he will now use "Memphis" as a
cuss word. Twitter admitted it's mistake and apologized, but came short of explaining why
"Memphis" was landing people in Twitter jail. Swift on Security explained
(https://twitter.com/SwiftOnSecurity/status/1371191885268672518?s=20) what might have
happened, tweeting "What's possible is a Twitter staffer tried to block a street address, but...
the original was multi-line and they only pasted the city."

-Advertisement-



(https://dev.ntv.ca/revive/www/delivery/ck.php?
oaparams=2__bannerid=132__zoneid=5__source=0.0.0.0%2F0__cb=e38f384434__oadest=http%

AUTHOR
STEPHEN LETHBRIDGE

YOU MAY ALSO LIKE

## ROBERT: WWII GRENADE FOUND HIDING AMONGST POTATOES (HTTP://OZFM.COM/ROBERT-WWII-GRENADE-

≡ (HTTP://OZFM.COM/ROBERT-WWII-GRENADE-FOUND-HIDING-AMONGST-

⧉Popup (http://ozfm.com/popup-player/)          ▷ Listen

# ROBERT: TOWN REMOVES DAFFODILS, CONCERNED CHILDREN ARE EATING THEM (HTTP://OZFM.COM/ROBERT-TOWN-REMOVES-DAFFODILS-CONCERNED-CHILDREN-ARE-EATING-THEM/)

≡ (HTTP://OZFM.COM/ROBERT-TOWN-REMOVES-DAFFODILS-CONCERNED-CHILDREN-ARE-EATING-THEM/)

# HUGH: 53% OF PEOPLE DON'T KNOW ALL FOUR GRANDPARENTS' FIRST NAMES (HTTP://OZFM.COM/HUGH-53-OF-PEOPLE-DONT-KNOW-ALL-FOUR-GRANDPARENTS-FIRST-NAMES/)

≡ (HTTP://OZFM.COM/HUGH-53-OF-PEOPLE-DONT-KNOW-ALL-FOUR-GRANDPARENTS-FIRST-NAMES/)

## CONTINUE READING

### NEXT POST

# ROBERT: TOWN REMOVES DAFFODILS, CONCERNED CHILDREN ARE EATING THEM (HTTP://OZFM.COM/ROBERT-TOWN-REMOVES-DAFFODILS-CONCERNED-CHILDREN-ARE-EATING-THEM/)

⬓Popup (http://ozfm.com/popup-player/)                    ▷ Listen

≡ (HTTP://OZFM.COM/ROBERT-TOWN-REMOVES-DAFFODILS-

CONCERNED-CHILDREN-ARE-EATING-THEM/)

PREVIOUS POST

## STEPHEN: JUSTIN BIEBER OFFERING CREW AND FANS FREE THERAPY (HTTP://OZFM.COM/STEPHEN-JUSTIN-BIEBER-OFFERING-CREW-AND-FANS-FREE-THERAPY/)

≡ (HTTP://OZFM.COM/STEPHEN-JUSTIN-BIEBER-OFFERING-CREW-

AND-FANS-FREE-THERAPY/)

# OZFM (HTTP://OZFM.COM)

SITE NAVIGATION



(http://ntv.ca/wea

> On The Air (http://ozfm.com/on-the-air/)

   > Morning Jam (http://ozfm.com/on-the-air/morning-jam/)

   > Middays (http://ozfm.com/on-the-air/middays/)

   > Afternoon Drive (http://ozfm.com/on-the-air/afternoon-drive/)

   > Evenings (http://ozfm.com/on-the-air/evenings/)

   > Jigs And Reels (http://ozfm.com/on-the-air/jig

   > Rick Dees Weekly Top 40 (http://ozfm.com/rick-dees/)

   > The Party Mix (http://ozfm.com/partymix/)

   > The J O Zone (http://ozfm.com/shows/jo-zone/)

> Hosts (http://www.ozfm.com/hosts)

(http://ozfm.com)



(http://ntv.ca)



