# Exhibit X

**NEW YORK POST**

LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |

GET 30 DAYS FREE

OPINION    EDITORIAL

# The Hunter Biden laptop is confirmed?! Color us shocked!

By Post Editorial Board

September 21, 2021    5:37pm    Updated



**NEW YORK POST**

LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |

**Big Media and Big Tech got away with censoring The Post — and me**

**The week in whoppers: NY Times' scaremongering, Eric Adams' anti-science and more**

**Joe Biden's sister out with memoir in family's latest bid to profit off presidency**

**Stumbling distance: Hunter Biden lives across the street from luxe Malibu rehab**

In his new book, "The Bidens: Inside the First Family's Fifty-Year Rise to Power," Politico reporter Ben Schreckinger says that evidence points to Hunter Biden's laptop being legit.

While we appreciate the support, the truth is The Post's reports always have been true, and it's only because the media wants to protect Joe Biden that they keep referring to the laptop as "unsubstantiated."

Schreckinger notes that "A person who had independent access to Hunter Biden's emails" confirms two of the emails The Post published, including one about a potential deal with China with the line "10 held by H for the big guy?" — that is, Joe Biden.

But Hunter Biden's former business partner Tony Bobulinski already said those emails were authentic — the media just ignored him.

Schreckinger adds that emails released by the Swedish government also match emails from the laptop (Hunter had gotten into a kerfuffle when he was staying in a Swedish embassy building). That's also been reported.





LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |

"I wasn't keeping tabs on possessions very well for about a four-year period of time," Hunter said.

### SEE ALSO



**Hunter biz partner confirms email, details Joe Biden's push to make millions from China: Goodwin**

All of this information is out there. Yet the Times still called the laptop "unsubstantiated" last week (until it quietly corrected the story). And even as Politico credited its reporter, it added, "While the leak contains genuine files, it remains possible that fake material has been slipped in."

What part? The pictures of Hunter smoking crack?

Schreckinger called the White House to check whether, as we reported, Joe Biden met Hunter for a dinner in April 2015 that included Burisma adviser Vadym Pozharskyi. Biden's team pointed him to a Washington Post "fact check" — which noted that Biden's team had at first said there was "no record of such a meeting," until they finally conceded that, yes, Joe did drop in on that dinner. The fact confirmed, the writer still concludes, haughtily, that there's "less to the story than one might imagine."

It's the perfect example of how Democrats weaponize "fact checkers" to deflect criticism and enlist social media to censor articles. Nothing to see here! (See: the Wuhan lab theory.)

**NEW YORK POST**

LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |



Tony Bobulinski previously confirmed the authenticity of the emails in question.
Evan Vucci/AP

Consider the level of skepticism brought to bear here. Biden's team lied to us but we'll take them at their word that nothing of consequence happened at this dinner. Email after email, picture after picture are proved authentic from the laptop, but hey, maybe *some* of it is fake.

The laptop is "unsubstantiated" because the media doesn't want it substantiated. We figure that won't change, but thanks, Mr. Schreckinger, for at least bucking the trend.

FILED UNDER    EDITORIAL,  EMAILS,  HUNTER BIDEN,  JOE BIDEN    9/21/21

READ NEXT    Biden's vacuous platitudes at the UN won't fix his tattere...

**SPONSORED STORIES**




**NEW YORK POST**    LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |

**Such a realistic puppy will make people suspect that this is a real puppy**
botobre


**New Jersey Launches New Guidelines For Cars Used Less Than 50 Miles/Day**
BindRight


**Hands Down The Top Credit Card of 2022**
CompareCredit.com


**[Gallery] Jen Psaki And Her Romantic Partner Are Still Together**
Smartingly


**[Photos] Man Saves Her Baby Then Mama Elephant Does This**
12Up


**Why People in River Edge are Loving Martha Stewart's Meal Kit**
Martha Stewart & Marley Spoon







LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |



Recommended    1/5

**This nixed natural-gas project shows you just how absurd Biden's energy policy is**

Read More ›

# AROUND THE WEB

**NEW YORK POST**   LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |


### The Truth About Jen Psaki's Departure From The White House
NYPost.com


### Jada Smith's Comments Before The Oscars Are Turning Heads
TMZ.com


### Former Wrestler Ric Flair Says He Knows Fake Slaps
NYPost.com


### Fox Reporter Lucky To Be Alive After Losing Limbs In Ukraine
TMZ.com


### Shiloh Jolie-Pitt's Transformation Has Been Simply Stunning
NickiSwift.com


### The Worst Advice Ever Given On Fixer Upper
Housedigest.com

# NEW YORK POST

LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |



### Ex-MLB Pitcher Dead At 43 After Tragic Home Accident
Aol.com



### What Even Bachelor Fans Didn't Know About The Bachelor Mansion
Housedigest.com

Powered by ZergNet

## RECOMMENDED FOR YOU



### Looking to buy your first home? You've come to the right place.
Realtor.com



### Butt-lifting shorts are summer version of Amazon 'scrunch butt'…
New York Post





**NEW YORK POST**   LOG IN

| Stanford prof calls cops on Berkeley prof… | Barack Obama's humiliation of feeble ol' Joe… | Don't buy left's lies! Why John Durham's… | More energy insanity from Democrats | Obama blasted for 'self-serving' 'revisionist'… | President Biden blatantly disrespected o… |



**Who is Ketanji Brown Jackson? 6 things to know about Biden's…**
MarketWatch



**'Tokyo Vice' Episode 1 Recap: Mann Up**
Decider

**NEW YORK POST**

© 2022 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Membership Terms | Privacy Notice | Your Ad Choices | Sitemap | Your California Privacy Rights

Powered by WordPress.com VIP