# Exhibit BB

← Back

 Andrew Tsurikov   Original Poster                               Apr 18, 2019   ⋮

# Viewer account banned for no reason

Hi!

A few weeks ago I got a message from youtube that my account was banned for violation of some rules with a link to general terms and conditions of the service. I was trying to appeal, but got the answer back that they are keeping the ban. The thing is that I never ever posted a single video or commented anything or put likes or anything like that. I was totally confused by the fact something should have happened that lead to the ban, but I haven't got a clue what exactly was wrong. I went to Takeout service and requested data related to my youtube account and all I could see there is the list of watched videos, so basically it was only searching and watching - that's it. I tried to reach youtube support team once again asking more information about what happened - but they keep telling that account is suspended and that's it. Any ideas of how can I at least understand what happened? It's not the loss of the account itself (I was just subscribed to a few channels), but it's rather unfairness of it which really drives me crazy. I was accused of violation of the rules which I clearly didn't do and I want to understand how it could have happened.
Thanks in advance,
Andrew.

## Details

My YouTube Account, Viewer

 🔒 Locked

Upvote (452)        Subscribe

Community content may not be verified or up-to-date. Learn more.

## All Replies (72)

 Andrew Tsurikov   Original Poster                               Apr 20, 2019   ⋮

This is so unfair. I was only watching videos and got ban and I have no idea what for. So basically they do whatever they want and they don't even tell you - you're like communicating with a wall. Anyway, thanks for the response.

 Andrew S - subversiveasset   Diamond Product Expert                              Apr 20, 2019

Do you have a channel link? (You may not remember it or have a link handy if you never commented, posted videos, etc., but please see if you can find any.)

Did you have any playlists (even a playlist of "liked" videos)? That can sometimes cause issues. However, if you are sure that you didn't have any comments or any videos or playlists, then if you can find your channel URL, then I can see if someone else can check on it.

 Andrew Tsurikov  Original Poster                                               May 21, 2019

Hi Andrew S. Sorry, I don't get notification for the responses to my thread for some reason. I just thought there is no way I can get the account back. So the link to the channel is https://www.youtube.com/channel/UCzkOATWA2_7sps7ciYxbalg . And it says the account was banned for all sort of issues. I can tell one more thing. I already experienced a same issue in 2013 when my account was banned in a same manner - just ban for no reason and no response from support. Then after 2 years I wrote them an emotional message saying it's not fair and suddenly they responded to me:
 "Hi there,
After some investigation we have discovered that your account has been compromised by another party and suspended after suspicious activity. Please follow the following steps below to restore access to your account.".

That was 2015 which means that somebody can compromise their systems and you would be just banned with no feedback. I now suspect there must have been something similar - i have no other explanation, because as I said - i never comment anywhere, never give likes and never upload videos. Thanks for your support anyway

 Andrew S - subversiveasset  Diamond Product Expert                              May 21, 2019

do you have any emails about suspicious account activity?

Do you have any browser extensions, programs, apps, etc., that might be able to access your account?

Honestly, it's very difficult to challenge this if you don't know anything about what is happening. You can't actually argue that you've done nothing wrong if you don't have good control or good security on your account.



**Andrew Tsurikov**  Original Poster                                                                 May 21, 2019

Nope, no emails about the suspicious activities, no plug-ins, nothing like that. And the password was strong enough from my perspective to be secure. And I don't expose it, and thing like that, I'm aware of all of this here as I'm actually a software developer :)  I just woke up one morning and got email that my account was banned. Again - not that it's a big loss for me as I was really using it just for a subscription for a few channels, but it's more about how YouTube manages it all. I think they could have at least told me what exactly happened so that I would be able to appeal to something meaningful instead of being left completely confused. Boom - "you're banned". - "what? why? what happened?" - "we won't tell you. you're banned" - "ok, I'd like to appeal. I haven't done anything wrong, here is even my usage data from your own service, there is nothing wrong here, can you tell me what exactly was wrong?" - "nope, you're banned, you can't make any accounts, you can't use anything and we won't tell you why. And yeah, you can't appeal any more". OOOK, thanks youtube and google, you have laws of your own.



**Andrew S - subversiveasset**  ⭐ Diamond Product Expert                                  May 22, 2019

Can you share screenshots of the message from 2013, 2015, and now?

No guarantees on a fix or even of a good explanation, but I will try to see what I can find out.



