# Exhibit GG

 Meta 🔍

Back to Newsroom

## Facebook

# The Three-Part Recipe for Cleaning up Your News Feed

May 22, 2018

Tessa Lyons, Product Manager



How Facebook Addresses Misleading and Harmful Communication

Facebook App    · Follow

Share

Facebook Watch

*By Tessa Lyons, Product Manager*

Misleading or harmful content on Facebook comes in many different flavors, from annoyances like clickbait to more damaging things like hate speech and violent content. When we detect this kind of content in News Feed, there are three types of actions we take: remove it, reduce its spread or inform people with additional context.

Our Community Standards and Ads Policies outline the things not permitted on the platform, like hate speech, fake accounts and terrorist content. When we find things that violate these standards, we **remove** them. There are other types of problematic content that, although they don't violate our policies, are still misleading or harmful and that our community has told us they don't want to see on Facebook — things like clickbait or sensationalism. When we find examples of this kind of content, we **reduce** its spread in News Feed using ranking and, increasingly, we **_inform_** users with additional context so they can decide whether to read, trust, or share it.

Learn more about our three-pronged approach in the video above.

*See also:*
News Feed Ranking in Three Minutes Flat (video)
Machine Learning, Fact-Checkers and the Fight Against False News (video)
Designing New Ways to Give Context to News Stories

Categories: Facebook, Integrity and Security

Tags:
Community Standards and Enforcement, False News, News Feed

  

## RELATED NEWS

Meta

## How Facebook is Preparing for Ethiopia's 2021 General Election

We're sharing an update on our election integrity work ahead of Ethiopia's general election on June 21.

June 10, 2021

## Related Pages

Facebook

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

## Featured News

## Meta

**Independent Assessment: Expanding End-to-End Encryption Protects Fundamental Human Rights**

April 4, 2022

## Instagram

**Introducing New Messaging Features on Instagram**

March 31, 2022





Follow Us

        

Who We Are ⌄

What We Build ⌄

Our Actions ⌄

Our Community ⌄

Resources ⌄

Help Center ⌄

Community Standards  |  Data Policy    Terms  |  Cookie Policy

United States (English) ▾