# Exhibit HH

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CASE NO.: *prospective at the time of affidavit execution*

JASON FYK,

    *Plaintiff,*

vs.

UNITED STATES OF AMERICA,

    *Defendant.*

_____/

## AFFIDAVIT OF RYAN DAVID HARTWIG

Before me, the undersigned authority, on this date personally appeared Ryan David Hartwig, who after being duly sworn, deposes and states:

1.    I am over the age of eighteen, competent, and have personal knowledge as to all facts described below.

2.    I am a former moderator and employee of Cognizant, a multinational information technology services and consulting company. Among other endeavors, Cognizant served as a Facebook content moderation vendor.

3.    If someone simply states on an online platform, such as a Facebook, that he does not like someone of a certain class, then that often results in restriction by the online provider.

4.    For example, if someone says something like "I dislike Muslims who believe in Sharia law," that statement is a tier 2 hate speech offense, at least as it pertains to Facebook for example, and your statement will be deleted off Facebook platform.

5.    An online provider can even choose to exempt offensive speech whenever it benefits the company or aligns with the company's own views and policy agenda. For example,

generally advocating for the death of babies or fetuses is patently offensive and is a violation of Facebook's policies, but Facebook instructed us at Cognizant in an internal correspondence that "advocating for killing babies / fetuses in an abortion context should be ignored."

6.  Content provision was / is not always in the control of the third-party moderator, such as a Cognizant. For example, Cognizant was seeing content trending around an anti-abortion law passed in Alabama. An image relating to that was brought to the attention of a client, Facebook, as it met our hate speech policy for political exclusion. Given the newsworthy nature of the content, however, Facebook directed us to ignore this image and told us to be advised of further violations in captions and comments.

FURTHER AFFIANT SAYETH NAUGHT.

_Ryan David Hartwig_
AFFIANT'S LEGAL NAME (PRINT)

_Ryan C Hartwig_
AFFIANT'S SIGNATURE

_4/6/2022_
DATE

STATE OF _Arizona_ )
COUNTY OF _Maricopa_ )

BEFORE ME, the undersigned authority, personally appeared _Ryan D. Hartwig_ who, after being duly sworn, acknowledged to and before me that he executed the above.

WITNESS my hand and seal in the County and State last aforesaid this _6_ day of _April_, 2022.

_____
Signature of Notary Public

_____
Print, Type or Stamp Commissioned
Name of Notary Public

Personally known ___ or Produced Identification ___
Type of Identification produced: _____
DID Take Oath ___ or DID NOT Take Oath ___



STEVEN M. RUIZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 569110
Expires February 8, 2023

2