# Exhibit V



☰  🔍

28 days until the primary election runoff

f 🐦 📷 in 🔊   SHOP   SUBSCRIBE   DONATE

*suspension occurred right before the primary election.*

By **Brandon Waltens** | February 25, 2022

**Is Gov. Greg Abbott Planning to Kill School Choice in Texas?**

**Former Abbott Chief of Staff Lobbying for Leftist Group With Soros Ties**

**Woolsey: Property Taxes—How They Impact You**

*UPDATE: Chad Prather says the temporary restraining order against Facebook has been granted.*

**School District Tries to Hide Superintendent's Assault Investigation**

**Chad Prather** ✔
@WatchChad

The Chad Prather campaign
Facebook/Meta in the court
WON! California corporation
to interfere in Texas politics



28 days until the primary election runoff

Facebook for a week.

Now Prather is taking the fight to court.

According to Facebook, Prather violated community standards on harassment and bullying when he **responded to a woman** trolling his account and essentially told her to do more research and spare him the "victimhood."

The suspension handed down from Facebook placed Prather in "Facebook jail" up until Election Day.

Prather's suit accuses Facebook and Gov. Greg Abbott of collusion to censor Abbott's gubernatorial primary opponents, stating, "A California-based social media platform is actively interfering in the Texas gubernatorial elections to tip the scales in favor of the sitting governor of Texas so that he can give them a sweetheart business deal using taxpayer money."

Although the Texas Legislature **passed House Bill 20** in the second legislative special session to prohibit viewpoint


SHOP    SUBSCRIBE    DONATE



☰    🔍

**28** days until the primary election runoff

SHOP    SUBSCRIBE    DONATE

elections in Texas is an outrage that must be stopped immediately by our courts."

The lawsuit may be viewed below:



☰     🔍

**28** days until the primary election runoff

f   🐦   📷   in   🔊     SHOP     SUBSCRIBE     DONATE

**Brandon Waltens**

Brandon serves as the Managing Editor for Texas Scorecard. After managing successful campaigns for top conservative legislators and serving as a Chief of Staff in the Texas Capitol, Brandon moved outside the dome in order to shine a spotlight on conservative victories and establishment corruption in Austin. @bwaltens



≡                                                                                                    🔍

                                                                        🔍

28 days until the primary election runoff

                    f  t  📷  in  🔊       SHOP         SUBSCRIBE         DONATE

Subscribe

## Social Media

 Facebook
 Twitter
 Instagram
 LinkedIn
 RSS
 Subscribe
 Podcasts

## More Tools

Directory of Elected Officials
Request A Speaker
Make A Donation
Opportunities

Copyright 2021, All rights reserved. Developed for Texas Scorecard by