# Exhibit W

BREITBART

# BREITBART

TRENDING: UKRAINE WAR   KETANJI BROWN JACKSON   BIDEN'S OPEN BORDER   RECORD HIGH GAS   DEM-CITY CRIME W

# FACEBOOK DROPS 'HATE SPEECH' SUSPENSION FOR OH GOP CANDIDATE JOSH MANDEL

 6,626    EMAIL   PARLER    TWEET

☰

# BREITBART



AP Photo/Al Behrman

*by* ALANA MASTRANGELO | 21 Feb 2022 | 1,219

▶ 🎧 **LISTEN TO STORY** 2:28

Facebook suspended Ohio senate candidate Josh Mandel for 24 hours after he posted an image that read, "Veterans Before Illegals," which the social media Masters of the Universe labeled "hate speech" and a violation of the company's "community standards." Facebook rescinded the ban and apologized to Mandel following an appeal he filed with the internet giant.

"Facebook's Ministry of Truth suspended me for saying we should put American military veterans ahead of illegal immigrants," the senate candidate announced on Twitter on Monday.

BREITBART

*advertisement*



*Josh Mandel (AP Photo/Tony Dejak)*

BREITBART



*Facebook co-founder, Chairman and CEO Mark Zuckerberg arrives to testify before the House Energy and Commerce Committee in the Rayburn House Office Building on Capitol Hill April 11, 2018 in Washington, DC. This is the second day of testimony before Congress by Zuckerberg, 33, after it was reported that 87 million Facebook users had their personal information harvested by Cambridge Analytica, a British political consulting firm linked to the Trump campaign.*

"These ungrateful elites have no appreciation that their freedom exists ONLY because American servicemen stand watch in dark places across the globe," Mandel added.

 **Josh Mandel** ✔                
@JoshMandelOhio

Facebook's Ministry of Truth suspended me for saying we should put American military veterans ahead of illegal immigrants.

These ungrateful elites have no appreciation that their freedom exists ONLY because American servicemen stand watch in dark places across the globe.

BREITBART



9:58 AM · Feb 21, 2022                                        ⓘ

♡ 1K       💬 Reply       🔗 Copy link

**Read 166 replies**

In his post, Mandel included an image of a screenshot of the notice he received from Facebook, which read, "You can't post or comment for 24 hours," because, "you previously posted something that didn't follow our Community Standards."

"This post goes against our standards on hate speech, so only you can see it," the message from Facebook added. "Repeatedly violating our Community Standards can cause further account restrictions."

The image Mandel posted, which was deemed "hate speech" by Facebook simply read, "Veterans Before Illegals."

Mandel told Breitbart News: "As a Marine vet who served in Iraq and served honor guard at multiple Marine funerals, I find this action from Facebook as both sad and un-American."

"Silicon Valley seems to be full of ungrateful elites who have no appreciation that their freedom exists only because American servicemen stand watch in dark places throughout the globe," Mandel added.

Facebook rescinded the suspension and apologized to Mandel shortly after Mandel appealed the suspension.

Facebook claimed that the decision to suspend Mandel's account was made in error.

"We're sorry we got this wrong. We reviewed your post and it does follow our Community Standards," read a message from Facebook to Mandel, after the senate candidate appealed the suspension.

**Correcton** — This story as published stated that Facebook reversed Mandel's suspension after Breitbart News sent a request for comment on the situation to the company. In fact, the suspension was reversed

# BREITBART

**READ MORE STORIES ABOUT:**

Economy, Politics, Tech, Facebook, Josh Mandel, Mark Zuckerberg, Masters of the Universe, Meta, Ohio, Senate

 TWEET    SHARE

## TRENDING TODAY

*Ads by Revcontent*



### Want to Reduce Your Body Fat? Drink This for 1 Week! (Watch)

*Actavis Breakthrough*



### Suffering from Brain Fog? Do This for Mental Energy and Razor Sharp Memory

*Med News*



### Careful, These Breeds Bark and Bite!

*RocketFacts*



### Celebs Who Went Broke and Now Working a Regular Job

*InsightAlley*



### Southerner Slang You Just Have to Hear

*RocketFacts*

### 27 Mash Facts and Secrets Exposed

*ItsTheVibe*









**BREITBART**

Flawless                                    *Definition*                                    Camera
*StandardNews*                                                                               *StandardNews*

Comment count on this article reflects comments made on Breitbart.com and Facebook. Visit Breitbart's Facebook Page.

We welcome thoughtful responses and inputs. Comments with personally identifiable information, harassment, threats, or other violations will be removed.

Please let us know if you're having issues with commenting.

