# Exhibit AA



Friday, April 8, 2022

PODCASTS   BUY GOLD & SILVER   ECONOMY   POLITICS   CORRUPTION



 





ALERT: On October 15, 2020 YouTube terminated BOTH SGT Report YouTube channels without warning or cause. On October 22, 2020 Patreon terminated the SGT Report Patreon page without warning or cause. This is economic warfare friends.

For the time being, the best way to support us is to become a member at **SGTreport.TV** or become a **SubscribeStar Member**
Thank you & God bless.
~Sean