# Exhibit II



Townhall  ›  Columnists  ›  Michael Brown

TWITTER

OPINION

# When Twitter Blocked Mother Teresa

Michael Brown   |   Posted: Apr 12, 2019 8:51 AM

 Share     Tweet

The opinions expressed by columnists are their own and do not necessarily represent the views of Townhall.com.



Source: AP Photo/Visar Kryeziu

Imagine your reaction if I told you 20 years ago that a major internet platform would block a Mother Teresa comment about abortion because it was "hateful." Or that a presidential candidate "married" to his same-sex partner would call the vice president bigoted and hypocritical because he believed that marriage was the union of a man and a woman. Or that a popular fast-food chain would be boycotted because it gave money to Christian ministries that followed the teaching of the Bible.

It seems unbelievable, but that's where we find ourselves today – and these are just a few out of hundreds of possible examples that could be cited (if not more).

Trending

Peter Pischke
**This Time Is Different. Boycott Disney Will Work.**

Townhall

One Year After the '60 Minutes' Debacle, the Media Hasn't Learned a Thing

Pat Buchanan
Who Wins, Who Loses Gen. Milley's Long War?

executives from Twitter and Facebook about their business practices, which seem to discriminate against conservatives (especially if they are Christian conservatives).

The comment in question was tweeted out by a pro-life organization, and the tweet consisted of Mother Teresa's words and her picture: "Abortion is profoundly anti-women. Three quarters of its victims are women: Half the babies and all the mothers."

That was it. Nothing hateful and nothing bigoted. Rather, the statement was grounded in love, even calling mothers who abort their babies "victims" rather than criminals.

But it was too offensive for Twitter and was subsequently blocked for violating company guidelines, only to be eventually restored.

At the Senate hearing, after putting the graphic of the tweet on a screen, Cruz said, "It's not just political, it's also ideological. There have been multiple instances of, in particular pro-life groups, being disfavored. For example, here is a tweet that says that 'abortion is profoundly anti-women' and it's a quote from Mother Teresa and this tweet was blocked. Now it's fairly remarkable that Mother Teresa is now deemed hate speech. Do either of you agree with the proposition that Mother Teresa is issuing hate speech?"

CARTOONS | AL GOODWYN

VIEW CARTOON

What was the response of these Twitter and Facebook executives?

Silence. Deafening silence. Twelve long seconds of uncomfortable silence.

Yet the question was so simple. Either admit your extreme bias or say, "Of course not! That should never have been blocked."

But they couldn't.

**Town**hall

And remember: These are highly-trained, carefully-selected representatives of some of the richest companies on the planet. Yet they could not answer the senator's simple question. How telling!

When the Twitter rep finally spoke, all he did was obfuscate, even claiming that they have acted just as frequently against tweets on the other side of the abortion issue. To that claim I say, "Prove it!"

Show me where you've blocked pro-abortion tweets from Planned Parenthood or their affiliates. Show me where you've banned left-wing religious leaders who support abortion. Show me where you've censored political leaders who are pro-abortion.

If you have the evidence, show us. If not, admit the bias.

Already in 2017 it was documented that, "For years, Twitter has blocked the accounts of Live Action and Lila Rose from purchasing ads to reach the public. Blocked ads include information on Planned Parenthood's lack of health services for women, a map directing women to comprehensive health care clinics around the nation, and a quote by Thomas Jefferson."

Where has Twitter done the same to pro-abortion activists? Pray, do show and tell.



**Recommended**

**The Media Are Silent Over One Particular Story Relating to Kamala Harris**

Matt Vespa

The Twitter rep testifying before Senator Cruz even had the audacity to claim that there is a context for every tweet, as if there was some possible justification for blocking Mother Teresa's words. There was not. As Cruz rightly pointed out, the context of the tweet was the tweet. That was it. What you saw was what you got. And what you got was a truthful statement that upsets and offends the pro-abortion zealots.

It is widely known that the social media giants and even Amazon have relied on radically leftist groups like the SPLC (which I and others consider the most dangerous hate group in America), GLAAD (originally the Gay and Lesbian Against Defamation but better termed Gay and Lesbian Against Disagreement), and the HRC (the Human Rights Campaign – meaning, only some humans).

many of these companies' executives make for a highly toxic, even dangerous political and ideological climate.

Because of that, we need to keep on speaking up and speaking out, doubling and tripling our efforts to get our message out, without hesitation or trepidation.

Either that, or we crawl into a self-imposed closet of fear and shame.

What will it be?

**Editor's Note:** If Big Tech can ban and censor Trump and other Republican politicians, they can ban us. Support conservative journalism and stand up to Big Tech censorship.

Join Townhall VIP and use the promo code **BIGTECH** to get 25% off VIP membership!

## Recommended Townhall Video



"THAT Is Racist!" Ted Cruz Breaks Down De…

More Videos

"THAT Is Racist!" Ted Cruz Breaks Down Democrat

CRUZ: High Gas Prices Are "The Intended Effect Of Political

Joe Biden Swipes At Ron DeSantis For "Hateful" Parental

Jim Jordan GRILLS FBI Rep Who Falls DEAD SILENT When The

Share this on Facebook

Tweet





Enter Your Email Address

Vote

By entering your email and voting in our poll, you are also subscribing to the Townhall daily email newsletter. You can unsubscribe at any time.

Tags:  TWITTER   MOTHER TERESA

**California Seeks to Allow Non-Citizen Police Officers**
Spencer Brown

**Of Course, The GOP Has Found a Way to Totally Blow the 2022 Midterms**
Matt Vespa

**Confirmed: It's a Toxic Political Environment for Democrats**
Guy Benson

**The Media Is Silent Over One Particular Story Relating to Kamala Harris**
Matt Vespa

**Putin Spox Admits 'Significant Losses' in Ukraine as UN Boots Russia From Human Rights Council**
Spencer Brown

**Alabama Lawmakers Advance Florida-Style Parental Rights Bill**
Madeline Leesman

SHOW COMMENTS

**Trending on Townhall Media**

**The Media Are Silent Over One Particular Story Relating to Kamala Harris**
TOWNHALL

# Townhall

**Morbidly fascinating footage of Will Smith and Jada Pinkett Smith might offer some insight into Will's apparent hostility issues [video]**

TWITCHY

---

**White House's Latest Threats Expose Depravity That Can Not Stand**

REDSTATE

---

**Did China Just Invade Shanghai?**

PJ MEDIA

---

   

Columnists    Political Cartoons    Tipsheet    Townhall TV    Podcasts    Radio News    Entertainment    VIP    Capitol Voices    Election Results    Tags    Townhall Radio

About Townhall    Advertise    Terms & Conditions    Privacy Policy    CCPA - Do not sell my personal information    California - CCPA Notice    Radio Stations    Sitemap    Jobs

Contact Us    Newsletters    iPhone/Android Apps

---



Townhall.com is the leading source for conservative news and political commentary and analysis.
Copyright © Townhall.com/Salem Media. All Rights Reserved. Terms under which this service is provided to you