# Exhibit JJ









# Google Maps Location Data of Freedom Convoy Donors Posted Online

FEB 23, 2022 | [TOP STORIES] [WORLD]



  (/#facebook)   (/#twitter)   (/#linkedin)   (/#email)   (/#copy_link)

(https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F2022%2F
maps-location-data-of-freedom-convoy-donors-posted-
online%2F&title=Google%20Maps%20Location%20Data%20of%20Freedom%20Co

By Paul Joseph Watson (https://www.infowars.com/author/11/)
**Precise Google Maps locations of people in Ontario, Canada who donated to the Freedom Convoy was posted online as a result of the GiveSendGo hack that was incited by the media.**

Following the legacy media-led demonization of the Canadian truckers and their supporters, the names of 90,000 people who donated to the cause were leaked.

Now a Google Maps link was posted, "pointing to locations of donors throughout the Canadian province, with each pin listing their names, donor ID, email address, and the amount they donated, including those as low as $10," reports **Breitbart (https://www.breitbart.com/politics/2022/02/22/ontario-freedom-convoy-donors-published-google-maps/).**

After being public for hours, Google finally terminated the link, which has now been replaced with a message that states, "This map is no longer available due to a violation of our Terms of Service and/or policies."

**CW 4 a New Republic of Alberta4All. Nothing Less.** … · Feb 22, 2022
All the people in Ontario (and their names and addresses) who donated to freedom were today exposed on google maps. Complete breach of privacy.

This is a war people.

**CW 4 a New Republic of Alberta4All. Nothing Less.**
@alberta_cw

I'm not going to post the actual url out of respect for those people but trust me, it's real and a lot of data.

#abpoli #canpoli



1:07 PM · Feb 22, 2022 from Calgary, Alberta ⓘ

♡ 237    ⬭ Reply    🔗 Copy link

**Read 96 replies**

---

**CW 4 a New Republic of Alberta4All. Nothing ...** · Feb 22, 2022 🐦
All the people in Ontario (and their names and addresses) who donated to freedom were today exposed on google maps. Complete breach of privacy.

This is a war people.

**CW 4 a New Republic of Alberta4All. Nothing Less.**
@alberta_cw

I took an example and crossed out the specific person's name, email, donation amount etc. to protect that person. There are 100's of these.





Following the GiveSendGo hack, numerous journalists attempted to harass the people whose names appeared on the list, including reporters from the CBC and the Washington Post.



As we **highlighted (https://summit.news/2022/02/22/canadian-mp-details-how-struggling-single-mothers-bank-account-has-been-frozen-by-trudeau-regime/)** yesterday, Canadian MP Mark Strahl related how a single mother in his district has had her bank account totally frozen by the Trudeau regime after she completely legally donated $50 to the trucker Freedom Convoy.

Authorities have now **moved (https://summit.news/2022/02/21/canada-moves-to-make-asset-freezing-under-emergencies-act-permanent/)** to make parts of the notorious 'Emergencies Act', including the asset freezing component, a permanent fixture.

The law was used as justification for the violent brutalization of protesters, including police horses being used to trample disabled demonstrators.

















FREE SPEECH SOCIAL MEDIA

*100% American          *100% Free Speech
* Live Streaming          * Groups, Pages
* Video Chat                * Marketplace
* Unlimited Friends      * Upload 4GB Videos

Stop being fooled by Twitter Knockoffs
that are featureless and censor their users.



ANOTHER COVID VARIANT FROM SOUTH AFRICA
WHAT CAN I DO? EVEN IF I AM VACCINATED.

Learn two natural things you
may want to consider.

01 Lose weight:
Imagine if it were possible to lose as much weight
SAFELY in 4 days as in 6 weeks of dieting?
Revolutionary new protocol. Not a diet

02 Natural support for your immune system now

Nothing like it on the planet!
To learn more please visit
www.r2mfire.com

## More Top Stories



The World Continues To Flock To Our 'Porous' Southern Border (/2022/04/08/2326196/the-world-continues-to-flock-to-our-porous-southern-border/)

**[FEATURED] [TOP STORIES] [U.S.]**

 (/#facebook)   (/#twitter)   (/#linkedin)   (/#email)   (/#copy_link)   (https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F... porous-southern-border%2F&title=The%20World%20Continues%20To%20Flock%20To%20Our%2...

