# Exhibit EE

# YouTube Will Censor You If You Disagree With The Government — Even If You're In The Government

**thefederalist.com**/2021/08/11/youtube-will-censor-you-if-you-disagree-with-the-government-even-if-youre-in-the-government/

August 11, 2021

Censorship

By: Maggie Hroncich

August 11, 2021

4 min read



YouTube is once again curbing free speech, this time censoring Sen. Rand Paul, R-Ky., for disagreeing with the government.



Maggie Hroncich

Visit on Twitter @HroncichMaggie

 More Articles

YouTube is once again curbing free speech, this time censoring Sen. Rand Paul, R-Ky., for disagreeing with the government. Paul posted a video about masks that contradicted current CDC guidance, and as punishment, YouTube removed the video and banned Paul from uploading content for seven days.

Paul originally posted a video of a journalist interviewing him, which included a discussion about the science of masking.

"Apparently, because I dared to contradict Dr. Fauci and the government, YouTube has removed my video," Paul said in a response video, which the Big Tech company also removed. "YouTube might be a private entity, but they're acting like an arm of the government censoring those who provide an alternative view to the science deniers in Washington — people like Dr. Fauci, who have lied to the American people time and time again about masks."

The "offensive" content in the video was Paul's claim that N-95 masks are effective but cloth masks are not.

"Most of the masks you get over the counter don't work, they don't prevent infection," Paul said. "Saying cloth masks work when they don't actually risks lives, as someone may choose to care for a loved one with COVID while only wearing a cloth mask. This is not only bad advice but also potentially deadly information."

Paul said the health experts at the CDC have been ignoring key studies on the efficacy of surgical masks.

"A Danish study of 6,000 participants found that wearing a surgical mask did not significantly reduce a person's risk of COVID-19 infection compared to the risks facing those who did not wear masks," Paul said. "A Vietnamese study of 1,600 participants found that cloth masks allow for 97 percent penetration of particles the same size as the virus. This study also found that cloth mask wearers had a higher rate of infection than the control group who wore no masks."

Paul said he's always supported N-95 masks because they are more protective, which is why health care workers in contact with COVID-19 wear them instead of cloth coverings.

"Dr. Fauci knew that too, which is why he originally lied to the public and said that the masks don't work. He feared not enough health workers would be able to buy N-95 masks if the public was buying them," Paul said. "Ask any doctor or nurse what mask they wear when they go into a COVID patient's room: only an N-95 mask, because the other masks don't work."

A YouTube spokesperson told The Federalist that Paul has been issued a "first strike" for his comments on masks.

"We removed content from Senator Paul's channel for including claims that masks are ineffective in preventing the contraction or transmission of COVID-19, in accordance with our COVID-19 medical misinformation policies," the spokesperson said. "This resulted in a first strike on the channel, which means it can't upload content for a week, per our longstanding three strikes policy. We apply our policies consistently across the platform, regardless of speaker or political views, and we make exceptions for videos that have additional context such as countervailing views from local health authorities."

Although Paul said private companies have a right to ban him, he thinks YouTube's censorship is dangerous.

"As a libertarian-leaning senator, I think private companies have the right to ban me if they want to, but I think it is really anti-free speech, anti-progress of science, which involves skepticism and argumentation to arrive at the truth," Paul said. "I will try to channel my anger, not in breaking these companies up but by publicly expressing my disagreement with them and publicly promoting other channels that offer free-speech alternatives."

---

Maggie Hroncich is a former intern at The Federalist and a student at Hillsdale College.

Big Tech
big tech censorship
CDC
censorship
masking
masks
science
Sen. Rand Paul
YouTube



 (https://reclaimthenet.org)

**Defend free speech and individual liberty online.**

**Push back against big tech and media gatekeepers.**

| Your email address |
|---|

Subscribe now

Issue: June 2, 2021

# Twitter censors and locks out mRNA expert

Twitter's battle against "misinformation" is making constant mistakes.

By Cindy Harper(https://reclaimthenet.org/author/cindy-harper/)    Posted 6:32 pm

**Share ()**



**If you're tired of censorship, cancel culture, and the erosion of civil liberties**
**subscribe to Reclaim The Net. (https://reclaimthenet.org/subscribe)**

Twitter deleted a tweet by a pioneer of mRNA technology about viral shedding, a concept referring to the process of the body releasing viral particles due to a vaccine and potentially causing a risk of infection to others. The platform did not provide a reason for deleting the tweet and restricting the mRNA technology expert.

"I believe the 'shedding' idea is that the vaccinated shed spike protein, not virus. And, it's certainly true that people vaccinated with mRNA vaccines shed spike protein, but in miniscule amounts that almost certainly can't cause disease/malaise in others," Luigi Warren

wrote on Twitter on May 26.



Luigi Warren, currently the CEO and President of California-based biotech firm Cellular Reprogramming, and Derrick Rossi, co-founder of Moderna, are considered pioneers of mRNA technology.

In 2010, the duo became the first to publish a paper on mRNA-based cellular reprogramming in their groundbreaking paper, "Highly efficient reprogramming to pluripotency and directed differentiation of human cells with synthetic modified mRNA."

The journal Science and TIME magazine listed their work as one of the top ten medical and scientific breakthroughs of 2010.

Twitter's move to delete his tweet is bold and another example of how social media companies are getting it wrong in the fight against misinformation, especially on debated science.

Luigi did appeal Twitter's decision. But until Twitter reviews the appeal, he will remain locked out of his account. In his appeal he pointed out that he was "the inventor of the technology on which Moderna was founded," suggesting he knows the science.

**If you're tired of censorship, cancel culture, and the erosion of civil liberties**
**subscribe to Reclaim The Net. (https://reclaimthenet.org/subscribe)**



**Defend free speech and individual liberty online.**
**Push back against big tech and media gatekeepers.**

Your email address

Subscribe now



Where Biden Supreme Court nominee Judge Ketanji Brown Jackson stands on free speech issues (https://reclaimthenet.org/judge-ketanji-brown-jackson-free-speech-issues/)

**READ » (HTTPS://RECLAIMTHENET.ORG/JUDGE-KETANJI-BROWN-JACKSON-FREE-SPEECH-ISSUES/)**

March 25, 2022



**Linfield University investigates professor over social media post (https://reclaimthenet.org/linfield-university-investigates-professor-over-social-media-post/)**

READ » (HTTPS://RECLAIMTHENET.ORG/LINFIELD-UNIVERSITY-INVESTIGATES-PROFESSOR-OVER-SOCIAL-MEDIA-POST/)

March 25, 2022



**South Australia social worker receives gag order, ban on providing info on Covid/vaccines (https://reclaimthenet.org/south-australia-social-worker-receives-gag-order-covid/)**

READ » (HTTPS://RECLAIMTHENET.ORG/SOUTH-AUSTRALIA-SOCIAL-WORKER-RECEIVES-GAG-ORDER-COVID/)

March 25, 2022



**YouTube responds to CPAC censorship complaints with more censorship (https://reclaimthenet.org/youtube-responds-to-cpac-censorship-complaints-with-more-censorship/)**

READ » (HTTPS://RECLAIMTHENET.ORG/YOUTUBE-RESPONDS-TO-CPAC-CENSORSHIP-COMPLAINTS-WITH-MORE-CENSORSHIP/)

March 25, 2022



## Twitter says it was a mistake to block links to news outlet The Federalist (https://reclaimthenet.org/twitter-says-it-was-a-mistake-to-block-links-to-news-outlet-the-federalist/)

READ » (HTTPS://RECLAIMTHENET.ORG/TWITTER-SAYS-IT-WAS-A-MISTAKE-TO-BLOCK-LINKS-TO-NEWS-OUTLET-THE-FEDERALIST/)

March 25, 2022



## New bill aims to limit government communication spying (https://reclaimthenet.org/new-bill-aims-to-limit-government-communication-spying/)

READ » (HTTPS://RECLAIMTHENET.ORG/NEW-BILL-AIMS-TO-LIMIT-GOVERNMENT-COMMUNICATION-SPYING/)

March 24, 2022

**Big Tech alternatives:**



([https://reclaimthenet.org/recommended-vpns/](https://reclaimthenet.org/recommended-vpns/))

**VPN Providers (https://reclaimthenet.org/recommended-vpns/)**



([https://reclaimthenet.org/private-search-engines/](https://reclaimthenet.org/private-search-engines/))

**Private search engines (https://reclaimthenet.org/private-search-engines/)**



([https://reclaimthenet.org/free-speech-friendly-discord-alternatives/](https://reclaimthenet.org/free-speech-friendly-discord-alternatives/))

**Free speech friendly Discord alternatives (https://reclaimthenet.org/free-speech-friendly-discord-alternatives/)**



([https://reclaimthenet.org/private-web-browsers/](https://reclaimthenet.org/private-web-browsers/))

**Private web browsers (https://reclaimthenet.org/private-web-browsers/)**



([https://reclaimthenet.org/free-speech-friendly-and-privacy-focused-social-networks/](https://reclaimthenet.org/free-speech-friendly-and-privacy-focused-social-networks/))

**Free speech friendly and privacy-focused social networks (https://reclaimthenet.org/free-speech-friendly-and-privacy-focused-social-networks/)**



(https://reclaimthenet.org/free-speech-friendly-video-sharing-platforms/)

**Free speech friendly video sharing platforms (https://reclaimthenet.org/free-speech-friendly-video-sharing-platforms/)**

Login (https://reclaimthenet.org/?memberful_endpoint=auth)

Home(https://reclaimthenet.org)

Merch(https://merch.reclaimthenet.org/)

Contact(https://reclaimthenet.org/contact/)

Privacy(https://reclaimthenet.org/privacy/)

Sitemap(https://reclaimthenet.org/sitemap)

RSS(https://reclaimthenet.org/feed/)

**Light**  Dark



(https://merch.reclaimthenet.org/)

Daily Caller - https://dailycaller.com

## POLITICS

# 'Abuse Of Censorship': Twitter Suspends Republican Candidate For Tweet About Men 'Pretending To Be Women'



[Screenshot/Vicky Hartzler for Senate]



**NICOLE SILVERIO**
CONTRIBUTOR

March 01, 2022
4:53 PM ET

FONT SIZE:  

**T**witter suspended Republican Senate candidate and Missouri Rep. Vicky Hartzler Tuesday after tweeting that women's sports are not for "men pretending to be women."

Twitter issued a 12-hour suspension against Hartzler for her Feb. 14 tweet that included TV ad footage criticizing University of Pennsylvania swimmer Lia Thomas, a biological male, for participating in and dominating women's swimming since identifying as a female.

"I ran and coached girl's track, and I won't look away while woke liberals destroy women's sports. Women's sports are for women, not men pretending to be women," Hartzler

tweeted. "Some people are afraid to talk about it, not me."

**Vicky Hartzler**
@VickyHartzlerMO

I ran and coached girl's track, and I won't look away while woke liberals destroy women's sports.

Women's Sports are for Women, not men pretending to be women.

Some people are afraid to talk about it, not me.

Watch on Twitter

7:00 AM · Feb 14, 2022

1.1K Reply Copy link to Tweet

**Read 215 replies**

Hartzler's campaign manager, Michael Hafner, tweeted a screenshot of the suspension Monday. **(RELATED: Twitter Suspends Matt Walsh Over Transgender Tweets)**

**Michael Hafner**
@HafnerMO

Height of stupidity reached today:

@VickyHartzlerMO was BLOCKED from Twitter for saying "Women's sports are for women." #mosen





4:52 PM · Feb 28, 2022   ⓘ

♡ 246      💬 Reply      🔗 Copy link

Read 116 replies

Hartzler's campaign condemned the platform's move, calling the suspension "a horrible abuse of censorship," according to the Associate Press.