▢Popup (http://ozfm.com/popup-player/)    ▷ Listen

> Stephanie O'Brien (http://ozfm.com/hosts/stephanie-obrien/)

> Robert Shawn (http://ozfm.com/hosts/robert-shawn/)

> Stephen Lethbridge (http://ozfm.com/hosts/stephen-lethbridge/)

> Hugh Campbell (http://ozfm.com/hosts/hugh-campbell/)

> Danielle Butt (http://ozfm.com/hosts/danielle-butt/)

> Shannell Lewis (http://ozfm.com/hosts/shannell-lewis/)

> Mitch Colbourne (http://ozfm.com/hosts/mitch-colbourne/)

> Birthday Greetings (http://ozfm.com/birthdays/)

> School Info (http://ozfm.com/schoolinfo/)

> Contact Us (http://ozfm.com/contact/)

> Facebook (https://www.facebook.com/OfficialOZFM)

> Twitter (https://twitter.com/OfficialOZFM)

> Instagram (https://www.instagram.com/officialozfm/)

> YouTube (https://www.youtube.com/user/NewfoundlandsOZFM)

> COVID-19 (http://ozfm.com/covid19info/)

> Advertise (http://ntv.ca/about-us/ads/)

> Donate to Ukraine Relief (https://tinyurl.com/donate-ukraine-oz)





Copyright © Newfoundland Broadcasting Company Ltd.

 (https://twitter.com/OfficialOZFM/)

 (https://www.instagram.com/OfficialOZFM/)

 (https://www.facebook.com/OfficialOZFM)

Popup (http://ozfm.com/popup-player/)          ▷ Listen

4/8/22, 12:00 PM
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 33 of 45
Their bad! Twitter apologizes to Dave Rubin for the 'inconvenience' of locking him out of his account for having legit COVID19 con...

# Their bad! Twitter apologizes to Dave Rubin for the 'inconvenience' of locking him out of his account for having legit COVID19 concerns

Posted at 12:43 pm on July 30, 2021 by Sarah D. (https://twitchy.com/author/sarahd-313035/)

 Share on Facebook (http://www.facebook.com/sharer/sharer.php?u=https://twitchy.com/sarahd-313035/2021/07/30/their-bad-twitter-apologiz

 Share on Twitter (http://twitter.com/share?text=Their+bad%21+Twitter+apologizes+to+Dave+Rubin+for+the+%E2%80%98inconvenience%E2%

 (mailto:?subject=Their+bad%21+Twitter+apologizes+to+Dave+Rubin+for+the+%E2%80%98inconvenience%E2%80%99+of+locking+him+out+o

(https://twitchy.com/samj-3930/2022/04/08/black-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/) (https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)

Yesterday, Twitter decided that they'd had enough of Dave Rubin for a while. They locked him out of his account, allegedly for "spreading misleading and potentially harmful misinformation related to COVID-19."

This was the tweet that got their attention:



**Karlyn Borysenko, Tower Event Creator** 🇺🇦
@DrKarlynB

Twitter locked @RubinReport out for telling the truth

9:50 PM · Jul 29, 2021

♡ 1.4K     Reply     Copy link to Tweet

Read 86 replies

**Megyn Kelly** ✔
@megynkelly

This is absurd.

**Karlyn Borysenko, Tower Event Creator** 🇺🇦 @DrKarlynB
Twitter locked @RubinReport out for telling the truth



10:30 PM · Jul 29, 2021                                    ⓘ

♡ 6.3K        💬 Reply        🔗 Copy link to Tweet

Read 698 replies

Twitter's explanation does seem absurd:

**Kyle Kashuv** ✔
@KyleKashuv

Insanity. Twitter just locked out @RubinReport.
Everything he said was 100% ACCURATE. Another
instance of Democrats and Big Tech working hand
hand to censor political dissidents…