**Andrew Tsurikov**  Original Poster                                                                 May 22, 2019

I can't attach a 2013 message (Can't find anything in my message box, sorry), but here is a 2015 one:

RE: [6-0709000007103] YouTube Support   Входящие

account-appeal@youtube.com   чт, 14 мая 2015 г., 05:13
кому: я

Hi there,

After some investigation we have discovered that your account has been compromised by another party and suspended after suspicious activity. Please follow the following steps below to restore access to your account.

Go to https://support.google.com/youtube/answer/55757 and enter your username and the captcha. Check your email for a message from YouTube and click the link in the email to select a new password and complete the password reset process.

To help keep your account safe in the future, view these tips on how to create a strong password and give your account extra security:

https://support.google.com/mail/checklist/2986618

Sincerely,
The YouTube Team

Then there is one I initially got on the 28th of march (I translated it in english, originally it's russian):

Уведомление аккаунта YouTube (YouTube Account Notification)   Входящие

YouTube <accounts-noreply@youtube.com>   28 мар. 2019 г., 04:32
кому: Андрей

Определить язык → английский   Исходное письмо



Then I appealed and here is the response:

YouTube Accounts <youtube-disputes+2cb16gs950scn04@google.com>   чт, 28 мар., 12:38
кому: Andrew.Tsurikov

Hello,

Thank you for your account suspension appeal. We have decided to keep your account suspended based on our Community Guidelines and Terms of Service. Please visit http://www.youtube.com/t/community_guidelines for more information.

Please do not respond to this email. Replies to this email will not be processed. Please refer to our Help Center for more information.

Sincerely,
The YouTube Team

**Andrew Tsurikov**  Original Poster                                    May 22, 2019

Sorry, the post allows only 3 attachements.
So Then I appealed once more:

---

**YouTube Accounts** <youtube-disputes+3ehjje48sn19n04@google.com>                чт, 28 мар., 13:52
кому: Andrew.Tsurikov

Hello,

We have looked into your request and found that you have recently sent an appeal. Please wait for the result of your current appeal. If it has already been decided, please refer to that outcome.
**Note:** You cannot appeal a second time.

Sincerely,
The YouTube Team

---

Then 2 weeks later I went to google takeout service and requested usage of the YouTube account, and this is what I got back (text is in russian, but there are 2 things - viewed and searched, nothing else):

**YouTube**

Просмотрено Xiaomi 100W Super Charge Turbo | 4000mAh Battery Charged in 17 Minutes!
Talking Tech
26 мар. 2019 г., 16:33:40 MSK

Продукты:
YouTube

**YouTube**

Просмотрено Siri Shortcuts on iOS 12 (Swift 4.2 & NSUserActivity)
A Swiftly Tilting Planet
26 мар. 2019 г., 13:31:43 MSK

Продукты:
YouTube

**YouTube**

Просмотрено Сказочный патруль - История 1. Знакомство - мультфильм для девочек (Новый мультик 2016)
Мульт
23 мар. 2019 г., 17:54:26 MSK

Продукты:
YouTube

**YouTube**

Поиск сказочный патруль 1 серия
23 мар. 2019 г., 17:32:52 MSK

Продукты:
YouTube

the latest action here is 26 march, while I got a letter on the 28th. So I appealed once again, trying to be heard and all I got back is:

**YouTube Accounts** <youtube-disputes+0akcgckt6zzam04@google.com>   пн, 15 апр., 16:46
кому: Andrew.Tsurikov

Hello,

Thank you for your account suspension appeal. We have decided to keep your account suspended based on our Community Guidelines and Terms of Service. Please visit http://www.youtube.com/t/community_guidelines for more information.

Please do not respond to this email. Replies to this email will not be processed. Please refer to our Help Center for more information.

Sincerely,
The YouTube Team

End of story :) Thank you very much for trying to find out something

 Andrew S - subversiveasset  Diamond Product Expert                                May 22, 2019

The fact that you say there was no suspicious activity and yet clearly, your account was compromised in 2015, suggests that you really need to be super sure about what happened then.

The basic issue is this: if someone else uses your account to violate the rules, you have to get that resolved to restore the channel. if you don't, then YouTube will assume that you were the person responsible.

Anyway, I will escalate and see if they need any more information.

62 More 

 Alan Whitehouse                                                                         Mar 14, 2020

Same story as everyone else here, email saying BANNED for violations, never posted a video only watched and subscribed.
Draconian way of dealing with the situation and no real course of appeal, the one appeal you get is just paying lip service. Youtube (Google) is so big they don't give a damn about individuals and certainly don't care if you're genuinely innocent. Guilty as charged, off BANNED.

ⓘ   This question is locked and replying has been disabled.