**Breitbart News Network Comment Policy**
Please read our Comment Policy before commenting.



**208 Comments**     **Breitbart News Network**     🔒          🔴 **Login** ⌄

♡ **Favorite** 5          🐦 Tweet      f Share                    Sort by Best ⌄



Join the discussion…

**LOG IN WITH**          **OR SIGN UP WITH DISQUS** ⑦

Name

**Like this article?**
Subscribe to Breitbart News Network to receive daily updates of the latest articles delivered straight to your inbox.



✉ Enter email address          Subscribe

Hide this message

**Rhonda Tillis** · 2 months ago
Facebook uses H1B foreigners to censor Americans. This was to be expected.
76 ⌃ | ⌄ · Reply · Share ›



**Tiger** ➜ Rhonda Tillis · 2 months ago
It would fall if people would get off it.
24 ⌃ | ⌄ · Reply · Share ›



**Flower1** ➜ Tiger · 2 months ago
They are, first time in it's history of losing daily active

BREITBART

17 ∧ | ∨ • Reply • Share ›

 **Tiger** ➔ Flower1 • 2 months ago
Good shows resolve.

8 ∧ | ∨ • Reply • Share ›

 **Diogenes** ➔ Tiger • 2 months ago
I did, about 8 months ago. Haven't missed it a bit.

5 ∧ | ∨ • Reply • Share ›

 **libertarianotliberal** ➔ Tiger • 2 months ago
I have been off for 3 years and dont miss it at all

3 ∧ | ∨ • Reply • Share ›

 **Tiger** ➔ libertarianotliberal • 2 months ago
I never joined. Decided not to join any social media.

3 ∧ | ∨ • Reply • Share ›

 **Will Nelson** ➔ Tiger • 2 months ago
I wish it would fail. I am only on it because the wife posts her pictures and gets grumpy if she does not enough views and likes.

2 ∧ | ∨ • Reply • Share ›

 **Tiger** ➔ Will Nelson • 2 months ago
Good grief.

2 ∧ | ∨ • Reply • Share ›

 **Fight Against the Tyrants BLOG** ➔ Rhonda Tillis
• 2 months ago
Zuckerberg needs to have his wealth confiscated and redistributed to the American working class as compensation for all the damage he has done.

16 ∧ | ∨ 1 • Reply • Share ›

 **A'Lan Mandragorian** ➔ Rhonda Tillis • 2 months ago
When was the last time they made a "mistake" with a liberal

10 ∧ | ∨ • Reply • Share ›

 **Joie Balke** ➔ Rhonda Tillis • 2 months ago
Probably from China.

6 ∧ | ∨ • Reply • Share ›

 **TheNakedCommunist** ➔ Rhonda Tillis • 2 months ago
at least the H1B's have papers.

BREITBART

 **teasipper16** → TheNakedCommunist • 2 months ago

No they don't. The corporation holds their papers,that's while they are so controllable

6 ∧ | ∨ • Reply • Share ›

 **Shadoh21** → Rhonda Tillis • 2 months ago

The universe loves irony.

3 ∧ | ∨ • Reply • Share ›

 **Mac** → Rhonda Tillis • 2 months ago

What's a ***"FaceBook"***...???

Mac, MAGA & KAG...

1 ∧ | ∨ • Reply • Share ›

 **3Storms** • 2 months ago

I guess truth is a form of hate speech now.

39 ∧ | ∨ • Reply • Share ›

 **Paul Wilson** → 3Storms • 2 months ago

"During times of universal deceit, telling the truth becomes a revolutionary act." — George Orwell

37 ∧ | ∨ • Reply • Share ›

 **Nickitisit** → Paul Wilson • 2 months ago

Amen brother Paul!

7 ∧ | ∨ • Reply • Share ›

 **Paul Astley** → 3Storms • 2 months ago

No you do not understand the issues. We live in a cold war. We are living in a version of Orwell's book '1984' were words no longer have the same meaning. To control a population to enable the US to lose a cold war with China.... The tactics of the book 1984 are used by China. The forever war is the war against climate change. A war that can never be won. The Racial war is also a war that cannot be won. China has taken over our media hence the fake news which is anti-US and irrational. Covid was an attack hence the fake media censorship of Ivermectin.

13 ∧ | ∨ • Reply • Share ›

 **Nannette McGowan** → 3Storms • 2 months ago

"Sometimes people don't want to hear the truth because they don't want their illusions destroyed." — Friedrich Nietzsche

9 ∧ | ∨ • Reply • Share ›


BREITBART

For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who suppress the truth in unrighteousness (Romans 1:18)

7 ∧ | ∨ • Reply • Share ›


**Linda Berry** ➜ 3Storms • 2 months ago
yep. i had 4 replies blocked here on breitbart two days ago for no cuss words, no threats, nothing but a truthful statement.