Lax border policies across the globe and in the U.S. continue to contribute to large influxes of migrants from countries other than Central America

[read] MORE (/2022/04/08/2326196/the-world-continues-to-flock-to-our-porous-southern-border/)



FUNDING THE FAR LEFT: Soros family quietly bankrolls orgs supporting 'defund the police' politicians (/2022/04/08/2326577/funding-the-far-left-soros-family-quietly-bankrolls-orgs-supporting/)

**[FEATURED] [TOP STORIES]**

 (/#facebook)   (/#twitter)   (/#linkedin)   (/#email)   (/#copy_link)   (https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F... supporting%2F&title=FUNDING%20THE%20FAR%20LEFT%3A%20Soros%20fam...

George Soros and his daughter are top funders of two entities that are backing the progressive politicians

[read] MORE (/2022/04/08/2326577/funding-the-far-left-soros-family-quietly-bankrolls-orgs-supporting/)



## Food Prices Rise at Fastest Pace on Record Amid War-Related Disruptions (/2022/04/08/2326571/food-prices-rise-at-fastest-pace-on-record-amid-war-related/)

**[BUSINESS]  [TOP STORIES]**

 (/#facebook)     (/#twitter)     (/#linkedin)     (/#email)     (/#copy_link)

 (https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F202...prices-rise-at-fastest-pace-on-record-amid-war-related%2F&title=Food%20Prices%20Rise%20at%20Fastest%20Pace%20on%20...Related%20Disruptions)

Food prices across the world rose at their fastest pace on record in March, according to a UN agency that pointed to conflict-related export disruptions …

[read]MORE (/2022/04/08/2326571/food-prices-rise-at-fastest-pace-on-record-amid-war-related/)



## Vaccine Passports Pave Way for Digital ID and Globalist Control: Journalist (/2022/04/08/2326317/vaccine-passports-pave-way-for-digital-id-and-globalist-control/)

**[FEATURED]  [TOP STORIES]**

 (/#facebook)     (/#twitter)     (/#linkedin)     (/#email)     (/#copy_link)
 (https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F2...pave-way-for-digital-id-and-globalist-control%2F&title=Vaccine%20Passports%20Pave%20Way%20for%20Digital%20I...

Vaccine passports can lead to the implementation of a global digital ID that will threaten privacy and freedom across the world.

[read]MORE (/2022/04/08/2326317/vaccine-passports-pave-way-for-digital-id-and-globalist-control/)



Trump Responds to Letitia James Contempt Recommendation: "I've been Investigated More Than Billy the Kid, Jesse James, and Al Capone, Combined" (/2022/04/08/2326556/trump-responds-to-letitia-james-contempt-recommendation-ive-been-investigated/)

**[FEATURED] [POLITICS] [TOP STORIES]**

 (/#facebook)   (/#twitter)   (/#linkedin)   (/#email)   (/#copy_link)
 (https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F
investigated%2F&title=Trump%20Responds%20to%20Letitia%20James%20Con

[read]MORE (/2022/04/08/2326556/trump-responds-to-letitia-james-contempt-recommendation-ive-been-investigated/)



U.S. Court Reinstates Biden's Covid Vaccine Mandate for All Federal Employees (/2022/04/08/2326552/u-s-court-reinstates-bidens-covid-vaccine-mandate-for-all-federal/)

**[POLITICS] [TOP STORIES] [U.S.]**

 (/#facebook)   (/#twitter)   (/#linkedin)   (/#email)   (/#copy_link)
 (https://www.addtoany.com/share#url=https%3A%2F%2Fyournews.com%2F
covid-vaccine-mandate-for-all-
federal%2F&title=U.S.%20Court%20Reinstates%20Biden%E2%80%99s%20Covid

Appeals court OKs Biden federal employee vaccine mandate

[read]MORE (/2022/04/08/2326552/u-s-court-reinstates-bidens-covid-vaccine-mandate-for-all-federal/)

« Older Entries (/2022/02/23/2303820/google-maps-location-data-of-freedom-convoy-donors-posted-online/page/2/)



Operated By: [your]NEWS Media Group, Inc.

Article Archives

Select Month

**Change [your]LOCATION**    **Affiliate Login (/dashboard-access)**    **Submit [your]NEWS (/submit-a-story/)**    **Terms of Use (/terms-of-use/)**

**Privacy Policy (/privacy-policy/)**    **Advertise with yourNEWS (/advertise-with-yournews/)**

Copyright ©2021 [your]NEWS Media Group, Inc | Send comments, questions or complaints to: **info@yournews.com (mailto:info@yournews.com)** | Site by **KO (mailto:6822858@kevinoneill.us?subject=Your%20News%20Website)** | Beta v.2.0.1