The campaign said in a statement the suspension was "shameful, utterly ridiculous, and a horrible abuse of censorship by big tech giants to stifle free speech," the outlet reported.

Twitter suspended the candidate on grounds of "hateful conduct," which prohibits a user to discriminate or "promote violence" on the basis of an individual's "gender identity."



## GET THE NEWS YOU NEED

Sign up for our newsletters below.

| Your e-mail address | SIGN UP |

You can unsubscribe anytime. By subscribing you agree to our Terms of Use.

Hartzler has represented Missouri's 4th district since 2011 and currently serves on the House Armed Services Committee and as the Ranking Member on the Tactical Air and Land Forces Subcommittee. According to her website, she is only two of Missouri's representatives to support former President Donald Trump's America First policies over 95% of the time.

**Around the Web**



### New Jersey Launches New Guidelines For Cars Used Less Than 50 Miles/Day

Sponsored | BindRight



### Read This Before You Renew Amazon Prime Again

Sponsored | Capital One Shopping



### Most American Chrome Users Didn't Know This (Do It Now)

Sponsored | guard.io



**New Jersey :Say Bye To Your Power Bill If You Own A Home In**

Sponsored | Home Solar USA



**Most U.S Residents Didn't Know How To Block Ads (Do It Now)**

Sponsored | Safe Life Tips



**[Pics] This Jet Always Tailgates Air Force One, Here's Why**

Sponsored | Livestly



**The Days Of Shingles Are Over. See Why Metal Roofing Is So**

Sponsored | MetalRoofNation.com



**Fox News Segment Boils Over Into Feisty Clash Between Former Trump Official, Dem…**

Daily Caller



**We Heard This Story About Jada, And Suddenly Will Smith's Slap Seemed**

Daily Caller



**REPORT: Hope Solo Arrested In North Carolina**

Daily Caller



**Viral Video Allegedly Shows A Russian Tank Getting Obliterated**

Daily Caller



**Stephen A. Smith Rips LeBron James After The Lakers Miss The**

Daily Caller



**Kylie Jenner Steps Out Braless In White Pant Suit, But It's Her**

Daily Caller



**Viral Video Allegedly Shows Ukrainian Farmer Stealing More**

Daily Caller



### Cancun 5-Star All-Inclusive Escape w/Air. Starting at $459! See This Deal & More.

Sponsored | Travelzoo



### River Edge: How Much Is My House Worth? Check Your Estimate

Sponsored | Home Values | Search Ads



### New York to Ben Gurion is Back on EL AL's new Dreamliner aircraft!

Sponsored | El Al

## Popular in the Community

AdChoices                     Sponsored

Show comments

ADVERTISEMENT

Daily Caller

NC's Lt. Gov let's loose on the Woke Agenda

about 3 hours ago

112 likes

The Daily Caller spoke to a volunteer veterinarian service at the border of Poland and Ukraine helping …

about 4 hours ago

69 likes

Inflation Is Eve

about 16 hours ago

1,652 view

*by GotChosen*



4 People Reacted

## How Do You Feel About This Article?

| Happy | Surprised | Sad | Angry |
|-------|-----------|-----|-------|
| 0 | 1 | 0 | 3 |

AdChoices ▷    Sponsored

advertisement

BREITBART

# BREITBART

TRENDING:   UKRAINE WAR   KETANJI BROWN JACKSON   BIDEN'S OPEN BORDER   RECORD HIGH GAS   DEM-CITY CRIME W

# 5 OF BIG TECH'S MOST SERIOUS ACTS OF CENSORSHIP

 187    EMAIL   PARLER    TWEET



Alex Wong/Getty Images

*by* LUCAS NOLAN | 10 May 2021 | 105

▶ 🎧 LISTEN TO STORY 16:28

Over the past year, Big Tech has greatly increased the rate of censorship online. Breitbart News has reported on these efforts extensively, here are five of the most serious acts of censorship by the Silicon Valley Masters of the Universe.

The Masters of the Universe have made a number of attempts to take further control of speech on the internet. Whether that means blacklisting public figures that they dislike or cracking down on the types of content considered acceptable to discuss online, tech giants have worked hard to further limit open discussion online.

*advertisement*

Here are five examples of recent censorship attempts by the self-appointed Silicon Valley Masters of the Universe:

## 1: ALL MAJOR SOCIAL MEDIA PLATFORM BLACKLIST FORMER PRESIDENT TRUMP

In January 2021, following riots at Capitol Hill, a number of social media firms took action against then-President Trump alleging that his rhetoric contributed to the Capitol hill events. In response, Facebook permanently suspended President Trump, as did Twitter.

Facebook CEO Mark Zuckerberg stated at the time:

> The shocking events of the last 24 hours clearly demonstrate that President Donald Trump intends to use his remaining time in office to undermine the peaceful and lawful transition of power to his elected successor, Joe Biden.
>
> His decision to use his platform to condone rather than condemn the actions of his supporters at the Capitol building has rightly disturbed people in the US and around the world. We removed these statements yesterday because we judged that their effect — and likely their intent — would be to provoke further violence.
>
> Following the certification of the election results by Congress, the priority for the whole country must now be to ensure that the remaining 13 days and the days after inauguration pass peacefully and in accordance with established democratic norms.
>
> Over the last several years, we have allowed President Trump to use our platform consistent with our own rules, at times removing content or labeling his posts when they violate our policies. We did this because we believe that the public has a right to the broadest possible access to political speech, even controversial speech. But the current context is now fundamentally different, involving use of our platform to incite violent insurrection against a democratically elected government.
>
> We believe the risks of allowing the President to continue to use our service during this period are simply too great. Therefore, we are extending the block we have placed on his Facebook and

> Instagram accounts indefinitely and for at least the next two weeks until the peaceful transition of power is complete.

Twitter similarly banned Trump, stating: "After close review of recent Tweets from the @realDonaldTrump account and the context around them we have permanently suspended the account due to the risk of further incitement of violence."



Politicians and commentators from across the political spectrum, including former Democratic presidential candidate Tulsi Gabbard, liberal journalist Glenn Greenwald, and countless conservative lawmakers warned that this is a threat to freedom of speech and democracy.

It was reported a few days after Trump's ban that German Chancellor Angela Merkel was also worried by the suspension of Trump from the platforms, stating that the bannings were "problematic" and she did not believe that social media management should be able to interfere with the right of freedom of expression.

Facebook has since referred its decision to ban Trump to the Facebook Oversight Board which has the ability to overrule Facebook's decision. The board operates independently from Facebook – but every member of it receives a salary from Facebook.

The board recently voted to temporarily uphold the ban on former President Trump's accounts on the platform. The board has reportedly told Facebook that it has six months to announce an end date to the former President's suspension or permanently delete his pages.

The board stated that Facebook cannot "make up the rules as it goes along," by banning some users for a set amount of time and others indefinitely. Read more at Breitbart News here.

advertisement

## 2: FACEBOOK, TWITTER HEAVILY SUPPRESS *NEW YORK POST*'S HUNTER BIDEN BOMBSHELL

In October of last year, Facebook and Twitter simultaneously worked to suppress a bombshell news article from the *New York Post* that indicated contrary to his previous denials that Joe Biden met with an adviser to the board of Burisma while he was vice president, arranged by his son Hunter, who was then working as a lobbyist for the company.

Facebook massively reduced the distribution of the article on its platform, shortly afterward Twitter marked links to the story as "unsafe," and eventually locked the official *New York Post* Twitter account.

Breitbart News reported at the time:

> The story made the front page of the *Post*, which also reveals that the Senate Homeland Security and Governmental Affairs Committee is investigating emails provided to it by a whistleblower, allegedly between Hunter Biden and executives at Burisma.
>
> His father has previously said, "I have never spoken to my son about his overseas business dealings."
>
> But according to emails obtained by the *Post*, Hunter introduced his father to a Burisma executive less than a year before the then-vice president pressured the Ukrainian government into firing a prosecutor who was investigating the company.
>
> Facebook spokesman and former Democrat staffer Andy Stone announced the decision on Twitter, and also practically invited Facebook's supposedly neutral fact-checkers to challenge the story.
>
> Significantly, the social network took the rare step of acting in advance of a decision by its "third-party fact-checkers," on which it usually relies on to defer responsibility for censoring news publishers.

> That move is practically unprecedented, arguably protecting the former vice president from a major political scandal at a critical time in the 2020 election.
>
> "While I will intentionally not link to the *New York Post*, I want be clear that this story is eligible to be fact checked by Facebook's third-party fact checking partners," said Stone. "In the meantime, we are reducing its distribution on our platform."

On October 30, 2020, Breitbart News reported that the *New York Post's* official Twitter account had been unlocked. Twitter explained its reasoning in a series of tweets, writing:

**Twitter Safety** @TwitterSafety · Oct 30, 2020
Our policies are living documents. We're willing to update and adjust them when we encounter new scenarios or receive important feedback from the public. One such example is the recent change to our Hacked Materials Policy and its impact on accounts like the New York Post.

**Twitter Safety**
@TwitterSafety

In response, we're updating our practice of not retroactively overturning prior enforcement.

Decisions made under policies that are subsequently changed & published can now be appealed if the account at issue is a driver of that change. We believe this is fair and appropriate.

6:03 PM · Oct 30, 2020

468 Reply Copy link to Tweet

Read 195 replies

**Twitter Safety** @TwitterSafety · Oct 30, 2020
Replying to @TwitterSafety
In response, we're updating our practice of not retroactively overturning prior enforcement.

Decisions made under policies that are subsequently changed & published can now be appealed if the account at issue is a driver of that change. We believe this is fair and appropriate.

**Twitter Safety**
@TwitterSafety

This means that because a specific @nypost enforcement led us to update the Hacked Materials



Policy, we will no longer restrict their account under the terms of the previous policy and they can now Tweet again.

6:03 PM · Oct 30, 2020                                    ⓘ

♡ 1.6K        ⬚ Reply        🔗 Copy link

**Read 3.1K replies**

Read more at Breitbart News here.

## 3: GOOGLE SUPPRESSES BREITBART NEWS IN SEARCHES ON TOPICS LIKE "BIDEN"

In July, Breitbart News published data that showed that Breitbart's Google search visibility is down 99 percent compared to the same period in 2016.

This was later confirmed by data published by RealClearPolitics and showed that the same censorship was affecting other conservative news websites.

It appeared that Google was not returning Breitbart News links in searches, even when users search for the exact string of words in an original Breitbart headline. When links to Breitbart stories do appear, it is often below obscure websites plagiarizing Breitbart's content.

Breitbart News reported at the time:

> In a new video, Breitbart News Editor-in-Chief Alex Marlow reveals in additional detail the depth of Google's suppression of Breitbart's reporting.
>
> "Breitbart News is, according to Amazon-owned Alexa.com, one of the top five news publishers in the United States, yet if you search — verbatim — Breitbart headlines in Google, you won't necessarily get any Breitbart results at all," Marlow said.
>
> The video goes on to demonstrate Google's suppression of Breitbart News.
>
> In one example, the viral Breitbart News story, "Maskless Nancy Pelosi Goes to San Francisco Hair Salon Despite Coronavirus Restrictions," fails to return any links to the site on Google.
>
> Instead, Google displays a list of obscure websites, some of which have plagiarized Breitbart's article, posting the article and headline in full.
>
> Google only displays one link that might lead users to Breitbart's story, a link to a post about the article on thedonald.win, an independent online forum set up by exiles from r/the_Donald, the Reddit hub of Trump supporters that was blacklisted by the leftist administrators of Reddit earlier this year.
>
> The same experiment was repeated with various other headlines, which again yield links to obscure websites plagiarizing the articles.

In November, Breitbart News published a report providing further information on the suppression of the website by Google. Breitbart noted that clicks and impressions to Breitbart News from Google searches

for "Joe Biden" were still at zero where they had remained for seven months at the time.