9:34 PM · Jul 29, 2021

Read the full conversation on Twitter

♡ 4.2K        💬 Reply        🔗 Copy link to Tweet

Read 434 replies

## trending

Straight-fire thread has ALL the receipts
to BUST Joe Biden for lying about
involvement with Hunter Biden's 'foreign
business dealings'
(https://twitchy.com/samj-
3930/2022/04/08/rnc-brings-all-the-
receipts-in-straight-fire-thread-busting-
joe-biden-for-lying-about-involvement-
with-hunter-bidens-business-dealings/)

TKO! Ted Lieu tries picking a fight with
Richard Grenell over terrible precedent-
Biden set with KBJ and WOOF does it
ever go wrong
(https://twitchy.com/samj-
3930/2022/04/08/tko-ted-lieu-tries-
picking-a-fight-with-richard-grenell-
over-terrible-precedent-biden-set-with-
kbj-and-woof-does-it-ever-go-wrong/)

Black Conservative DROPS Gary
Chambers for shaming Sen. Tim Scott as
a Black man for going against 'us Black
folks' and voting no on KBJ
(https://twitchy.com/samj-
3930/2022/04/08/black-conservative-
drops-gary-chambers-for-shaming-sen-
tim-scott-as-a-black-man-for-going-
against-us-black-folks-and-voting-no-
on-kbj/)

(https://twitchy.com/samj-
3930/2022/04/08/black-conservative-drops-
gary-chambers-for-shaming-sen-tim-scott-as-a-
black-man-for-going-against-us-black-folks-
and-voting-no-on-kbj/)
folks-and-voting-no-on-kbj/)

4/8/22, 12:00 PM    Their bad: Twitchy apologizes to Dave Rubin for the inconvenience of locking him out of his account for hawking legit COVID19 con…

Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 35 of 45

Honestly, we're not sure what Rubin said that was so controversial. Joe Biden is, in fact, asking questions about whether or not the federal government can mandate that everyone in the country get vaccinated (https://twitchy.com/brett-3136/2021/07/29/president-biden-says-he-doesnt-know-yet-whether-the-federal-government-can-mandate-the-whole-country-to-get-vaccinated/). Alleged "experts" in the federal government (https://twitchy.com/sarahd-313035/2021/07/30/us-surgeon-general-vivek-murthy-reassures-concerned-americans-that-the-covid19-vaccines-are-useless-video/) and at the CDC (https://twitchy.com/sarahd-313035/2021/07/29/what-are-we-even-doing-here-cdcs-guidance-for-fully-vaccinated-people-keeps-getting-more-ridiculous-and-maybe-media-should-start-asking-more-questions/) are effectively telling us that, in working the way vaccines are supposed to work, the COVID19 vaccines don't work. Technically, breakthrough cases are possible for vaccinated individuals (though those individuals cases are likely to be far milder than in unvaccinated individuals). Booster shots have in fact been floated as a possibility, at least for some people:

---

**CNN Politics** 
@CNNPolitics

The Biden administration purchases additional 200 mill Pfizer doses to prepare for vaccinating children under 1 pending FDA approval, and the possibility of booster shots

---

**Eric Topol** ✔
@EricTopol

2 weeks ago FDA and CDC issued a statement that booster vaccines won't be needed
cdc.gov/media/releases...
Today they've apparently changed their mind for "at lea some Americans" (we still haven't seen the data)
nytimes.com/2021/07/23/us/... by @SharonLNYT

(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)
(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)
(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)

(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)
(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)
(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)
(https://twitchy.com/samj-3930/2022/04/08/black-conservative-drops-gary-chambers-for-shaming-sen-tim-scott-as-a-black-man-for-going-against-us-black-folks-and-voting-no-on-kbj/)

()
ENTERTAINMENT

**Morbidly fascinating footage of Will Smith and Jada Pinkett Smith might offer some insight into Will's apparent hostility issues [video]**
(https://twitchy.com/sarahd-313035/2022/04/08/morbidly-fascinating-footage-of-will-smith-and-jada-pinkett-smith-might-offer-some-insight-into-wills-apparent-hostility-issues-video/)

4/8/22, 12:00 PM    Their bad: Twitter apologizes to Dave Rubin for the inconvenience of locking him out of his account for having legit COVID19 con…