2 ∧ | ∨ • Reply • Share ›


**Maxim Czarski** • 2 months ago • edited
At some point it must be understood: by using FB, Twitter, etc, you are inserting bullets into a gun aimed at your face. By giving ANY activity to these and other social networks, you increase their sway over society, thus their ability to manipulate it, not to mention that you enrich the utterly anti-American groups who own these platforms, thus further enabling them to donate money to their allies in politics. At some point, the Right must finally get it - total disengagement from the Left-controlled platforms is a precondition of having any chance of long-term political and cultural survival.

24 ∧ | ∨ • Reply • Share ›


**Don Nolen** ➜ Maxim Czarski • 2 months ago • edited
I gave up FB 5 years ago. Never looked back and I managed to skip Twitter altogether. Life is so much more satisfying without them. Try it, you'll like it!

9 ∧ | ∨ • Reply • Share ›


**Maxim Czarski** ➜ Don Nolen • 2 months ago
so true. I think, these social networks are horribly wrecking millions of youth, irrespective of ideology; FB seeks to subsume the whole being, the entire existence of its users, to keep them online almost constantly, with news, games, entertainment, - all of this at the cost of developing their talents, abilities, growing their minds; young individuals should spend at least 3 hours daily developing their talents, be it music, arts, science, literature, - day after day, hard work and love invested into one's talent, then the talent thrives and rewards; FB et al. make this almost impossible, turning youth into addicts, eventually, into wretched creatures who failed to realize their potential and got soaked with with that poison of envy and resentment that is so prevalent online. FB etc suck blood out of young lives, leaving them ruined, all for the sake of money, and then

BREITBART

3 ^ | ∨ • Reply • Share ›



**FWiedner** ➜ Don Nolen • 2 months ago

... And Mark Zuckerburg is still a multi-billionaire

2 ^ | ∨ • Reply • Share ›



**jaimo** ➜ Don Nolen • 2 months ago

Problem for me is that I do alot of stuff with needlework designers on fakebook and they aren't moving to a different platform anytime soon.

1 ^ | ∨ • Reply • Share ›



**mystery woman** ➜ jaimo • 2 months ago

Use Zoom. Those needlework designers should use Zoom.

3 ^ | ∨ • Reply • Share ›



**Ernest Moosa** ➜ jaimo • 2 months ago

Regardless of the needlepoint, you are enabling them.

2 ^ | ∨ • Reply • Share ›



**Patrick Burton** ➜ Maxim Czarski • 2 months ago

Tell that to all our representatives in congress who all have Facebook and Twitter accounts

6 ^ | ∨ • Reply • Share ›



**Backinthesaddle** • 2 months ago

Facebook rescinded the suspension and apologized to Mandel shortly after Breitbart News requested comment from the social media platform, and after Mandel appealed the suspension. Facebook claimed that the decision to suspend Mandel's account was made in error.

+++++++++++++++++

It it wasn't made in error. They just got called out for it and had to capitulate because it was high profile and their move was indefensible. But it was NOT done in error.

19 ^ | ∨ • Reply • Share ›



**TheGreggers II** ➜ Backinthesaddle • 2 months ago

The error was they got caught.

14 ^ | ∨ • Reply • Share ›



**jupiteralliance** ➜ Backinthesaddle • 2 months ago

The left is so adept at lying.

13 ^ | ∨ • Reply • Share ›

 BREITBART

Its about all they do, so practice makes perfect I guess. Trouble is that when you lie that often, people stop listening to you.

10 ⌃ | ⌄ • Reply • Share ›

 **teasipper16** → Backinthesaddle • 2 months ago

It's always an error when they are forced to rescind suspensions

6 ⌃ | ⌄ • Reply • Share ›

 **ggaryc** • 2 months ago

Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals Veterans before illegals

18 ⌃ | ⌄ • Reply • Share ›

 **TheGreggers II** → ggaryc • 2 months ago

Watch... I'll get a thumbs up too.

6 ⌃ | ⌄ 3 • Reply • Share ›

 **Larry W** • 2 months ago

Funny how they only get it wrong when it's a conservative posting.

16 ⌃ | ⌄ • Reply • Share ›

 **dean53** • 2 months ago

I guess Facebook would also think it's "hate speech" to say, "America for Americans
before non-Americans."

15 ⌃ | ⌄ • Reply • Share ›

 **Deby** → dean53 • 2 months ago

Absofrickinglutely.

7 ⌃ | ⌄ • Reply • Share ›

 This comment was deleted.

 **Westgate** → Guest • 2 months ago

Apparently, Disqus is now equipping all new accounts with



**BREITBART**

rid of my robotic follower.

3 ^ | ⌄ • Reply • Share ›



**aka Someone Else** ↱ Westgate • 2 months ago

I don't use Fb, but I believe Breitbart has come under attack by the same, or similar bots - identified by lips/lipstick image.

2 ^ | ⌄ • Reply • Share ›



**dogbites** • 2 months ago

Allowing leftist leaning corporations, or any group for that matter, to have any control of public discourse will lead to problems we can't even imagine.