Breitbart News reported:

> As the following chart shows, clicks and impressions to Breitbart News from "Joe Biden" Google searches displayed a healthy pattern of activity until the middle of 2020, when they suddenly flatlined.



> As Breitbart News reported several months ago, the plunge first occurred after a major update to Google's search algorithm in May 2020.

> Despite the fact that Breitbart News reported it, Google has neither fixed the issue nor commented on it.

> Searches for "Hunter Biden" show a similar pattern, with far more clicks and impressions before Google's May update, even though the vast majority of public attention on scandals related to the former VP's son came relatively recently.



Breitbart News reached out to Google for comment at the time but no new information was forthcoming from the tech giant. Read more at Breitbart News here.

#### 4: YOUTUBE FORCES POLITICAL VIDEOS IT DOESN'T LIKE INTO 'PRIVATE' MODE

Breitbart News reported in April 2021 that the google-owned video hosting platform YouTube has been forcing politically dissident videos into "private" mode, limiting the viewership of the video only to the video's uploader and preventing them from being seen by the public.

YouTube informed Republican candidate Laura Loomer that it had locked her content in this manner, telling her that only she would be able to see a video she uploaded titled "Why Does The Left Blame White People for Everything?"

Loomer, who ran for Congress in Donald Trump's home district of FL-21 in 2020, and plans to do so again in 2022, was informed of the change to the video's status via an email from YouTube despite the video being publicly visible on her YouTube channel for three years.

"The video they cited is three years old!," said Loomer in a post on Gab. "More political censorship and discrimination from Big Tech!"






**YouTube Community...**    11:53 AM

to me ⌄



Hi Laura Loomer,

Our team has reviewed your content, and we think you may need to make changes to make sure it doesn't violate our **violent or graphic content policy**. In the meantime, we've made the following content private:

**Video:** Why Does The Left Blame All White People For Everything?

We haven't applied a strike to your channel, and if you make changes, or if you think we've made a mistake, you can request to make your content public again. However, there may be some instances where YouTube keeps your content private.

## What "locked as private" means

Content locked as private won't appear on your channel or in search results, and it won't be visible to other users. Learn more about how this works.

## What our policy says

> Please remove footage filmed by the perpetrator during a deadly or major violent event, in which weapons, violence, or injured victims are visible or audible. There are no exceptions for this policy, even if there is educational, documentary, scientific, or artistic context in your content.

YouTube informed Loomer: "Content locked as private won't appear on your channel or in search results, and it won't be visible to other users." YouTube alleged that Loomer's video violated its "violent or graphic content policy" with the video.

Read more at Breitbart News here.

## 5: "FACT-CHECKERS" WORK TO PUSH LEFTIST WORLDVIEW

Over the course of the past year, Breitbart News has reported extensively on attempts by leftist "fact-checker" groups to rewrite events and influence the modern news narrative, such as Twitter's Head of Site Integrity outright accusing members of the Trump administration of being "Nazis," and Facebook restricting the reach of PragerU's page for the "repeated sharing of false news."

Breitbart News reported in May that Politifact, a political fact-checking group, was eight times as likely to defend President Biden than fact-check him. Breitbart News reported:

> A Media Research Center (MRC) study found that four years ago, PolitiFact gave 52 fact checks including a "Truth-O-Meter" ruling of former President Donald Trump his first 100 days, while in the same time period in 2021, it offered 13 fact checks of President Joe Biden, NewsBusters reported Tuesday.
>
> "On its website, PolitiFact splits its Biden verdicts into 'Facts Checks Of Biden' and 'Fact Checks About Biden.' **Our review of the first 100 days shows 13 fact checks 'of Biden,' and 106 fact checks 'about Biden.'** That's an eight-to-one disparity," the outlet stated.
>
> NewsBusters also suggested PolitiFact is more sensitive when it came to people allegedly telling falsehoods about Biden than it is about him lying:
>
> Many of the fact checks about Biden are about "Facebook Posts," "Viral Images," or "Tweets." Those rulings often translate into content warnings. But there were two "Pants on Fire" rulings for House Minority Leader Kevin McCarthy, and one each for Fox News and for Tucker Carlson. Liz Cheney got the Flaming Pants for insisting that less than six percent of Biden's infrastructure package is about infrastructure.
>
> Perhaps the surprising measurement here is that the percentage of PolitiFact "Truth-O-Meter" rating of Biden and Trump were the same – 61.5 percent. Trump just had four times as many evaluations. Thirty-two of 52 Trump evaluations were defined as "Mostly False," "False," or "Pants on Fire." Eight of 13 Biden evaluations landed on the False side. Biden had zero "Pants on Fire" ratings in the first 100 days. In 2017, Trump had two.

In April, the *Washington Post* announced that it would no longer be updating its presidential fact-checking database after just one hundred days into the Biden presidency. Breitbart News reported:

> "Glenn Kessler, editor and chief writer of the Fact Checker, tweeted late Monday that the team would continue to fact-check President Biden 'rigorously' but would no longer maintain the database started under former President Trump," the *Washington Times* reported Tuesday.
>
> Kessler shared a link to the database, writing, "Here's the Biden database — which we do not plan to extend beyond 100 days. I have learned my lesson":



> Kessler explained, "'Learned my lesson' means that who knows what the next four years will bring. We have fact-checked Biden rigorously and will continue to do so. Trump at 500 claims/100 days was manageable; 8,000+ was not."

**Glenn Kessler** @GlennKesslerWP · Apr 26, 2021
Replying to @GlennKesslerWP
Here's the Biden database -- which we do not plan to extend beyond 100 days. I have learned my lesson.

washingtonpost.com
The false and misleading claims President Biden made dur...
The Biden era has offered a return to a more typical pattern — one that features frequent spin and obfuscation or ...

**Glenn Kessler**
@GlennKesslerWP

"Learned my lesson" means that who knows what the next four years will bring. We have fact-checked Biden rigorously and will continue to do so. Trump at 500 claims/100 days was manageable; 8,000+ was not.

9:57 PM · Apr 26, 2021

141 Reply Copy link

**Read 97 replies**

> He also urged readers to let him know if his team missed something during the first 100 days, adding, "What we produced is more comprehensive than anything else out there."

**Glenn Kessler** @GlennKesslerWP · Apr 26, 2021
Replying to @GlennKesslerWP
If you have not read the fact checks we have done in the first





In November, PolitiFact was forced to issue a correction after conservative commentator Candace Owens challenged the "false" rating attached to a video she posted about Biden. Politifact said in a statement:

> Correction: PolitiFact originally labeled this video false in our capacity as a third-party fact-checker for Facebook. On Nov. 20, an appeal to that decision was made on behalf of Ms. Owens. PolitiFact approved the appeal on Nov. 20, determined that a correction was appropriate, and removed the false rating.

Owens said in her video that was falsely "fact-checked" by PolitiFact: "Anybody who understands politics, who passed a basic level of civics knows that right now, in this moment, Joe Biden is literally and legally not the president-elect. This information cannot be fact-checked, because that is the truth, so they cannot take that off, they cannot censor that. It is a fact."

Breitbart News reported at the time:

> In August, Owens announced that she would be suing Facebook over its "blatant censorship" after the social media platform demonetized her page following her comments about senator Kamala Harris (D-CA) swearing into congress in 2017 as an "Indian-American."
>
> "I am SO EXCITED that we get to watch [Kamala Harris], who swore into congress as an 'Indian-American', now play the 'I'm a black a woman' card all the way until November," Owens had quipped on social media. "Fun times!"

> At the time, Owens told Breitbart News that Big Tech "censorship issue is real and we haven't done enough to fight it as conservatives."
>
> "All they [fact checkers] have to do is find one opposite opinion, and they can give you a false rating," Owens explained. "You have to send a legal letter every time to get it reversed."

Read more at Breitbart News here.

These are just some examples of recent attempts by Big Tech to silence conservative voices, shift the mainstream narratives, and crack down on dissenting opinions online. Breitbart News will continue to report on these issues and keep our readers informed of all online censorship.

Read more at Breitbart Tech.

***Lucas Nolan is a reporter for Breitbart News covering issues of free speech and online censorship. Follow him on Twitter @LucasNolan or contact via secure email at the address lucasnolan@protonmail.com***

**READ MORE STORIES ABOUT:**

Economy, Politics, Tech, Censorship, Donald Trump, Facebook, Google, Masters of the Universe, Twitter, YouTube

 TWEET           SHARE

**TRENDING TODAY**

*Ads by Revcontent*



Have Stubborn Body Fat? Drink This for 1 Week! (Watch)

*Actavis Breakthrough*



Suffering from Brain Fog? Do This for Mental Energy and Razor Sharp Memory

*Med News*



Celebs Who Went Broke and Now Working a Regular Job

*InsightAlley*



### How Dogs Cry For Help: 3 Warning Signs Your Dog Is Crying For Help

*DogFoodDiscovery.com*



### 23 Terrible Neighbors No One Wants to Live Near

*ItsTheVibe*



### An Unusual Tip If Your Car Has Automatic Headlights

*Comparisons.org*



### 49 Failed Celebs Who Now Work Normal Jobs

*ItsTheVibe*



### 29 Women from the 90s Everyone Had a Crush on

*ItsTheVibe*



### 30 Defunct Restaurant That'll Gives Us Chill

*StandardNews*

Comment count on this article reflects comments made on Breitbart.com and Facebook. Visit Breitbart's Facebook Page.

We welcome thoughtful responses and inputs. Comments with personally identifiable information, harassment, threats, or other violations will be removed.

Please let us know if you're having issues with commenting.

**ALSO ON BREITBART NEWS NETWORK**

**Pollak: Anne Applebaum Pushed …**

3 hours ago • 70 comments

Anne Applebaum does not think voters deserve to know about a candidate's …

**Father of Tel Aviv Killer Incites Young …**

an hour ago • 15 comments

The father of the terrorist who carried out a deadly attack in Tel Aviv on …

**Wholesale Inventories Rose More Than …**

an hour ago • 11 comments

Wholesale inventories rose as businesses expect robust demand in the months …

**House De Push Bac**

37 minutes a

House Dem Republican legislation t

*advertisement*



## YOU MAY LIKE

Ads by Revcontent

 FEATURED

## 40 Facts About the 60's Batman That Prove What Kind of Guys They Were

StandardNews

## 30 Breakup Messages That Will Crack You Up

ItsTheVibe

## 30 Defunct Restaurant That'll Gives Us Chill

StandardNews

25 Smartest Dogs You Can Get
Yourself Today

YourDIY

31 Greatest Western Actors of All
Time, Ranked

YourBump

31 Unusual Signs of High Intelligence
in a Person

StandardNews

*advertisement*

## MOST POPULAR

**Pollak: Russia Hoaxer Anne Applebaum Wants to Decide What's**

*71 comments*



**Hannah-Jones: Parents Are Wrong, America Is Racist**

*927 comments*



**Exclusive: Illegal Alien Charged with**





**3,731 comments**

Pet Su
Pet Su

**Disney CEO Bob Chapek Issues Groveling Apology to LGBTQ Activists**

*2,270 comments*



**Barack Obama Backs Internet Controls to Stem the 'Demand for Crazy'**

*5,241 comments*



**Texas Governor Orders Buses to Take Migrants to Washington, D.C.**

*8,704 comments*



Pet Su
Pet Su

**Friedman: Russian Invasion Won't End Unless the People Remove Putin**

*125 comments*



**Pelosi Tests Positive for Coronavirus After Spending Time with Biden**

*5,647 comments*



**Booker: GOP's KBJ Hearing Questions Were 'Insulting,''Demeaning**

Booker: GOP's KBJ Hearing Questions Were 'Insulting,''Demeaning

*766 comments*

**New Jersey Curriculum: Gender Lessons for 1st and 2nd Graders**

New Jersey Curriculum: Gender Lessons for 1st and 2nd Graders

*554 comments*



*advertisement*

*advertisement*

## ─── FROM THE HOMEPAGE ───

Report: George
Soros Funds 13
Radical Democrats
Running for
Congress in 2022

Report: George
Soros Funds 13
Radical Democrats
Running for
Congress in 2022

346 *Comments*

UN Food Price
Index Hits Highest-
Ever Levels Amid
Ukraine War,
Sanctions Clash

UN Food Price Index
Hits Highest-Ever
Levels Amid Ukraine
War, Sanctions
Clash

34 *Comments*

Wholesale
Inventories Rose
More Than
Expected, Pointing
to Even More
Inflation Ahead