Case 1:22-cv-01144-RC    Document 1-21    Filed 04/26/22    Page 36 of 45



11:37 PM · Jul 23, 2021

♡ 719        🔗 See the latest COVID-19 information on Twitter

**Read 109 replies**

---

### trending

[Straight-fire thread has ALL the receipts to BUST Joe Biden for lying about involvement with Hunter Biden's 'foreign business dealings' (https://twitchy.com/samj-3930/2022/04/08/rnc-brings-all-the-receipts-in-straight-fire-thread-busting-joe-biden-for-lying-about-involvement-with-hunter-bidens-business-dealings/)](https://twitchy.com/samj-3930/2022/04/08/rnc-brings-all-the-receipts-in-straight-fire-thread-busting-joe-biden-for-lying-about-involvement-with-hunter-bidens-business-dealings/)

[TKO! Ted Lieu tries picking a fight with Richard Grenell over 'terrible precedent' Biden set with KBJ and WOOF does it EVER go wrong. (https://twitchy.com/samj-3930/2022/04/08/tko-ted-lieu-tries-picking-a-fight-with-richard-grenell-over-terrible-precedent-biden-set-with-kbj-and-woof-does-it-ever-go-wrong/)](https://twitchy.com/samj-3930/2022/04/08/tko-ted-lieu-tries-picking-a-fight-with-richard-grenell-over-terrible-precedent-biden-set-with-kbj-and-woof-does-it-ever-go-wrong/)

🇺🇸

()
US NEWS

**Dr. Eric Feigl-Ding helpfully explains why not much can be done to keep from getting Covid 🇺🇸VIP (https://twitchy.com/dougp-3137/2022/04/08/dr-eric-feigl-ding-helpfully-explains-why-not-much-can-be-done-to-keep-from-getting-covid/)**

As for Rubin pointing out that "a sane society would take a pause," well, Twitter, show us the lie.

---

**Dave Rubin** ✔
@RubinReport

Replying to @RubinReport

Twitter forced my to delete the tweet to get my accoun back. Here are headlines from USA Today, WaPo and CI confirming what I said in the tweet.

The assault on truth by big tech and the government is much of what the book is about.

I'll be updating the intro accordingly.



10:33 AM · Jul 30, 2021

♡ 2K        💬 Reply        🔗 Copy link to Tweet

**Read 92 replies**

---

**Dave Rubin** ✔
@RubinReport

Replying to @RubinReport

Also, while I was suspended I was able to communicate

4/8/22, 12:00 PM
Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 37 of 45
Their bad: Twitter apologizes to Dave Rubin for the inconvenience of locking him out of his account for having legit COVID19 con…

with thousands of people via my @onlocals community.

I'll be live at rubinreport.locals.com at 9 am pacific to discuss this latest madness and my plans going forward:

10:38 AM · Jul 30, 2021

♡ 429    💬 Reply    🔗 Copy link to Tweet

**Read 23 replies**

---

**Dave Rubin** ✔
@RubinReport

Replying to @RubinReport

Also, interestingly, I was locked out of Twitter while live @FoxNews with @JudgeJeanine, just as I was saying ho big tech, the Dems and mainstream media coordinate t push lies:

---

**Dave Rubin** ✔
@RubinReport

Replying to @RubinReport

Excellent analysis of the situation by @JonathanTurley:

> jonathanturley.org
> The Shadow State: Twitter Suspends Commentator f
> I recently discussed how the Biden Administration w
> actively encouraging corporations to limit speech a

---

**Dave Rubin** ✔
@RubinReport

Replying to @RubinReport

Their bad: Twitter apologizes to Dave Rubin for the inconvenience of locking him out of his account for having legit COVID19 con…

Replying to @RubinReport

Tweets now disappearing in real time?!

11:07 AM · Jul 30, 2021

♡ 414    💬 Reply    🔗 Copy link to Tweet

---

**Dave Rubin** ✔ 🐦
@RubinReport

Replying to @RubinReport

Whoops, now the suspension was just an accident!