12 ^ | ⌄ • Reply • Share ›



**jupiteralliance** ↱ dogbites • 2 months ago

It already is.

3 ^ | ⌄ • Reply • Share ›



**CinqueB** • 2 months ago

FB deleted me for 30 days because I posted a happy birthday message on a guy's timeline that said; Happy Birthday Bob, better not slow down because I am right behind you and will run you over.

**ALSO ON BREITBART NEWS NETWORK**

German Govt Loses Vote on Imposing …

3 hours ago • 35 comments

The German federal parliament rejected a proposed vaccine …

Family of French Teacher Beheaded …

5 hours ago • 18 comments

Family members of Samuel Paty, murdered by a Chechen terrorist …

Terror Su He Killed

4 hours ago

The suspe accused of David Ame

BREITBART

advertisement

SOCIAL          BREITBART STORE > >





BREITBART

☆ FEATURED

## 50s Performance Cars That Beat a Top Classic Muscle Car Any Day!

Wheels on Feed

## These Classic Muscle Cars Cost Under $40,000 and Will Make Your Neighbor Jealous

Wheels on Feed

## Careful, These Breeds Bark and Bite!

RocketFacts



BREITBART

### Southerner Slang You Just Have to Hear

RocketFacts

### 21 Terrifyingly Real Photos Caught on Trail Camera

StandardNews

### 26 Weird Animals You Didn't Know Exist

Definition

BREITBART

*advertisement*

## MOST POPULAR



**Big Media Lobbyists Try to Save JCPA With Sham Amendment**

*1,431 comments*



**Barack Obama Backs Internet Controls to Stem the 'Demand for Crazy'**

*5,221 comments*



**Twitter Censors Defy Elon Musk: No Plans**

BREITBART

Local
Pet Su

Ad

**WH Defends Giving Border Crossers Smart Phones to Report to ICE**

*5,054 comments*



**PICS: Kremlin Admits Russia Has Taken 'Significant' Losses in Ukraine**

*388 comments*



**Pelosi Tests Positive for Coronavirus After Spending Time with Biden**

*5,645 comments*



Ad

She Ruled Hollywood In 70s, This Is H Today

Thedelite.com

**Friedman: Russian Invasion Won't End Unless the People Remove Putin**

*113 comments*



**Hannah-Jones: Parents Are Wrong, America Is Racist**

*888 comments*



**New Jersey Curriculum: Gender Lessons for 1st and 2nd Graders**

*529 comments*





**Parliament to 'Help Muslims'**

*140 comments*





IS LIBERTY IN AME
FACING NEW THR

HELP US UNDERSTAND THE
MAINSTREAM AMERICANS C
CRITICAL ISSUE OF BIG TECH

TAKE THE SURVEY



*advertisement*

BREITBART

advertisement

## FROM THE HOMEPAGE

Report: George Soros Funds 13 Radical Democrats Running for Congress in 2022

Report: George Soros Funds 13 Radical Democrats Running for Congress in 2022

184 *Comments*

BREITBART

Ever Levels Amid
Ukraine War,
Sanctions Clash

UN Food Price Index
Hits Highest-Ever
Levels Amid Ukraine
War, Sanctions
Clash

 *Comments*



Watch: Disney CEO
Bob Chapek Issues
Groveling Apology to
Company LGBTQ
Activists

2,189 *Comments*



New Jersey Model
Curriculum: 'Gender
Identity' Lessons for
1st and 2nd Graders

529 *Comments*



BREITBART

Biden Cost-Cutting
as China Keeps
Building

Report: U.S. Navy
Shrinking Under
Biden Cost-Cutting
as China Keeps
Building

315 *Comments*

PICS: Kremlin
Admits Russia Has
Taken 'Significant'
Losses in Ukraine

PICS: Kremlin
Admits Russia Has
Taken 'Significant'
Losses in Ukraine

388 *Comments*

'Peace or Air
Conditioners' –
Italian PM Tells
People to Cut Energy
Use to Help Ukraine

'Peace or Air
Conditioners' –
Italian PM Tells
People to Cut Energy
Use to Help Ukraine

222 *Comments*



BREITBART

Ahead of Macron in
French Presidential
Second Round

Shock Poll Puts
Marine Le Pen
Ahead of Macron in
French Presidential
Second Round

 Comments


Terrorist Who Killed
Two in Tel Aviv Shot
Dead After Massive
Manhunt

Palestinian Terrorist
Who Killed Two in
Tel Aviv Shot Dead
After Massive
Manhunt

69 Comments

'Funeral Instead of
a Wedding' for
Terror Victim in
Israel Shot Dead
Weeks After
Becoming Engaged
'Funeral Instead of a
Wedding' for Terror
Victim in Israel Shot
Dead Weeks After
Becoming Engaged