Wholesale
Inventories Rose
More Than
Expected, Pointing
to Even More
Inflation Ahead

7 *Comments*

Graphic: Missile
Strike Hits Railway
Station as Ukrainian
Civilians Flee
Donetsk

Graphic: Missile
Strike Hits Railway
Station as Ukrainian
Civilians Flee
Donetsk

47 *Comments*

PICS: Kremlin Admits Russia Has Taken 'Significant' Losses in Ukraine

PICS: Kremlin Admits Russia Has Taken 'Significant' Losses in Ukraine

505 *Comments*

'Peace or Air Conditioners' – Italian PM Tells People to Cut Energy Use to Help Ukraine

'Peace or Air Conditioners' – Italian PM Tells People to Cut Energy Use to Help Ukraine

244 *Comments*

Shock Poll Puts Marine Le Pen Ahead of Macron in French Presidential Second Round

Shock Poll Puts Marine Le Pen Ahead of Macron in French Presidential Second Round

279 *Comments*

Palestinian
Terrorist Who Killed
Two in Tel Aviv Shot
Dead After Massive
Manhunt

Palestinian Terrorist
Who Killed Two in
Tel Aviv Shot Dead
After Massive
Manhunt

81 *Comments*

'Funeral Instead of
a Wedding' for
Terror Victim in
Israel Shot Dead
Weeks After
Becoming Engaged

'Funeral Instead of a
Wedding' for Terror
Victim in Israel Shot
Dead Weeks After
Becoming Engaged

25 *Comments*

Cuban-born
Alejandro Mayorkas
Invites Flood of Poor
Cuban Migrants

Cuban-born
Alejandro Mayorkas
Invites Flood of Poor
Cuban Migrants

111 *Comments*

German Govt Loses Vote on Imposing Mandatory Vaccinations on Over-60s

German Govt Loses Vote on Imposing Mandatory Vaccinations on Over-60s

41 *Comments*

Obamas Gush for Ketanji Brown Jackson, Lauding 'a New Dream to Dream'

Obamas Gush for Ketanji Brown Jackson, Lauding 'a New Dream to Dream'

436 *Comments*

Pressure Mounts for U.N. to Expel China, Cuba from Human Rights Council After Russia Ouster

Pressure Mounts for U.N. to Expel China, Cuba from Human Rights Council After Russia Ouster

30 *Comments*

**BREITBART NEWS**

| Masthead | Privacy Policy | Store |
| About Us | Cookies | Get the App |
| Accessibility Policy Info | Advertise | Newsletters |
| Terms of Use | Contact Us | Send A Tip |
| | Careers | Sitemap |

Enable Accessibility

Copyright © 2022 Breitbart

 The DisInformatio...    Subscribe    **Sign in**

# Media Will Not Call Big Tech Censorship "Censorship" Partly Because They Support Fake Fact Checks

Blinded by bias, some reporters struggle to see misinformation that buttresses their own bigotry.

 **Paul D. Thacker**
Feb 22

♡ 51    💬 25    ↗

*6 minute read*



Many reporters seem unconcerned that social media platforms are censoring what people can read. In just one recent example, Washington Post technology reporter <u>Will Oremus wrote a flat-footed analysis</u> that tried but failed to deny that censoring happens. Oremus attempted this clumsy maneuver by diving into conflicting dictionary entries for "censor" (Remember online debates in college that boiled down to dictionary definitions? Yes, he did that.) and by

deploying a stale but reliable formula of the DC pundit class: quoting academic experts they agree with and who travel the same ideological cocktail circuit.

What Oremus and others should do is just Google.

Wikipedia's "Censorship of Facebook" entry references multiple news articles where Facebook agreed to state-enacted bans in places like France, Germany and China. For example, a 2013 article in Time details Facebook agreeing to censor for countries. The story notes, "While India leads the pack, it was followed by Turkey, which restricted 2,014 pieces of content primarily because it defamed or criticized Ataturk or the Turkish state, which is illegal."

With a bit more Google juice, and a willingness to step outside the DC echo chamber, Oremus might also trip over a series of articles by the Irish website Gript, which reported that the Irish government has coordinated with social media companies to target specific news as "misinformation." Gript did this by analyzing government spreadsheets that came to light through a public information request. These spreadsheets listed Facebook posts and tweets on COVID-19 information that an Irish health agency then passed off to social media outlets for censoring.

After reviewing 1,300 social media posts that the Irish government reported as "misinformation," Gript found these social media posts included:

- *Articles from mainstream media outlets, including the New York Times, and an article from an associate editor of the British Medical Journal.*

- *Early reports that the AstraZeneca and J&J vaccines could be linked to blood clots.*

- *At least two videos of Parliamentarians speaking in their respective Parliaments, neither of which contained any incorrect medical information.*

- *Political comments about lockdowns and anti-lockdown protests, even when those comments contained no medical claims or references to COVID-19.*

- *Posts which made negative comments about particular individuals working in the medical or academic fields, but which made no medical claims.*

- *Posts which were clearly and unambiguously jokes.*



In one example, the Twitter account of a <u>nurse who opposed vaccine mandates</u> was targeted as misinformation, as was <u>a Tweet from the New York Times</u> that reported rare clots linked to J&J's COVID-19 vaccine.

> **NYT Science**
> @NYTScience
>
> A clotting disorder that may be linked to the Johnson & Johnson Covid vaccine is very rare, but so severe — causing strokes in young people — that experts put the vaccine on hold. Here's what happened to some of the women who've had the condition.



**'We Were Flying Blind': A Dr.'s Account of a Woman's J.&J. Vaccine-Related Blood Clot Case**

The disorder is rare, but so severe that the vaccine is on hold while experts weigh the risks and alert doctors and patients about symptoms and treatment.

nyti.ms

April 17th 2021

**17** Retweets  **27** Likes

As reported by Business Post, a company called Kinzen had a contract with the Irish government to determine "misinformation" or "disinformation." Kinzen's defines its mission as "protect every online community and public conversation from disinformation campaigns and dangerous content." Kinzen was founded by two former employees of Storyful, a startup which launched in 2010 as a social media newswire for verifying online content. Before starting Kinzen, the duo also worked at Twitter and Facebook.

Since the censoring program came to light, the Irish government has severed ties to Kinzen.

Big tech censorship is dangerous, and in most cases favors the public relations interests of Big Pharma, which is notorious for using disinformation to sell their products. A recent study in JAMA noted that pharmaceutical firms paid $33 billion in fines for illegal activity between 2003 and 20016. Yet, it is impossible to find an example of Facebook or Twitter calling out a pharmaceutical corporation for misinformation. Instead, tech companies censor average people to deny them the right to oppose government actions (a nurse against mandates) and the ability to access public health information (New York Times reports of vaccine side effects).

In other examples, <u>Facebook has censored</u> an investigation I wrote for The BMJ that found troubling data integrity problems with Pfizer's COVID-19 vaccine clinical trial. Editors with The BMJ sent Mark Zuckerberg an Open Letter calling his company's fact check "<u>inaccurate, incompetent and irresponsible</u>." Two weeks ago, Johns Hopkins professor <u>Marty Makary tweeted</u> that LinkedIn censored a post he wrote about a study published in JAMA. That <u>JAMA study found</u> that natural immunity, caused by getting sick with the COVID-19 virus, seems just as effective as a vaccine.



**Marty Makary MD, MPH**
@MartyMakary

Big tech was not happy about our JAMA study on natural immunity. LinkedIn took it down (censored my post below). The data doesn't fit the narrative.

Li re-instated my post after a friend compl to the CEO. Sorry if Silicon Valley did not *like* the results:
jamanetwork.com/journals/jama/…



| | | | | | |
|---|---|---|---|---|---|
| White | 669 (82) | 228 (77) | 221 (80) | 220 (89) | |
| Other | 100 (12) | 47 (16) | 35 (13) | 18 (7) | |
| Hispanic* | 106 (13) | 43 (15) | 39 (14) | 24 (10) | 40 |
| Attended college | 518 (64) | 179 (61) | 162 (59) | 177 (72) | .004 |
| Mask use | | | | | |
| Routinely | 114 (14) | 53 (18) | 28 (10) | 33 (13) | |
| Sometimes | 214 (30) | 103 (35) | 76 (28) | 68 (28) | |
| Rarely | 355 (44) | 117 (40) | 122 (44) | 116 (47) | <.001 |
| Never | 100 (12) | 22 (8) | 49 (18) | 29 (12) | |
| Nucleocapsid-positive[b] | 440 (54) | 280 (95) | 138 (50) | 22 (9) | <.001 |
| Anti-RBD-positive | 471 (58) | 293 (99) | 152 (55) | 26 (11) | <.001 |
| Antinucleocapsid/anti-RBD agreement | 779 (95) | 248 (96) | 219 (92) | 215 (98) | <.001 |
| Anti-RBD, U/mL[c] | | | | | |
| Median (IQR) | 158 (52-499) | 205 (61-535) | 131 (35-402) | 82 (19-172) | .005 |

Abbreviation: RBD, receptor-binding domain

[a] χ² test was used for categorical variables (Fisher exact test for rare outcomes), and Wilcoxon rank-sum test for continuous variables.

[b] Race and ethnicity data were collected to perform weighted random sampling among the 3 groups for antibody testing. Participants could select from predefined categories African American/Black, Asian, White, or

## Prevalence and Durability of SARS-CoV-2 Antibodies Among Unvaccinated US Adults by COVID-19 History

jamanetwork.com · 7 min read

⚠ Only you can see this post. It's been removed because it goes against our Professional Community Policies. <u>Learn...</u>

**Dorry Segev** @Dorry_Segev
our JAMA paper on natural immunity prevalence and durability has the 7th highest altmetric score of all 31,154 JAMA papers ever published since altmetric began -- wow!! guess we identified an important topic to study :)

February 9th 2022

**3,551** Retweets  **7,412** Likes

In this light, social media companies act as propaganda arms of pharma and denigrate any complex thinking that questions the value of the vaccines that they sell.

Reporters should be opposed to censoring scientific information, but most media—especially that odd species called the science writer—has aligned with the interests of scientists and the fact-checking industry. In a prior investigation for The BMJ, I reported how science writers misreported aspects of how the pandemic started, and documented several fact checks that got their facts wrong.

> Prominent outlets such as PolitiFact and FactCheck.org have added editor's notes to pieces that previously "debunked" the idea that the virus was created in a lab or could have been bioengineered —softening their position to one of an open question that is "in dispute." For almost a year Facebook sought to control misinformation by banning stories suggesting that the coronavirus was man made. After renewed interest in the virus's origin, Facebook lifted the ban.

Science writers did not complain when fact check sites got these facts wrong, because this process lined up with their own goals of knocking down stories that hint the pandemic could have started in a Wuhan lab. In some cases, science writers such Jane Qiu and the New York Times' Apoorva Mandavilli have made notorious claims that investigating a lab accident in China was proof of racism. Likewise, no science writer complained when Facebook censored an article in UnHerd that criticized the World Health Organization's incompetent investigation of a possible Chinese lab accident.