11:43 AM · Jul 30, 2021    ⓘ

♡ 569    💬 Reply    🔗 Copy link to Tweet

Read 63 replies

---

Yeah, whoops!

**Dave Rubin** ✔ 🐦
@RubinReport

Case 1:22-cv-01144-RC Document 1-21 Filed 04/26/22 Page 39 of 45

Their bad: Twitter apologizes to Dave Rubin for the inconvenience of locking him out of his account for having legit COVID19 con…

@RubinReport

Yesterday's misleading and potentially harmful
information is misinformation is today's error!



11:53 AM · Jul 30, 2021

♡ 1.5K    💬 Reply    🔗 Copy link to Tweet

**Read 78 replies**

Their bad!



**Explore what's happening on Twitter**

**timNardoni**
@timnardoni

Replying to @RubinReport

I'm shocked they admitted it.

11:54 AM · Jul 30, 2021                              ⓘ

♡ 7    💬 Reply    🔗 Copy link to Tweet

**Read 1 reply**

They must've gotten quite a bit of pushback. They could save themselves a
lot of humiliation and idiocy going forward if they'd just start learning from
past mistakes and stop reflexively suspending and silencing people who
question a prevailing narrative that's riddled with gaping holes.



**Mark Krikorian** ✓
@MarkSKrikorian

These "errors" always seem to go one way.

**Dave Rubin** ✓  @RubinReport
Yesterday's misleading and potentially harmful information is
misinformation is today's error!



12:02 PM · Jul 30, 2021

♡ 289    Reply    🔗 Copy link to Tweet

**Read 10 replies**

📘 Share on Facebook (http://www.facebook.com/sharer/sharer.php?u=https://twitchy.com/sarahd-313035/2021/07/30/their-bad-twitter-ap...

🐦 Share on Twitter (http://twitter.com/share?text=Their+bad%21+Twitter+apologizes+to+Dave+Rubin+for+the+%E2%80%98inconvenience...

tags: BOOSTER (HTTPS://TWITCHY.COM/TAG/BOOSTER/)

BOOSTER SHOTS (HTTPS://TWITCHY.COM/TAG/BOOSTER-SHOTS/)

COVID (HTTPS://TWITCHY.COM/TAG/COVID/)

COVID19 (HTTPS://TWITCHY.COM/TAG/COVID19/)

DAVE RUBIN (HTTPS://TWITCHY.COM/TAG/DAVE-RUBIN/)

MISINFORMATION (HTTPS://TWITCHY.COM/TAG/MISINFORMATION/)

SUSPENDED (HTTPS://TWITCHY.COM/TAG/SUSPENDED/)

SUSPENSION (HTTPS://TWITCHY.COM/TAG/SUSPENSION/)

TWITTER (HTTPS://TWITCHY.COM/TAG/TWITTER/)

VACCINES (HTTPS://TWITCHY.COM/TAG/VACCINES/)

**Recommended Twitchy Video**



More Videos

‹                                    ›

Chip Roy
Confronts Media
Who Cover For

PATHETIC: Disney
CEO Apologizes To
LGBTQ+

Freshman College
Student Drops An
Absolute TRUTH-

## recent stories

US NEWS

**Dr. Eric Feigl-Ding
helpfully explains why
not much can be done to
keep from getting Covid**
≡*VIP*
**(https://twitchy.com/dougp-
3137/2022/04/08/dr-eric-
feigl-ding-helpfully-
explains-why-not-much-**

US NEWS

**TKO! Ted Lieu tries
picking a fight with
Richard Grenell over
'terrible precedent' Biden
set with KBJ and WOOF
does it EVER go wrong
(https://twitchy.com/samj-
3930/2022/04/08/tko-ted-
lieu-tries-picking-a-fight-**

US NEWS

**Increasingly desperate
Nikki Fried hopes her
mad spelling skillz will be
the key to defeating Ron
DeSantis** ≡*VIP*
**(https://twitchy.com/sarahd-
313035/2022/04/08/increasin
desperate-nikki-fried-
hopes-her-mad-spelling-**