19 Comments



BREITBART

Invites Flood of Poor
Cuban Migrants

Cuban-born
Alejandro Mayorkas
Invites Flood of Poor
Cuban Migrants

 *Comments*

German Govt
Loses Vote on
Imposing Mandatory
Vaccinations on
Over-60s

German Govt Loses
Vote on Imposing
Mandatory
Vaccinations on
Over-60s

 *Comments*

Obamas Gush for
Ketanji Brown
Jackson, Lauding 'a
New Dream to
Dream'

Obamas Gush for
Ketanji Brown
Jackson, Lauding 'a
New Dream to
Dream'

 *Comments*

BREITBART



## BREITBART NEWS

Masthead

About Us

Accessibility

Policy Info

Terms of
Use

Privacy
Policy

Cookies

Advertise

Contact Us

Careers

Store

Get the App

Newsletters

Send A Tip

Sitemap

Enable Accessibility

Copyright © 2022 Breitbart

SUBSCRIBE

DONATE





Help voters get the facts they need…Become a member of the Ballotpedia Society

# Elected officials suspended or banned from social media platforms

This page provides an overview of elected officials who were temporarily suspended or banned from the social media platforms Facebook, Twitter, or YouTube during their tenure in office. This page does not include suspensions or bans for non-elected government officials, campaign staff members, or political consultants. It also does not include suspensions made in error.

If you are aware of a suspension or ban that should be included, please email us.

As of March 14, 2022, Ballotpedia had tracked seven elected officials who were suspended and/or banned from Facebook, Twitter, or YouTube while in office.

## Overview

The following table provides an overview of elected officials suspended or banned from social media platforms.

| | | Officeholders |
|---|---|---|
| | Federal: President · Vice President · Cabinet officials · U.S. senators · U.S. representatives · Supreme Court justices · Other federal judges | |
| | State: Governors · Lieutenant governors · Secretaries of state · Attornies general · Other state executive officials · State senators · State representatives · Judges by state | |
| | Local: Mayors · City council members · Judges by county | |
| | Analysis: Elected officials seeking other offices · Incumbent win rates · Misconduct by officeholders · Social media suspensions | |

| Overview of elected officials suspended or banned from social media platforms | | | | | |
|---|---|---|---|---|---|
| Name | Position | Platform | Date | Status | Reason |
| Jim Banks (R) | U.S. House of Representatives | Twitter | October 23, 2021 | Suspended for 14 days | For violating the platform's policy prohibiting "targeted misgendering or deadnaming of transgender individuals" |
| Briscoe Cain (R) | Texas House of Representatives | Twitter | September 13, 2019 | Suspended for 141 days | For tweeting an alleged threat against [B]<br>O'Rourke |

Thank you!

| Marjorie Taylor Greene (R) | U.S. House of Representatives | Twitter | August 10, 2021 | Suspended for 7 days | For violating the platform's COVID-19 misinformation policy |
| Marjorie Taylor Greene (R) | U.S. House of Representatives | Twitter | July 19, 2021 | Suspended for 12 hours | For violating the platform's COVID-19 misinformation policy |
| Marjorie Taylor Greene (R) | U.S. House of Representatives | Twitter | January 17, 2021 | Suspended for 12 hours | For tweeting about alleged 2020 election fraud in violation of Twitter's civic integrity policy |
| Marjorie Taylor Greene (R) | U.S. House of Representatives | Twitter | January 2, 2022 | Permanently suspended | For violating the platform's COVID-19 medical misinformation policy |
| Marjorie Taylor Greene (R) | U.S. House of Representatives | Facebook | January 3, 2022 | Suspended for 24 hours | For violating the platform's COVID-19 medical misinformation policy |
| Ron Johnson (R) | U.S. Senate | YouTube | June 11, 2021 | Suspended for 7 days | For violating the platform's COVID-19 medical misinformation policy |
| Barry Moore (R) | U.S. House of Representatives | Twitter | January 9, 2021 | Temporarily suspended | For tweeting about alleged 2020 election fraud and the attack on the U.S. Capitol |
| Rand Paul (R) | U.S. Senate | YouTube | August 10, 2021 | Suspended for 7 days | For violating the platform's COVID-19 medical misinformation policy |
| Donald Trump (R) | President of the United States | Facebook | January 6, 2021 | Suspended for 24 hours | For posting about alleged 2020 election fraud and attack on U.S. Capitol |
| Donald Trump (R) | President of the United States | Facebook | January 7, 2021 | Suspended until at least January 2023 | For potentially inciting violence |
| Donald Trump (R) | President of the United States | Twitter | January 6, 2021 | Suspended for 12 hours | For tweeting about alleged 2020 election fraud and attack on U.S. Capitol |
| Donald Trump (R) | President of the United States | Twitter | January 8, 2021 | Permanently suspended | For potentially inciting violence |
| Donald Trump (R) | President of the United States | YouTube | January 12, 2021 | Suspended indefinitely | For violating policies against incitement of violence |