In fact, science writers will elevate people who make false "fact check" claims about how the pandemic began. In an October article, Nature Magazine detailed how virologist Danielle Anderson "received intense, coordinated online and e-mail abuse after writing a fact-checking critique in early 2020 of an article suggesting that SARS-CoV-2 might have leaked from China's Wuhan Institute of Virology (WIV)."

While nobody should face online abuse for expressing an opinion, Nature Magazine failed to inform readers that Anderson's spin on military research at the WIV was far from factual. In her incompetent fact check, Anderson said, "It is 'simply false' to label the Wuhan Institute of Virology (WIV) as a bioweapons research lab, adding that biosecurity at the institute is top-notch."



Since Anderson's fake fact check, the State Department put out a fact sheet on China's bioweapons research and underlined secret military activity at the WIV:

> *Despite the WIV presenting itself as a civilian institution, the United States has determined that the WIV has collaborated on publications and secret projects with China's military. The WIV has engaged in classified research, including laboratory animal experiments, on behalf of the Chinese military since at least 2017.*

Both NBC News and The Times of London ("Wuhan lab used Chinese military as key advisers") have also reported aspects of the WIV's secret collaboration with the Chinese military. Despite multiple lines of evidence that Anderson's "fact check" was not factual, Nature Magazine still presented her as a credible source.

This inaccurate portrayal can likely be explained by the financial ties between the Chinese government and Springer Nature, the publisher of Nature Magazine and Scientific American. Since the beginning of the pandemic, science writers for Nature and Scientific American have sought to denigrate any information that might cast a shadow on research by Chinese scientists and have colluded with experts who call the lab leak hypothesis a "conspiracy."

Disinformation doesn't have to be sophisticated when people believe what they read. Once this belief is established, censors ensure that disinformation remains strong, followed by denial that there is censoring. That way inconvenient facts do not mar the chosen story.

*This commentary has been co-published by The Journal of Scientific Practice and Integrity (JoSPI) and The DisInformation Chronicle.*

Thanks for reading The DisInformation
Chronicle! Subscribe to receive new posts and
please share.

| Type your email... | Subscribe |

♡ 51     💬 25     ↗ Share

Write a comment...

**Paul**  Feb 22   💚 Liked by Paul D. Thacker

Solid writeup. Another element that is just as bad (if not worse) is the stealth edit of information. I'm thinking of NY times articles where they change what was written w/ no attribution/notes/whatever. As well as when the CDC changes the definition of words like immunity and vaccines. You can also see this in dictionary.com type sites where they change the definition of words like racism. Impossible to communicate accurately when the same word means different things to different people. maybe that's the goal.

♡ 9   Reply

> **9 replies by Paul D. Thacker and others**

**Professor**  Feb 22   💚 Liked by Paul D. Thacker

Misinfo and Disinfo are words used to try to justify censorship by calling it something else. Censorship is akin to fecal matter. One can call it perfume but that doesn't change the smell.

♡ 2   Reply

**23 more comments...**

## Ready for more?

Type your email...                Subscribe

---

© 2022 The DisInformation Chronicle · Privacy · Terms · Collection notice



Get the Substack app

Substack is the home for great writing



LOG IN

| Insiders reveal new evidence for Johnny Depp… | Stanford prof calls cops on Berkeley prof… | Potential Nikolas Cruz juror says she can't be o… | This nixed natural-gas project shows… | Barack Obama's humiliation of feeble ol' Joe… | Man's leg found on Texas highway — 50… |

GET 30 DAYS FREE



**BETSY MCCAUGHEY**

*OPINION*

# Justice Thomas shows how we can end Big Tech censorship for good

By Betsy McCaughey

April 6, 2021    5:18pm    Updated

# NEW YORK POST

LOG IN

| Insiders reveal new evidence for Johnny Depp… | Stanford prof calls cops on Berkeley prof… | Potential Nikolas Cruz juror says she can't be o… | This nixed natural-gas project shows… | Barack Obama's humiliation of feeble ol' Joe… | Man's leg found on Texas highway — 50… |



Supreme Court Justice Clarence Thomas Thomas cited the crisis problem of social-media platforms like Facebook and Google wielding unlimited power to censor users whose views they don't like.

Mark Wilson/Getty Images



**MORE FROM:**
*BETSY MCCAUGHEY*

**Corporate quotas lose in court, a hit to divisive diversity rules**

---

**Biden must boost his pathetic plan to give shelter to Ukrainian refugees**

---

**The NYT finally discovers free speech — after years calling for Big Tech censorship**

---

**Woke CEOs' battle for transgender indoctrination in schools will backfire**

---

**Biden's State of The Union must declare new focus on military and energy**

# NEW YORK POST

LOG IN

| Insiders reveal new evidence for Johnny Depp… | Stanford prof calls cops on Berkeley prof… | Potential Nikolas Cruz juror says she can't be o… | This nixed natural-gas project shows… | Barack Obama's humiliation of feeble ol' Joe… | Man's leg found on Texas highway — 50… |

unlimited power to censor users whose views they don't like. His opinion offers hope at a time when Democrats controlling Congress are demanding that tech giants censor *more*. On March 25, Democrats on the House Committee on Energy and Commerce ordered tech CEOs to silence views that "undermine social-justice movements."

Thomas' announcement came in the context of a case involving former President Donald Trump. In office, Trump occasionally blocked his Twitter critics, and some of those critics sued, claiming the president's Twitter account is a public forum. The high court ruled the case is now moot, because Trump is out of office. Thomas concurred — and agreed with a lower court holding that Trump had violated his critics' First Amendment right to be heard.

But Thomas said "the more glaring concern" isn't what Trump did to a few critics, but rather the power of tech giants to censor or ban users entirely, even the leader of the Free World. The justice expressed astonishment that Facebook and Google could remove Trump's account "at any time for any or no reason."

Wrote Thomas: "One person controls Facebook . . . and just two control Google." Three people, in other words, have the power to disappear any of us from the digital public square, even a commander in chief. The Supremes, Thomas concluded, must rein in this unaccountable tyranny.

## SEE ALSO



**Supreme Court dismisses case about Trump blocking critics on Twitter**

Big Tech apologists argue that private companies are free to censor as they please. And it's true that the First Amendment prohibits only government from silencing viewpoints. But private ownership is never the beginning and end of constitutional analysis, not when there is so much at stake.

# NEW YORK POST

LOG IN

Insiders reveal new evidence for Johnny Depp…

Stanford prof calls cops on Berkeley prof…

Potential Nikolas Cruz juror says she can't be o…

This nixed natural-gas project shows…

Barack Obama's humiliation of feeble ol' Joe…

Man's leg found on Texas highway — 50…

Thomas also likened Big Tech to "public accommodations," such as hotels and baseball stadiums, which are legally required to serve everyone and not discriminate.

Nor did Thomas buy free-market absolutists' argument about competition limiting Big Tech tyranny. He pointed to the "substantial barriers to entry" facing newcomers. The fate of Parler proves the justice's point. When the Twitter alternative offered a censorship-free platform, Big Tech colluded to crush it.

We're facing a new form of censorship, in some ways far more sinister than the state-directed variety. Democrats and their media allies are happy to deputize Facebook CEO Mark Zuckerberg to censor the deplorables; there is no recourse or appeal, because the people doing the censoring are nameless, faceless Silicon Valley operatives.

## SEE ALSO



**Big Tech's assault on Parler proves it's gone full cartel**

And don't count on President Joe Biden. A staggering 14 of his picks to serve in the transition or in his new government are Big Tech alumni, according to a Daily Caller tally. Indeed, Biden probably owes his presidency in part to Big Tech — which rushed to censor this newspaper's reporting on the Hunter Files, on the patently false pretext that The Post had peddled "disinformation" or "hacked material."

It's salutary, then, that Thomas believes the high court can apply his reasoning without waiting for Congress. Until then, the public will hear only what Silicon Valley wants, and the place is awash with wokesters more dangerous than any college campuses — because these people control the levers of information.

Last week, Lara Trump posted an interview with the former president on Facebook. Immediately, Facebook took it down, explaining that "further content posted in the voice of

# NEW YORK POST

LOG IN

Insiders reveal new evidence for Johnny Depp…

Stanford prof calls cops on Berkeley prof…

Potential Nikolas Cruz juror says she can't be o…

This nixed natural-gas project shows…

Barack Obama's humiliation of feeble ol' Joe…

Man's leg found on Texas highway — 50…

FILED UNDER  AMAZON ,_____ , CENSORSHIP ,_____ , FACEBOOK ,_____ , GOOGLE ,_____ , PARLER ,_____ , SUPREME COURT ,_____ , TWITTER ,_____ ,

YOUTUBE ,_____ 4/6/21

---

READ NEXT   **Moving the MLB All-Star game to Denver makes NO sense**

---

## SPONSORED STORIES



**[Pics] Girl Makes 6 Babysitters Quit So Mom Records 7th**
top5.com



**Why People in River Edge are Loving Martha Stewart's Meal Kit**
Martha Stewart & Marley Spoon

**Such a realistic puppy will make people suspect that this is a real puppy**
botobre







# NEW YORK POST

LOG IN

Insiders reveal new evidence for Johnny Depp…

Stanford prof calls cops on Berkeley prof…

Potential Nikolas Cruz juror says she can't be o…

This nixed natural-gas project shows…

Barack Obama's humiliation of feeble ol' Joe…

Man's leg found on Texas highway — 50…





### [Pics] 30 Hilarious Cat Shaming Moments

Daily Funny

### Finally a Pair of Leggings that are Dressy enough to Wear to Work

American Giant on Real Simple

**Recommended** *2/5*

# NEW YORK POST

LOG IN

Insiders reveal new evidence for Johnny Depp…

Stanford prof calls cops on Berkeley prof…

Potential Nikolas Cruz juror says she can't be o…

This nixed natural-gas project shows…

Barack Obama's humiliation of feeble ol' Joe…

Man's leg found on Texas highway — 50…

## AROUND THE WEB



### Unsettling Details Revealed About Kamala Harris In Capitol Riot

NYPost.com



### The Latest AOC Incident Has Sparked Widespread Fiery Outrage

NYPost.com



### Olivia Rodrigo's Grammys Mishap Leaves Mouths Agape

TMZ.com



### The Samsung Theme Park You Probably Didn't Know Exists

Slashgear.com

# NEW YORK POST

LOG IN

Insiders reveal new evidence for Johnny Depp…

Stanford prof calls cops on Berkeley prof…

Potential Nikolas Cruz juror says she can't be o…

This nixed natural-gas project shows…

Barack Obama's humiliation of feeble ol' Joe…

Man's leg found on Texas highway — 50…

 

**Ex-Dallas Cowboys DL Junior Siavii Found Dead In Prison**
TMZ.com

**Oprah Winfrey's Transformation Is Gaining Serious Attention**
TheList.com

 

**Barron Trump's Obvious Transformation Is Getting Some Attention**
NickiSwift.com

**Maher Savagely Fires Back At Goldberg As Beef Takes A Big Turn**
Decider.com

Powered by ZergNet

## RECOMMENDED FOR YOU

 

# *NEW YORK POST*

LOG IN

Insiders reveal new evidence for Johnny Depp...

Stanford prof calls cops on Berkeley prof...

Potential Nikolas Cruz juror says she can't be o...

This nixed natural-gas project shows...

Barack Obama's humiliation of feeble ol' Joe...

Man's leg found on Texas highway — 50...