Show Comments (/comments/sarahd-313035/2021/07/30/their-bad-twitter-apologizes-to-dave-rubin-for-the-inconvenience-of-locking-him-out

**Townhall** (https://townhall.com/)     **RedState** (https://redstate.com/)      (https://pjmedia.com/)

Newsletters (https://twitchy.com/page/newsletters/)   About (https://twitchy.com/page/about/)   Advertise (https://townhallmedia.com/?utm_source=twitchy.com&utm_medium=link)
Terms of Use (https://twitchy.com/page/terms-of-use/)   Privacy Policy (https://salemmedia.com/townhall-media-privacy-policy/)
California – Do Not Sell My Personal Information (https://salemmedia.com/ccpa-sale-opt-out/)
California – CCPA Notice (https://salemmedia.com/townhall-media-ccpa-privacy-notice-for-california-residents/)

 (/) Copyright Twitchy.com/Salem Media. All Rights Reserved. Terms
(https://media.townhall.com/townhall/privacypolicy/TermsofUse.htm) under which this service is provided to you.

Home   Contact Us   About Us   Privacy Policy   Archive

# Gadget Game News

Home   News   News   Mobiles   Mobiles   Gaming   Gaming   The   Verge   Front Page   Entertainment   Categories

Home / Articles / Google apologizes for accidentally removing the Podcast Addict app

# Google apologizes for accidentally removing the Podcast Addict app

Google Podcast Addict app controversy - Read what happened and why the search giant had to apologize to a Podcast app developer. Since the start of the coronavirus pandemic, many social platforms have taken measures to minimize misinformation or scams relating to the source and spread of the coronavirus. This led Twitter and Facebook to write and apply new

Posted on 04th Sep, 2021 18:13 PM    1447 Views



Since the start of the coronavirus pandemic, many social platforms have taken measures to minimize misinformation or scams relating to the source and spread of the coronavirus. This

led Twitter and Facebook to write and apply new guidelines on the subject. Google has also embarked on the battle to eradicate certain services or information that could potentially be dangerous for users. Whether on the side of personal data or false information. Also Read -
Google to rival Amazon, JioMart with its new program

With regard to its policy on the Play Store, the firm indicates that "any application referring to COVID-19, or related terms, in any

form whatsoever in its metadata, will only be approved for distribution in the Play Store if it is published, ordered or authorized by official government entities and public health organizations". Also Read -
Google Meet video conferencing app crosses 50 million downloads on Google Play Store

---

Google apologizes for accidentally removing the Podcast Addict app
View Story

## Latest In Gadget Game News


**Motorola Edge+ launched in India with 108MP camera, Snapdragon 865: Price in India, offers and more**
News   |   04th Sep, 2021 18:13 PM


**iQOO Z1 5G launched with MediaTek Dimensity 1000+ SoC, 144Hz display: Price, full specifications**
News   |   04th Sep, 2021 18:13 PM


**ZEE5 and Gameloft partner up to launch PLAY5 gaming platform**
Gaming   |   04th Sep, 2021 18:13 PM


**Vivo X50 Pro to feature a new gimbal-like image stabilization technology**
News   |   04th Sep, 2021 18:13 PM


**Apple iPhone SE 2020 goes on sale in India today at 12 noon, starts at Rs 42,500; check details**
News   |   04th Sep, 2021 18:13 PM


**OnePlus to disable X-Ray camera feature via software update**
News   |   04th Sep, 2021 18:13 PM


**MIUI 12 launched on global stage with improved privacy, Dark Mode, Multi-tasking and more**
News   |   04th Sep, 2021 18:13 PM


**Samsung launches new 50MP camera sensor with fast auto-focus**
News   |   04th Sep, 2021 18:13 PM


**OnePlus 5, 5T get Android 10-based OxygenOS Open Beta 3 with camera improvements**
News   |   04th Sep, 2021 18:13 PM


**Huawei Freebuds 3 with active noise cancellation now available in India: Price, Features**
News   |   04th Sep, 2021 18:13 PM