# Federal officials

## President Donald Trump (R)

### Initial suspensions

President Donald Trump (R) was suspended from Twitter for 12 hours on January 6, 2021, after tweeting about alleged 2020 election fraud and posting a video in response to the January 6, 2021, attack on the U.S. Capitol.[1] Trump was also suspended from Facebook for 24 hours for two policy violations. Facebook CEO Mark Zuckerberg said, "His decision to use his platform to condone rather than condemn the actions of his supporters at the Capitol building has rightly disturbed people in the US and around the world. We removed these statements yesterday because we judged that their effect — and likely their intent — would be to provoke further violence."

### Twitter

Twitter permanently suspended Trump from the platform on January 8, 2021. The company said in a statement, "After close review of recent Tweets from the @realDonaldTrump account and the context around them — specifically how they are being received and interpreted on and off Twitter — we have permanently suspended the account due to the risk of further incitement of violence."[2]

The company said it evaluated two tweets Trump made on January 8, 2021, against its *glorification of violence policy*.

- "The 75,000,000 great American Patriots who voted for me, AMERICA FIRST, and MAKE AMERICA GREAT AGAIN, will have a GIANT VOICE long into the future. They will not be disrespected or treated unfairly in any way, shape or form!!!"

- "To all of those who have asked, I will not be going to the Inauguration on January 20th."

Twitter said Trump's decision to not attend Joe Biden's (D) inauguration was being interpreted by supporters as delegitimizing the 2020 election results and could be interpreted as providing a target for violence. Twitter also said that the tweets were interpreted by some as supportive of those involved in the January 6 attack or future armed protests.[2]

Trump said, in tweets from the official presidential Twitter account, "As I have been saying for a long time, Twitter has gone further and further in banning free speech, and tonight, Twitter employees have coordinated with the Democrats and Radical Left in removing my account from their platform, to silence me — and YOU, the 75,000,000 great patriots who voted for me." Twitter temporarily limited the use of this account to prevent the evasion of Trump's initial suspension.[3]

## Facebook

On January 7, 2021, Facebook extended the suspension to an indefinite period of time longer than two weeks. "We believe the risks of allowing President Trump to continue to use our service during this period are simply too great," Facebook officials said in a statement.[4] On January 21, 2021, Facebook referred the decision to uphold or overturn the suspension to an independent body with binding decision-making rights called the Oversight Board.[5]

On May 5, 2021, the Facebook Oversight Board upheld the suspension of Trump's Facebook and Instagram accounts. It also called the indefinite suspension an "indeterminate and standardless penalty" and requested that Facebook review this policy. Nick Clegg, vice president of global affairs and communications at Facebook, said, "We will now consider the board's decision and determine an action that is clear and proportionate. In the meantime, Mr. Trump's accounts remain suspended."[6]

Trump responded to the decision in a statement on the same day:

> " What Facebook, Twitter, and Google have done is a total disgrace and an embarrassment to our Country. Free Speech has been taken away from the President of the United States because the Radical Left Lunatics are afraid of the truth, but the truth will come out anyway, bigger and stronger than ever before. The People of our Country will not stand for it! These corrupt social media companies must pay a political price, and must never again be allowed to destroy and decimate our Electoral Process.[7] "
>
> —President Donald Trump (R)[8]

Facebook announced on June 4, 2021, that Trump would remain suspended until at least January 2023. Facebook said it would then review if there was continued serious risk to public safety, which could trigger an extension of the suspension.[9]

Clegg said, "In establishing the two year sanction for severe violations, we considered the need for it to be long enough to allow a safe period of time after the acts of incitement, to be significant enough to be a deterrent to Mr. Trump and others from committing such severe violations in future, and to be proportionate to the gravity of the violation itself."[9]

## YouTube

YouTube suspended Trump's YouTube channel following comments he made during a news conference on January 12, 2021. A YouTube spokesperson said, "After careful review, and in light of concerns about the ongoing potential for violence, we removed new content uploaded to the Donald J. Trump channel and issued a strike for violating our policies for inciting violence. … We are also indefinitely disabling comments under videos on the channel, we've taken similar actions in the past for other cases involving safety concerns."[10]

In March 2021, YouTube CEO Susan Wojcicki discussed the indefinite suspension: "The channel remains suspended due to the risk of incitement to violence. … We will turn the account back on. But it will be when we see the reduced law enforcement in capitals in the U.S, if we don't see different warnings coming out of government agencies, those would all be signals to us that it would be safe to turn the channel back on."[11]

Sen. Ron Johnson (R-Wis.)



Thank you!