**Victoria's Secret model Josephine Skriver marries singer Alexander...**

Page Six



**Who is Ketanji Brown Jackson? 6 things to know about Biden's...**

MarketWatch



**Sunny Hostin Spars With Stephanie Grisham Over Calling Marjorie...**

Decider



**Adam Levine and Behati Prinsloo Launch Los Angeles Compound Onto...**

Mansion Global



# NEW YORK POST

LOG IN

Insiders reveal new evidence for Johnny Depp…

Stanford prof calls cops on Berkeley prof…

Potential Nikolas Cruz juror says she can't be o…

This nixed natural-gas project shows…

Barack Obama's humiliation of feeble ol' Joe…

Man's leg found on Texas highway — 50…

SUBSCRIBE FOR $1 ›

Search

**U.S.**

**World**

**Business**

**Tech & Science**

**Culture**

**Autos**

**Sports**

**Health**

**Opinion**

**Experts**

**Education**

**Podcasts**

**OPINION**

# Big Tech Censorship Threatens Americans' Constitutional Rights | Opinion

CLOSE ✕

**BROOKE ROLLINS**, *PRESIDENT AND CHIEF EXECUTIVE O...*
*POLICY INSTITUTE*

ON 7/14/21 AT 6:30 AM EDT

SUBSCRIBE FOR $1 ›



OPINION          SILICON VALLEY          ONLINE CENSORSHIP          TWITTER          YOUTUBE

Listen to this article now

Powered by Trinity Audio

00:00                                                                                04:06

Who rules in America? Is it a handful of unaccountable elites, who concoct and enforce standards arbitrarily? Or is it the American people? If the answer is the former, we should just an arriv

issue aristocratic titles, and be done with the c

Tech's actions to censor everyday Americans

nation moves closer to being governed by una



CLOSE ✕

SUBSCRIBE FOR $1 >

American experiment.

That doesn't mean our fight will be easy. The outdated Section 230 of the Communications Decency Act provides *carte blanche* immunity to Big Tech and allows these giants to circumvent Americans' First Amendment right to free speech. What would have been dismissed a decade ago as paranoid dystopian fiction—a handful of technology companies such as Facebook, YouTube and Twitter effectively seizing control of the American public square—is now our own grim reality.

Liberal elites have partnered with, protected and encouraged Big Tech in its attempts to limit the free flow of ideas and censor discourse. Take, for example, the censorship inflicted on some medical professionals in the early stages of COVID-19. At the time, experts studied, debated and explored the use of therapeutics such as hydroxychloroquine and Ivermectin. Debate, open dialogue and free criticism are crucial in science and medicine. But instead of allowing a healthy debate, Big Tech and the federal government colluded to portray entire groups of medical experts as proponents of misinformation—YouTube went so far as to censor content recommending the use of proven therapeutics by labeling it "Treatment Misinformation." This censorship damaged the reputations of countless medical professionals and respected scientists who are now questioned and excoriated because of the one-sided set of "facts" determined by bureaucrats and tech giants.

CLOSE ✕

*a major class action lawsuit against the big tech giants*

SUBSCRIBE FOR $1 >

But the examples don't stop with the medical community. They continue with the schoolteachers, parents, millennial influencers, immigrants—everyday Americans —whose First Amendment rights were abridged.

**NEWSWEEK NEWSLETTER SIGN-UP >**



SUBSCRIBE FOR $1 ›

CHESNOT/GETTY IMAGES

Just this past weekend YouTube removed the video of the America First Policy Institute's press conference announcing former president Donald J. Trump's lawsuit against Facebook, YouTube and Twitter. These conglomerates continue to conspire against those who espouse beliefs contrary to their preferred narrative. Time and time again, Big Tech has demonstrated that it is determined to silence Americans' voices and trample on our First Amendment rights. Putting America First means that we will continue to join with everyday Americans and defend our Constitution from these threats.

Today, Big Tech has its thumb on the scale in favor of one political ideology. Tomorrow, it could be censoring *your* viewpoint. It has turned away from the very principles of free speech that allow for its existence and has engaged in an Orwellian stifling of speech, ideas, assembly,  become an avenue for suppression, rather tha

CLOSE ✕

*a major class action lawsuit against the big tech giants*

Are the leaders of this country still the America the men and women who do honest work eve equitable treatment in return? At the end of thi

SUBSCRIBE FOR $1 ›

This country just celebrated its 245th Independence Day. For the sake of future Independence Days, and for the sake of future American generations, we must fight for the people's rule.

*Brooke L. Rollins is president and chief executive officer at the America First Policy Institute and previously served as an assistant to the president and Director of the Domestic Policy Council under the Trump administration. You can learn more about the class action lawsuit by visiting* TakeonBigTech.com.

*The views expressed in this article are the writer's own.*

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

SPONSORED CONTENT

mgid ▷



**If You Can Qualify For Any Credit Card, These Are The Top 6**
Nerd Wallet

**Wanna Earn As You S[...] Compare These Cash [...] Credit Cards**
Nerd Wallet

CLOSE ✕



*a major class action lawsuit against the big tech giants*

SUBSCRIBE FOR $1 ›



**Fishermen See Animal On Iceberg, But Then Look Closer**

Maternity Week



**Here's How Much New Jersey Maids Charge To Clean A House**

Search Ads



**Warning Signs That Your Heart Is Failing You!**

Search Ads



**"They Almost Killed Me" Why Tommy Chong Doesn't Trust CBD**

CBD Good Vibes

## Popular in the Community

AdChoices ▷                    Sponsored



CLOSE ✕

*a major class action lawsuit against the big tech giants*

SUBSCRIBE FOR $1 >

Start a discussion, not a fire. Post with kindness. Read our guidelines **here**.

🔔  Log in   Sign up

What do you think? 📷

Sort by Best ⌄

L  **lynn**  · 15 July, 2021                                        ⋯

For sure there were several well written posts lambasting big tech censorship that have been removed. You know its bad when the most popular post under the article has 26 downvotes and only 7 upvotes

Reply   👍 6   👎

T  **Ted**  · 15 July, 2021                                          ⋯

Seems like there were a LOT more comments under this article earlier. How ironic

Reply   👍 8   👎

B  **BanAllComments**  · 14 July, 2021                               ⋯

Newsweek allows comments?  HOW DARE YOU!

Reply   👍 9   👎 1

F  **Frank**  · 14 July, 2021                                        ⋯

You can criticize censorship, argue that government should interfere with how businesses interact with their customers, even say that section 230 should be modified in such a way to kill social media as we know. But, as needs to be said constantly, the first amendment to the Constitution does not b...See more

Reply   👍 7   👎 34

↳ 1 reply

J  **Jim**  · 14 July, 2021

Nothing is stopping any one from creating their own
views are as popular as they think they are, then the
platforms.

Reply   👍 3   👎 36

R  **Reality101**  · 14 July, 2021

Actually, that app parlor tried that, and then go
claiming people on it were engaging in hateful

CLOSE ✕



*a major class action lawsuit against the big tech giants*

SUBSCRIBE FOR $1 ›

Reply  👍 6  👎 1
↳ 1 reply

---

N  **Newsweak**  ·  17 July, 2021  ···

The Biden Regime makes people disappear. Newsweak does the same to comments.  *(Edited)*

Reply  👍 3  👎

---

.  **. .**  ·  15 July, 2021  ···

I spoke to God and he reminded me to follow the path. Listen closly anyone can hear him.

You have nothing to fear noone does!

Even though I walk through the valley and the shadow of death I shall fear no evil for that you are with me....See more

Reply  👍 1  👎

---

N  **nfesTED**  ·  14 July, 2021  ···

hmm, seems the prevailing opinion of commenters here is pretty unpopular.

Reply  👍 1  👎
↳ 1 reply

---

OD  **Okee Dokee**  ·  14 July, 2021  ···

Trump stooge wanting to impose govt over private business. Try reading the terms of service agreement. Disingenuous at best.  *(Edited)*

Reply  👍 4  👎 24

---

**Regena wanna know**  ·  1 April, 2022  ···

don't think my COMMENT is gonna ~meet w/MODERATOR APPROVAL~
BUT i NEED HELP & POSSIBLY YOU CAN FIND OUT THE TRUTH--AND HOW "IT"
effects/affects>>ME<<
THIS IS BY FAR--NOT A "JOKE"...OTHER THAN ME COINING THE WORD
"FOOGLE" which i had used on G+ [AND NOW--ANO
"FOOGLE" in a RECENT V...See more

Reply  👍 1  👎

CLOSE ✕



*a major class action lawsuit against the big tech giants*

Show More Comm

SUBSCRIBE FOR $1 ›

## THE DEBATE



**The Future Is Electric Vehicles**

BY **DAVID MICHERY**

VS

**Be Honest About What EVs Can and Cannot Do**

BY **ASHLEY NUNES**



## OPINION



**Why Is Biden Waging War on Charter Schools That Benefit His Base?**

BY **DARVIO MORROW**



**With a Russian Veto, the U.N. Security Council is Not Fit for Purpose**

BY **PAUL GROD**





**Why Africa Doesn't Jump Into the Fray on Ukrain**

BY **JEAN-YVES OLLIVIER**



**Russia-Ukraine War Makes Georgia's Security Im**

BY **JANUSZ BUGAJSKI**

CLOSE ✕



*a major class action lawsuit against the big tech giants*

SUBSCRIBE FOR $1 ›


**BY JOSH HAMMER**


### What Makes for A Qualified Supreme Court Nominee?
**BY MARK DAVIS**


### Vladimir Putin Must be Tried for War Crimes
**BY LT. GEN. (RET.) JERRY BOYKIN AND LELA GILBERT**


### How to Prevent Further Escalation of Violence in Israel
**BY DAOUD KUTTAB**


### 'Don't Say Gay' Gaslighting Is Driving the Middle Class to Republicans
**BY ADAM B. COLEMAN**


### When It Comes to Banning Books, Both Right and Left Are Guilty
**BY ADAM SZETELA**

## GET THE BEST OF NEWSWEEK VIA EMAIL

Email address

# Our Community



💬 296

Comments posted on New

Comment

CLOSE ✕

*a major class action lawsuit against the big tech giants*

SUBSCRIBE FOR $1 ›

AdChoices ▷                    Sponsored


CLOSE ✕

SUBSCRIBE FOR $1 ›

## CHOOSE YOUR SUBSCRIPTION

### PREMIUM

Newsweek magazine delivered to your door
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
All newsletters + podcasts

FROM $9.99  ›

### DIGITAL+ AD FREE

Unlimited access to Ne
Ad free Newsweek.com
iOS and Android app ac
All newsletters + podca

FROM $1  ›

CLOSE ✕



a major class action lawsuit
against the big tech giants

SUBSCRIBE FOR $1 ›

# BEST OF NEWSWEEK VIA EMAIL

Join half a million readers enjoying Newsweek's free newsletters

Email address



© 2022 NEWSWEEK DIGITAL LLC

 

**Editions:**    U.S. Edition    日本    Pakistan    Polska    România

About Us    Announcements    Archive    Careers    Corrections    Contact Us    Editorial Guidelines

Mission Statement    Advertise    Copyright    Terms & Conditions    Privacy Policy    Cookie Policy

Terms of Sale



English    Español        Donate    Newsletter



**El American**

# Twitter Censors El American's Account

El American strongly rebukes Twitter for its reckless assault on free speech after our account was unilaterally suspended amid the release of our Idiot of the Week column, where we condemn a former elected official's ludicrous claims

**JOVEL ALVAREZ** · 12.18.21 · ⏱ 2 MINUTE READ

**19**
**Share**

f  19        🐦        ✉        🟢        💬



**How would you rate Joe Biden as a president?**

Great   Good   Bad   Terrible

9,661 Votes



**Liberals Are Furious That Trump Supporters Get This Trump Wrist Watch For Free!**

🔥 13,482

Promoted Content

[Leer en español]

We have been censored by Twitter. The reason appears to be a Twitter thread advertising our popular "Idiot of the Week" columns, which is perhaps one of the most creative and controversial on our site.