**Facebook Shops will let small businesses list products across various apps**
News   |   04th Sep, 2021 18:13 PM


**Realme X3 SuperZoom tipped to launch on May 26 in Europe**
News   |   04th Sep, 2021 18:13 PM


**Vodafone removes double data offer on some prepaid recharge plans**
Telecom   |   04th Sep, 2021 18:13 PM


**OnePlus 8 5G next sale on May 29: Price in India, offers, pre-booking, specifications and more**
News   |   04th Sep, 2021 18:13 PM

In part of Google's new measure to safeguard this rule. The company accidentally removed a popular Podcast application, namely Podcast Addict, from the Play Store. In 2012, Xavier Guillemané launched this French service application to bundle podcasts from different platforms in a single space. Prior to its suspension from the Google Play store, the application had 5 million+ users on its platform. Also Read -

Google Pixel 5 could skip soli radar chip in 2020

Here's the notification I got this morning…

pic.twitter.com/UJF20ZnaPw

— Podcast Addict (@PodcastAddict) May 16, 2020

Apologies to Podcast Addict fans today. We are still sorting out kinks in our process as we combat Covid misinformation, but this app should not have been removed. Carry on with your podcasts, folks! 🎙️

— Hiroshi Lockheimer (@lockheimer) May 19, 2020

Podcast Addict lets you listen to podcasts, audiobooks, radio, live feeds from various sources, including YouTube, SoundCloud, and RSS feeds. Some podcasts that you could connect to through the service touched on the topic of COVID-19. Hence this led to its accidental suspension. Podcast Addict announced the ban via an official tweet, immediately providing the link to download the APK file from other sources.

The service's Twitter account also shared a message informing them of the Google Play Store's decision. Mentioning that, if

Google removed the Podcast Addict application from the Play Store. It was due to the app collection of podcasts evoking the coronavirus topic.

**Google reinstates Podcast Addict app**

After numerous exchanges from the developer of the app with Google, Podcast Addict is finally back on the Play Store. Hiroshi Lockheimer, SVP of Android, apologized on behalf of Google for this error. He confirmed that it was a side effect of Google's Covid-19 strategy to stop false information. Google, in reduced staff work at present, likely had to set up an automatic moderation tool that led to this type of errors.

**Story Timeline**


**19** May 2020   Google to rival Amazon, JioMart with its new program...


**18** May 2020   Google Meet video conferencing app crosses 50 million downloads on Google Pl


**17** May 2020   Google Pixel 5 could skip soli radar chip in 2020...

Google apologizes for accidentally removing the Podcast Addict app
View Story


**Xiaomi Redmi 10X listed on e-commerce site JD.com: All you need to know**
News  |  04th Sep, 2021 18:13 PM


**Poco Pop Buds name revealed, could actually be the Xiaomi Mi Air Dots 2 SE**
News  |  04th Sep, 2021 18:13 PM


**iQOO 3 5G Transformers Limited Edition features Carbon Fiber back, themed UI and more**
News  |  04th Sep, 2021 18:13 PM


**Redmi follows Poco to tease launch of true wireless earbuds; could be Redmi AirDots**
News  |  04th Sep, 2021 18:13 PM


**Airtel offering 50GB data with Rs 251 data voucher: All you need to know**
Telecom  |  04th Sep, 2021 18:13 PM


**Apple releases the Golden Master versions of iOS 13.5, iPadOS 13.5 and tvOS 13.4.5**
News  |  04th Sep, 2021 18:13 PM


**Realme 2 Pro users can now get Early Access to Android 10-based Realme UI**
News  |  04th Sep, 2021 18:13 PM


**Microsoft Project Reunion will try to bring together Win32 and UWP apps closer**
News  |  04th Sep, 2021 18:13 PM


**LG Stylo 6 with 6.8-inch FHD+ display launched: Check specifications and other details**
News  |  04th Sep, 2021 18:12 PM