Sen. Ron Johnson (R-Wis.) was suspended from YouTube for seven days on June 11, 2021, for promoting hydroxychloroquine and ivermectin as a treatment for COVID-19 during a virtual event hosted by the Milwaukee Press Club.

A YouTube spokesperson said in a statement, "We removed the video in accordance with our COVID-19 medical misinformation policies, which don't allow content that encourages people to use Hydroxychloroquine or Ivermectin to treat or prevent the virus."[12]

Johnson responded in a statement: "Big Tech and mainstream media believe they are smarter than medical doctors who have devoted their lives to science and use their skills to save lives. They have decided there is only one medical viewpoint allowed and it is the viewpoint dictated by government agencies. How many lives will be lost as a result? How many lives could have been saved with a free exchange of medical ideas? Government-sanctioned censorship of ideas and speech should concern us all."[12]

## Rep. Marjorie Taylor Greene (R-Ga.)

### Twitter

Rep. Marjorie Taylor Greene's (R-Ga.) personal account was permanently suspended from Twitter on January 2, 2022, for violating the platform's COVID-19 misinformation policy. She tweeted that vaccines were dangerous and should not be mandated. Twitter said they permanently suspended her account due to repeated violations of its policy.[13] Greene was the first sitting member of Congress to have her Twitter account suspended.

Greene was also suspended from Twitter for a week on August 10, 2021, for violating the platform's COVID-19 misinformation policy. She tweeted that vaccines were failing and did not reduce the spread of the virus.[14] She had previously been suspended for 12 hours on July 19, 2021, for violating the platform's COVID-19 misinformation policy. She had called COVID-19 vaccines controversial and said that COVID-19 was not dangerous for non-obese people and those under 65. A Twitter official said her account had received multiple strikes.[15][16] Greene said in a statement, "These Big Tech companies are doing the bidding of the Biden regime to restrict our voices and prevent the spread of any message that isn't state-approved."[17]

Greene was first suspended from Twitter for 12 hours on January 17, 2021, for tweets about alleged 2020 election fraud that Twitter said violated the platform's civic integrity policy.[18] Greene said in a statement, "Conservative Americans shouldn't be afraid to speak their mind. They shouldn't have to fear being cancelled by American corporations where they work, do business, and use services."[19]

### Facebook

Facebook suspended Greene's account for 24 hours on January 3, 2022, for violating its COVID-19 medical misinformation policy. The platform released a statement, saying: "A post violated our policies and we have removed it; but removing her account for this violation is beyond the scope of our policies."[20] Greene said: "Facebook has joined Twitter in censoring me. This is beyond censorship of speech."[21]

## Rep. Barry Moore (R-Ala.)

Rep. Barry Moore (Ala.) was temporarily suspended from Twitter on January 9, 2021, after he made two posts related to alleged election fraud and the January 6, 2021, attack on the U.S. Capitol:[22]

- "Wow we have more arrests for stealing a podium on January 6th than we do for stealing an election on November 3rd! Atlanta, Philadelphia, and Detroit, would be places I recommend you start; there is video evidence of these crimes as well! #ElectionIntegrityMatters"

- "I Understand it was a black police officer that shot the white female veteran. You know that doesn't fit the narrative."

After the suspension, Moore deactivated his personal Twitter account. Moore's chief of staff said he deleted the account "because of the censorship of conservative voices he saw happening."[22]

## Sen. Rand Paul (R-Ky.)

On August 10, 2021, YouTube suspended Sen. Rand Paul (R-Ky.) for seven days after he posted a video where he said cloth masks were not effective at preventing coronavirus infection. A spokesperson for the platform said, "We removed content from Senator Paul's channel for including claims that masks are ineffective in preventing the contraction or transmission of COVID-19, in accordance with our COVID-19 medical misinformation policies. This resulted in a first strike on the channel, which means it can't upload content for a week, per our longstanding three strikes policy."[23]

Paul tweeted in response, "A badge of honor...leftwing cretins at Youtube banning me for 7 days for a video that quotes 2 peer reviewed articles saying cloth masks don't work."[24]

## Rep. Jim Banks (R-Ind.)

On October 23, 2021, Twitter suspended Rep. Jim Banks' (R-Ind.) official account for fourteen days after he made two posts referring to Admiral Rachel Levine, a transgender woman and the United States' first openly transgender four-star officer, as a man. A Twitter spokesman said one of the tweets violated the company's hateful conduct policy , which prohibits "targeted misgendering or deadnaming of transgender individuals."[25] After Banks deleted the tweet, Twitter restored his account on Nov. 5.[26]

Banks tweeted in response from his personal account, saying: "Twitter has suspended my official account for posting a statement of FACT. I won't back down. I'll be posting on my personal account for the time being … Big Tech must be held accountable!"[27]

## State officials

### Texas State Rep. Briscoe Cain (R)

Texas State Rep. Briscoe Cain (R) was suspended from Twitter for 141 days on September 13, 2019, after retweeting 2020 presidential candidate Beto O'Rourke's (D) proposal for mandatory buybacks of certain weapons and writing, "My AR is ready for you Robert Francis." O'Rourke called the tweet a death threat. Cain returned to Twitter on January 31, 2020, and tweeted a screenshot of the tweet that led to his suspension. He wrote, "But seriously @twitter, y'all banned me for this." Both tweets were no longer available on the platform.[28]



Up to 25% off
select Staples® and
TRU RED™ office supplies.