We all know that being unconventional, unbiased, and free in editorial lines can prove costly. In this case, our Twitter account has been barred and restricted because, allegedly, our content "violates" the platform's rules.



Uncensored
Vintage Pho

Warning, these rare
photos are not suit

**19**
**Share**         f  19              🐦                 ✉               🟢              ⓜ

Past Chronicles

But what was our crime? To say that we consider it idiotic to compare the state guard proposed by the governor of Florida, Ron DeSantis, with the armed groups with which the socialist dictatorship of Venezuela intimidates and persecutes citizens.



Uncensored
Vintage Pho

Warning, these rare
photos are not suit
all audiences.

Past Chronicles

*From the Web*    revcontent.

**Trump Supporters: Claim Your Free Watch**

By Liberty Inquirer

**Hilarious! These Bathroom Signs Have a Certain Attration**

By RocketFacts

**These Dogs Were Bred to Be Feared – Scariest Dogs in the World**

By RocketFacts

This was the offensive and ludicrous comparison by former U.S. Rep. Debbie

**19**
Share

 19            



Despite the fact that the representative's statement is absolutely far from reality, the social network considers it a priority to censor those who call her claims idiotic—rather than asking or verifying her insulting allegations.



We would like to think that we live in a world where it is possible to disagree with the other's way of thinking, to express our ideas freely and to encourage debate from both sides of the ideological spectrum. However, we live in a

19

## Should Elon Musk Re-instate Trump's Twitter Account? *

○ Yes!
○ No

## Email *

This poll gives you free access to our premium politics newsletter. Unsubscribe at any time.

SUBMIT

I can anticipate that this will not be the last time a situation like this occurs, but I ask myself a question: how long will Twitter be able to impose its leftist political correctness and remain unpunished?

We will wait for an answer.

## *From the Web*

revcontent.

**Trump Supporters:
Claim Your Free**

**Careful, These Breeds
Bark and Bite!**

**Ways That
Southerners Insult**

**19**
Share

 19







By RocketFacts

### Possibly the Greatest Bathroom Signs of All Time

By RocketFacts

### 1 Simple Trick That Cuts People's Electric Bill By Up To 90%

By Electric-Saver.com

### Most Drivers Are Unaware Of This Unusual Tip

By Comparisons.org

### How Dogs Cry For Help: 3 Warning Signs Your Dog Is Crying For Help

By DogFoodDiscovery.com

### Grandma Attacked Outside Store In River Edge

By SafeAlarm

### Urologist: Do This Immediately if You Have Enlarged Prostate (Watch)

By Prostate Breakthrough

**Twitter**   **Big Tech**   **Jovel Alvarez**

 Share        Tweet



**19**
Share

19

Author

## *Jovel Alvarez*

**19**

Share

19

**Sponsored**

**"Move your money by early 2022," Wall street legend warns**

Chaikin Analytics

**These Twins Were Named "Most Beautiful In The World," Wait Until You See Them Today**

HealthyGem

**MD: If You Have Toenail Fungus, Do This Immediately (Watch}**

Fungus Clear

**Unique And Magical Metal Windmill - Free Shipping Worldwide!**

hokrlobe

Shop Now

**Chrissy Metz'S Photos After Her Weight Loss Are A Bit Too Much**

Medical Matters

**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**

TruthFinder



**0 Comments**      **El American**   🔒                     1  **Login** ▾

♡ **Favorite**      🐦 Tweet     f Share                      Sort by Best ▾

**19**        f 19              🐦              ✉              📞              💬
Share

**LOG IN WITH**

**OR SIGN UP WITH DISQUS** (?)

Name

Be the first to comment.

**Sponsored**

**Thousands of Men Love these Simple Pair of Men's Shoes**

**Wolf & Shepherd**

**"Move your money by early 2022," Wall street legend warns**

**Chaikin Analytics**

**Unique And Magical Metal Windmill - Free Shipping Worldwide!**

**hokrlobe**

Shop Now

**Amateur Golfers: Don't Pay A Fortune For Golf Lessons. Do This Instead**

**Performance Golf Zone**

**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**

**TruthFinder**

**MD: If You Have Toenail Fungus, Do This Immediately (Watch}**

**Fungus Clear**

**19**

Share

f 19         🐦         ✉         🟢         💬

## Border Crisis: Does Kamala Harris Actually Care?

**PRISCILA GUINOVART**  · 12.17.21

Next Article ›

## AmericaFest and POPlitics: A Look into Turning Point's Genius Idea to Mix Pop Culture, Music, and Politics

**EL AMERICAN NEWSROOM**  · 12.18.21

History Photos You Can't Unsee

Warning, these rarely seen photos are not suitable for all audiences.

Past Chronicles

Open

**19**
Share

19

Enter keyword

# History Photos You Can't Unsee

Warning, these rarely seen photos are not suitable for all audiences.

Past Chronicles

Open

*Freedom in your inbox*

Subscribe now to get the most relevant take on the news:

Enter your email

**19**
Share

19





Whatfinger

 France Goes Right? Le Pen is 'grabbing the world's attention' ahead of French presidential ele...

 Brian Stelter Humiliated by College Freshman During Visit to University of Chicago...

 "We Got SLAUGHTERED" Democrats LOST Almost Every Special Election The Other Night!...

Ad



Chilling Find At Niaga

Past Chronicles

 Sen. Ron Johnson says EVEN more evidence now directly implicates Joe Biden in Hunter's corrupt, secr...

**19**
Share        19





**19**
Share

19



or



Whatfinger

**19**
Share





**19**
Share

19



1776 hat   ON SALE   33% off

TAP HERE

## The latest

**Ukraine: 4 Children and 36 Adults Killed in Russian Attack on Kramatorsk Station**

04.08.22

**Jen Psaki: 'Health Care for Transgender Kids Is the Best Practice and Potentially Lifesaving'**

04.08.22

**Ketanji Brown Jackson is Heading to the Supreme Court. What's Next?**

04.08.22

**Asia Rallies Against China's Imperialist Aspirations; Will These Efforts Succeed?**

04.07.22

**19**
Share

19

04.07.22

*Related Posts*

---

POLITICS EDITORIAL OPINION

**19**
Share

 19





## Antics

Although it was predictable, Mitt Romney stated that he would support Ketanji Brown Jackson's nomination to the Supreme...

EDGAR BELTRÁN · 04.06.22

COLUMNAS DE OPINIÓN, IMMIGRATION, VENEZUELA, VENEZUELA, OPINION

## Venezuelans in Iquique: Illegal Immigrants or Refugees?

**19**
Share

🖪 19                    🐦                    ✉                    🟢                    💬

**NAHEM REYES** · 10.05.21

OPINION, IMMIGRATION, CUBA, FOREIGN POLICY

# 5 Things the United States Must Know About the Cuban Uprising

Perhaps Cuba will offer an opportunity to regain democratic solidarity and reinsert an effective policy of socialist reversal. In the meantime, here are 5 things the U.S. must know:

**JULIO M. SHILING** · 07.24.21

**19**
Share

19

POLITICS, CUBA, SOUTH AMERICA, OPINION

# What is the São Paulo Forum?

The São Paulo Forum has succeeded in dyeing Latin America with the red of a socialism that, after the fall of the Berlin Wall, the world considered to have been defeated

**VANESSA VALLEJO**   ·   03.09.22

**19**
Share

**OPINION**, **COLUMNAS DE OPINIÓN**, **OPINION**

# The Hypocrisy Behind Save Ralph

The short film could probably have a positive impact, beyond stopping animal cruelty, if it leads us to ask ourselves how much human beings are worth

**ANDRÉS HENRÍQUEZ**   ·  04.16.21

**19**
Share

 19

**OPINION**

# How the Left Transformed Nazism Into a 'Far-Right' Phenomenon to Use As Propaganda

In the U.S., too, the Progressive Left tries to demonize American conservatives and libertarians labeling them "Nazis and Fascists."

**EMMANUEL RINCÓN** · 02.12.21

**19**
Share

 19

The technological advancement may be awe-inspiring, but we need to consider the consequences of jumping into this new world

**ELIZABETH ROGLIANI**   ·   03.03.22

CRYPTO, SOUTH AMERICA, OPINION

## Making Bitcoin Legal Tender Goes Against the Very Nature of Cryptocurrency

More than 70 % of the population in El Salvador rejects the adoption of Bitcoin as legal tender

**JUAN FELIPE VÉLEZ**   ·   09.08.21

**19**
Share

19

**OPINION**,**ECONOMICS**

# Painful Facts and Figures About Income Taxes

It has been said that income taxes are the price we pay for civilization. To that, as I try to make sense of the tax code, I must ask, "This is civilization?"

**LAWRENCE W. REED**   · 08.05.21

**19**
Share

 19                              ✉

IMMIGRATION, OPINION

# The GOP's Historic Opportunity to Win the Latino Vote

The GOP needs Latinos and Latinos need the GOP, with small changes conservatives could win majority support from this community and fight in progressive states.

**EMMANUEL RINCÓN**  ·  09.07.21

OPINION

**19**
Share

🅕 19                    🐦                    ✉                    🟢                    💬

checks and balances, limit free speech, induce political corruption and degrade elections to levels of an organized crime scam

**JULIO M. SHILING**  · 03.08.21

ECONOMICS, OPINION

## Thriving Florida Looks on at New York's Economic Demise

In the midst of the economic crisis generated by the pandemic, Democratic officials have only one solution: raise taxes.

**EMMANUEL ALEJANDRO RONDÓN**  · 04.09.21

**19**
Share

19



Newsletter     RSS feed     About     Work with us     Advertising     Contact     Privacy Policy     Español

Donate          Newsletter

© 2022 El American Inc.

  

**19**
Share

19

# YouTube Censors Mom Fighting School Mask Mandates

Katrina Trinko / February 18, 2022

Once again, Big Tech is deciding which voices can speak out and which ones can't. The latest victim is a mom of four from Virginia whose interview with The Daily Signal was removed Thursday by YouTube.

Merianne Jensen went viral earlier this month when she made a passionate speech about COVID-19 mask mandates affecting kids at school. Jensen was addressing the school board of Prince William County, a Virginia community in the Washington, D.C., suburbs.

"You are on the losing side of history and it's time to make that right before these children now," she told the school board. So far, a video of her speech tweeted by The Daily Signal has garnered 1.6 million views.



The Daily Signal ✔
@DailySignal

SHE HAD THE RECEIPTS: Last year the Prince William County School Superintendent claimed "her hands were tied" by then-governor Northam's mask mandate for students...

WATCH Virginia mom Merianne Jensen call out

the hypocrisy



Watch on Twitter

2:13 PM · Feb 3, 2022

♡ 15.2K   💬 Reply   🔗 Copy link to Tweet

Read 551 replies

Shortly after Jensen spoke to the Prince William County School Board, my colleagues Lauren Evans, Mark Guiney, and Philip Reynolds interviewed her. They thought our audience would want to learn more about what inspired this mom, and why she was opposed to mask mandates in schools.

In other words, they were acting like true journalists.

But YouTube has an issue with that.

The Daily Signal produced a compelling video, splicing Jensen's school board speech with her interview. We let her explain how masks had affected her kids.

"My son came home the first day of school with an extreme headache, and went to bed with a stomachache because he was so anxious," she told us, adding, "For two weeks, he came home with a headache."

"We took him to the doctor," she recounted, and "it was all because of the mask."

But now you can't see that video on YouTube.

On Thursday, a YouTube representative emailed The Daily Signal, saying that the video had been "removed from YouTube for violating YouTube's COVID-19 medical misinformation policy."

"Specifically, the video includes a claim that 'COVID is not being spread in the classrooms, it is not being spread by children,' and our policies prohibit content claiming that any group or individual

cannot transmit the virus," the representative added.