**2K announces Mafia: Trilogy with reworked Mafia: Definitive Edition**
Gaming  |  04th Sep, 2021 18:12 PM


**Xiaomi reveals MIUI 12 Global version roll-out details, eligible devices; 47 devices to get the update**
News  |  04th Sep, 2021 18:12 PM

## Trending Category

News                (6785)

News                (6665)

Mobiles             (2797)

Mobiles             (2725)

Gaming              (1955)

Gaming              (1496)

The                 (1423)

Verge               (1423)

Front Page          (1415)

Entertainment       (872)

Apps                (766)

🏷 tags   News   News   Google   Google   Google

Google   Coronavirus   Coronavirus   Google Play Store

Coronavirus   Google Play Store   Coronavirus   Google

Google Play Store   Google   Google Play Store

Google Play Store

News Web Story   News Web Story   Google Web Story

Google Web Story   Google Web Story   Google Web Story

Coronavirus Web Story   Coronavirus Web Story

Google Play Store Web Story   Coronavirus Web Story

Google Play Store Web Story   Coronavirus Web Story

Google Web Story   Google Play Store Web Story

Google Web Story   Google Play Store Web Story

Google Play Store Web Story

**Gadget Game News**
04th Sep, 2021 18:13 PM

📷  f  ▶  📷

| | |
|---|---|
| How-To | (703) |
| Apps | (673) |
| How To | (666) |
| Tech News | (550) |
| Deals | (508) |
| Best-Deals | (495) |
| Features | (463) |
| Wearables | (455) |
| Features | (453) |
| Games | (441) |
| Tech | (421) |
| Telecom | (408) |
| Wearables | (403) |
| Reviews | (394) |
| Apple | (387) |
| Samsung | (343) |
| Reviews | (336) |
| Laptops | (336) |
| Science | (322) |

## Latest Web Story

     



Motorola Edge+ launched in India with 108MP camera, Snapdragon 865: Price in India, offers and more Web Story



iQOO Z1 5G launched with MediaTek Dimensity 1000+ SoC, 144Hz display: Price, full specifications Web Story



ZEE5 and Gameloft partner up to launch PLAY5 gaming platform Web Story

Vivo X50 Pro to feature a new gimbal-like image stabilization technology Web Story

Apple iPhone SE 2020 goes on sale in India today at 12 noon, starts at Rs 42,500; check details Web Story

OnePlus to disable X-Ray camera feature via software update Web Story



MIUI 12 launched on global stage with improved privacy, Dark Mode, Multi-tasking and more Web Story



Samsung launches new 50MP camera sensor with fast auto-focus Web Story



OnePlus 5, 5T get Android 10-based OxygenOS Open Beta 3 with camera improvements Web Story



Huawei Freebuds 3 with active noise cancellation now available in India: Price, Features Web Story



Facebook Shops will let small businesses list products across various apps Web Story



Realme X3 SuperZoom tipped to launch on May 26 in Europe Web Story



Vodafone removes double data offer on some prepaid recharge plans Web Story



OnePlus 8 5G next sale on May 29: Price in India, offers, pre-booking, specifications and more Web Story



Xiaomi Redmi 10X listed on e-commerce site JD.com: All you need to know Web Story



Poco Pop Buds name revealed, could actually be the Xiaomi Mi Air Dots 2 SE Web Story



iQOO 3 5G Transformers Limited Edition features Carbon Fiber back, themed UI and more Web Story



Redmi follows Poco to tease launch of true wireless earbuds; could be Redmi AirDots Web Story

# Gadget Game News

Newspark vitae elementum ros. Pellentesquees Leo sed mi ullamcorper tristique mauris varius. congue enim in arcu maximus feugiat vitae ut quam finibus risus molestie viverra.

  

## News categories

News    News    Mobiles    Mobiles    Gaming    Gaming    The    Verge

Front Page    Entertainment    Apps    How-To    Apps    How To

Tech News    Deals    Best-Deals    Features    Wearables    Features

Games    Tech    Telecom    Wearables    Reviews

© 2022, CloneTM | All rights reserved | Design by CloneTM

Terms of use    Privacy Policy    Contact