Shop now

## See also

- Breach of U.S. Capitol during electoral vote count (January 6, 2021)
- Misconduct in American politics (2021-2022)

## Footnotes

1. *NBC News*, "Facebook and Twitter lock Trump's accounts after posting video praising rioters," January 6, 2021
2. *Twitter*, "Permanent suspension of @realDonaldTrump," January 8, 2021
3. *TechCrunch*, "President Trump responds to Twitter account ban in tweet storm from @POTUS account," January 8, 2021
4. *Facebook*, "Our Response to the Violence in Washington," January 7, 2021
5. *Facebook*, "Referring Former President Trump's Suspension From Facebook to the Oversight Board," January 21, 2021
6. *Facebook*, "Oversight Board Upholds Facebook's Decision to Suspend Donald Trump's Accounts," May 5, 2021
7. *Note: This text is quoted verbatim from the original source. Any inconsistencies are attributable…*

Only the first few references on this page are shown above. Click to show more.

Thank you!



Ballotpedia features 340,962 encyclopedic articles written and curated by our professional staff of editors, writers, and researchers. Click here to contact our editorial staff, and click here to report an error. Click here to contact us for media inquiries, and please donate here to support our continued expansion.

Thank you!

# The Palm Beach Post

**ELECTIONS**

# Far right candidate Laura Loomer, banned from most social media, suspicious of Comcast glitch

**Christine Stapleton** Palm Beach Post

Published 6:30 a.m. ET Aug. 12, 2020

Congressional candidate Laura Loomer, the far right internet provocateur banned from most social media, ride sharing and money transfer platforms for hate speech, has relied on text messaging and emails to raise money.

So, when a fundraising text message she planned to share with donors Monday about endorsements from Roger Stone and GOP Rep. Matt Gaetz was rejected by Comcast Xfinity for "dangerous content," Loomer was stunned.

"There is no reason I should be shut down," said Loomer. "This is the primary way we get messages out, via text messages and email ... they are now shutting down every way of communicating."

>>READ ALSO: This far-right provocateur is banned from social media, but she's still running for Congress

Comcast released a statement Tuesday acknowledging the problem but said it had nothing to do with the content of Loomer's text messages. Instead, the problem had to do with the third-party text messaging platform that Loomer uses to distribute her messages and the third-party threat-intelligence services that Comcast uses to screen potential threats.

For some reason unknown to Loomer and not revealed by the company, Comcast's third-party threat-intelligence service automatically flagged the third-party text-messaging platform used by Loomer.

"In this case, our security platform — which leverages widely used third-party threat-intelligence services — flagged the texting provider used by Laura Loomer's campaign as a potential threat," according to a spokesperson for Comcast. "Anyone using this texting

provider would have had the same experience, not only with our service, but with any security service using similar threat-intelligence lists. The security alert had nothing to do with the content or sender of any communication."

>>Endorsements from The Palm Beach Post Editorial Board for Aug. 18 primaries

Loomer wasn't buying it. The 27-year-old earned her creds in the world of conspiracy theorists by promoting suspicions such as Democratic Rep. Ilhan Omar marrying her brother and that a lone gunman may not have been responsible for the October 2017 mass shooting in Las Vegas.

Loomer bills herself as an investigative reporter and is known for her guerrilla-style journalism at the far-right activist group Project Veritas. Loomer was banned from Facebook, Instagram and Twitter, accused of using hate speech in posts about Muslims. The ban later expanded to Uber, Lyft, PayPal and Venmo.

During her campaign, Loomer has described herself as "the most banned woman on the internet" and is unapologetic about the content of any of her posts.

>>RELATED: Six GOP candidates compete in U.S. House District 21

"We believe it's politically motivated," said Loomer, citing contributions Comcast has made to incumbent Democrat U.S. Rep. Lois Frankel, Loomer's push to break-up tech giants and Comcast's headquarters being located in the district. Loomer also claims that Frankel owns stock in Comcast.

Loomer is one of five GOP candidates hoping to secure the nomination in the primary on Aug. 18. The winner will challenge Frankel in the November general election. Frankel's spokesperson did not respond to a request for comment.

"It's just very suspicious," Loomer said. "We've been texting without a problem for a year and now they're claiming it's a glitch."

cstapleton@pbpost.com

@StapletonPBPost