First of all, let's be clear: Jensen was speaking as a mom, not as a doctor or a medical professional.

Secondly, this is yet another example of only one side being targeted over "misinformation." As Daily Signal reporter Mary Margaret Olohan chronicled recently, plenty of "experts" have made dubious claims about COVID-19, yet faced no censorship. Whether it's the New York Post scoop on Hunter Biden's laptop or a pediatrician speaking the truth about transgenderism in a Daily Signal video, it's only conservative views that get censored by Big Tech.

"Big Tech is showing us they have no pretense of objectivity anymore. What they offer is a two-tiered 'justice' system—one set of rules for those with the 'right' opinions and one set of rules for those with the 'wrong' ideas," says my colleague Kara Frederick, a research fellow in the Center for Technology Policy at The Heritage Foundation and author of the new report "Combating Big Tech's Totalitarianism: A Road Map."

Disagree with Jensen? Speak up. Make your own video. Write an op-ed. Do a fact-check. There's a million ways to get your view out there.

That's how a free society is supposed to work. It's not about quashing voices. It's about the spirited debate. Human beings have the gift of reason; we can hear different arguments and make our own decisions about who's right on the facts.

And yet, in a time where we increasingly use platforms like YouTube and Twitter and Facebook to communicate instead of talking face to face, those Big Tech companies are trying to control what we say.

I know the left is scared of parents like Jensen. They're terrified by Glenn Youngkin becoming governor in Virginia, after he waged a campaign prioritizing parents over leftist educational ideologues. They're

scared that moms like Jensen, whose words get over a million views, will cause other Americans to reconsider their own views.

They're afraid that if moms like her keep speaking up, they won't remain in control of our schools and everything else.

So they resort to censorship.

But here at The Daily Signal, we're still going to do journalism, no matter what YouTube tries to do to us. And, meanwhile, if you want to hear Jensen's words yourself, check out our Daily Signal video—on Rumble.



# Big Tech Censorship: A Debate Around Internet Free Speech

**THE NEEVA TEAM** ON **07/15/21**

In 2000, Google was just a search engine, Amazon was an online bookstore, and Mark Zuckerburg was a teenager—though, one without an iPod, because they didn't exist yet.



Two decades later, you're probably reading this on a browser built by Apple or Google (which is now a verb), Jeff Bezos is the richest person alive, and if Facebook were a country, it would be the world's most populous.

Big Tech is more powerful than ever. Using the internet today inevitably means engaging with their products and services. Tech companies have a lot of control over what we say and share online. But what happens when so few set the rules of the web for so many?

## What's 'Big Tech'?

neeva

Some also consider Microsoft and Twitter to be part of 'Big Tech.' All are headquartered in the US. Thanks to the globalization and digitization of the past few decades, they've become the largest and most dominant tech companies in their respective sectors.

Our relationship to Big Tech has changed drastically over the past ten years. In 2010, as the global financial crisis slowly subsided, US regulators took an optimistic view of Big Tech's rapid growth. Silicon Valley was at the center of a flourishing tech ecosystem; quality smartphones, consumer electronics, free online services, and affordable ecommerce were signs that competitive markets were working. Their innovations grew intimately intertwined with our daily lives, and the more we adopted their tools, the richer and more powerful they got. By August 2020, Apple was the first publicly traded U.S. company to hit a $2 trillion market cap, doubling its value in just over two years.

Today, Big Tech holds a tight grip on online commerce, information and entertainment. Amazon, Apple, Facebook and Google have grown much faster than the rest of the economy over the past decade and have recorded billions of dollars in profits. They did so by first dominating their respective businesses, then making acquisitions into new sectors to add revenue and outmaneuver smaller competitors. And while the COVID-19 pandemic wrought havoc on the global economy, Big Tech prospered with a combined revenue of more than $1.2 trillion.

Many now say Big Tech is too big. Some call them superpowers. *The New York Times'* John Herrman goes as far as to say that we "are but subjects on the surface of a planet they've fully colonized and terraformed." And politicians and regulators are paying attention. During a 2020 congressional hearing, the leaders of the Big Four were grilled by both Democrats and Republicans for their antitrust practices. The committee's report recommends corrective action, including the possibility of breaking up the companies, accusing them of

contemplating fines, new rules on privacy and competition, as well as content moderation policies for tech companies.

## What's Big Tech censorship?

Big Tech censorship is the idea that major tech companies can have gatekeeper power over what we do on their platforms.

More than ever, we post, debate, promote, and critique our ideas online. Digital communication platforms—like Facebook or Twitter—act as modern-day public squares. But they don't belong to the public. They're built and run by tech companies, using their digital infrastructure.

Under pressure to reduce the spread of violent and exploitative content, social media companies began employing moderators to remove inappropriate material from their platforms. While pornography and hate speech are protected by the first amendment, public sentiment was that this content—along with content depicting graphic violence— does not belong in digital "public squares" like social media. Tech companies prohibit this content in their terms of service.

This sentiment also applied to content meant to incite violence. But this gets murky when a call to violence is more subtle—neither graphic nor explicit—but still results in violent activity. It gets even murkier when political figures are involved. Suddenly, one person's moderation is another's suppression.

The issue was brought to the fore after January 6, when a violent mob of President Donald Trump's supporters, urged by the outgoing president to "stop the steal," stormed the US Capitol. The next day, Facebook issued Trump an indefinite suspension. The day after that, Twitter, where Trump tweeted more than 25,000 times during his presidency, issued him a permanent suspension, and over the following week, barred more than 70,000 other users. Snapchat, Youtube, Twitch and other platforms followed, while Apple and Google cut Parler, a

neeva

service, forcing the network offline. The tech companies claimed Trump and his supporters' "incitement to violence" and "hate speech" violated their terms of service.

Some were relieved by Big Tech's actions. Some even celebrated them, pointing to research showing that online misinformation had fallen after the president was deplatformed. Elsewhere the moves drew fierce backlash from conservatives and free speech activists, who argued that Big Tech's selective enforcement suggests political motives, and that their power over the digital landscape had gone too far. The image of a few Silicon Valley tycoons deciding what we can say online has prompted many to raise the alarm on free speech and Big Tech censorship.

But more telling were the reactions from other prominent figures like Angela Merkel, Germany's chancellor, who called the ban "problematic," or Russian dissident Alexei Navalny, who labeled it an "unacceptable act of censorship," or perhaps most surprisingly, Twitter CEO Jack Dorsey, who spoke of a "dangerous precedent."



How does the first amendment apply to the internet?

it doesn't apply to private companies, like Amazon, Apple, Facebook or Google.

A social media company's ability to moderate content isn't limited by the First Amendment. A private company can stop you from saying what you want on their platform. Your freedom to submit an article to, say, *The Washington Post*, is as important as their freedom to not publish your words. That much is relatively clear.

What isn't as clear is whether Big Tech companies, by banning users and posts, are exercising their rights to set editorial policy, or whether, given their immense power, they're engaging in internet censorship in favour of certain interests. Amid this debate, Section 230, an infamous 25-year-old regulation that gives Big Tech a certain immunity, has fallen under a cloud of scrutiny.

## What's Section 230?

Since becoming law, Section 230 is sometimes described as a kind of First Amendment for the internet. It shields "interactive computer services" from liability for content posted by their users and for moderating or removing material they consider obscene or offensive, so long as it's done "in good faith." Section 230 is known for granting online platforms safe harbors from prosecution over what's shared on their sites.

Section 230 is part of the 1996 Communications Decency Act, enacted primarily in response to concerns about minors' access to online pornography. At the time, the growing internet industry was getting mixed signals about what they could and couldn't be held liable for. Section 230's bipartisan writers understood that online platforms couldn't oversee the potential volume of content on their websites. Internet companies, after all, weren't like traditional publishers or broadcasters; the web was a new medium for free expression.

Section 230 survived, and for its first twenty years, remained somewhat obscure. But in today's digital age, Big Tech reigns supreme and Section 230 has vast consequences wherever online discourse takes place on platforms subject to American law. It gives billions of users across the globe access to content others create, and allows them to comment and interact without having moderators or algorithms review each post.

Some say that without Section 230, we wouldn't have today's internet. Democrats generally argue that the law lets tech companies off the hook, especially when it comes to rooting out extremism. Republicans tend to say it lets tech companies get away with too much, with some claiming they're out to do what those in government can't under the First Amendment by discriminating against conservative content. Both President Biden and Trump have said they want to repeal Section 230.

But repealing Section 230 wouldn't solve the problem—more comprehensive reform is needed. Many, including Mark Zuckerberg, are calling on legislators to improve Section 230, namely by defining the line between free speech and harmful content.

## Florida's Big Tech censorship bill, explained

Meanwhile, Florida is taking tech censorship matters into its own hands. In May, the state became the first to penalize tech companies for deplatforming politicians.

Governor Ron DeSantis signed Senate Bill 7072, which states that social media companies with at least 100 million users:

- Can only suspend political candidates for 14 days, and will be fined up to $250,000, (depending if the candidate is running for local or state office) for every day the company is in violation.

its publication or broadcast."

- Must notify their users of changes to their content moderation policies, preventing "Big Tech bureaucrats" from "moving the goalposts to silence viewpoints they don't like."

The law also allows Floridians "treated unfairly by Big Tech platforms" to sue companies in violation for monetary damages.

DeSantis, a Trump ally and a vocal critic of Big Tech, signaled his support for the motion in early February, soon after Trump was booted from social media. It's unclear how the law, set to take effect on July 1, will affect Trump's online presence. Critics question whether the bill is constitutional. When asked if the bill was intended to help Trump, DeSantis insisted it's "for everyday Floridians."

## Are Big Tech monopolies bad for democracy?

The framers of the constitution couldn't have predicted the unstoppable rise of Amazon, Apple, Facebook and Google. Never in the history of democracy has a handful of companies held such sway over the lives of so many.

Because they're neither public square nor publisher, tech companies are able to play by both sets of rules. On the one hand, like a public square, they can't be held accountable for what's said on their platforms; on the other hand, like a publisher, they have the right to moderate content. And letting them exist in this middle ground has arguably allowed them to reach unprecedented scale and influence—to the point that we rely on their products and services to function.

In January, Australian officials demanded that Google pay news publishers for content it displays in its search results. The company responded by threatening to shut down its search

neeva Sign In

While there's no perfect consensus, there are growing calls—from across the political spectrum—for a better approach to dealing with freedom of speech online, one that doesn't let Big Tech dictate fundamental civil liberties; one, ideally that doesn't permit internet censorship by Silicon Valley tech giants. A new wave of startups is offering alternatives to Big Tech and their shortcomings on privacy, security, and free speech.

Luckily, as we've seen, the rise of Big Tech is relatively recent. We're still in the early chapters of this story. There's still time to make the rules that will shape the internet—and the world—of the future.

The best way to limit Big Tech's power and how much it knows about you is to use privacy-protecting alternatives, like Neeva. Neeva is the world's first private, ads free search engine, committed to showing you the best results for every search. We will never sell or share your data with anyone, especially advertisers. Try Neeva for yourself, at neeva.com.

## Related content from Neeva

- Google Antitrust Cases: Actors, Arguments and Implications Explained

- The End of Third-Party Cookies: What to Expect for the Future of Tracking

- California Consumer Privacy Act (CCPA) Explained

- GDPR Explained: Is It Enough For Data Protection?

- Net Neutrality: What You Need To Know

neeva

Sign In



| | | |
|---|---|---|
| Home | Learn | Bill of Rights |
| Features | Our Products | DMCA |
| About | Shop | Neeva Web Crawler |
| Blog | Careers | Neeva.xyz |
| Press | Terms | Contact |
| Community | Privacy | |



© 2022 Neeva Inc