AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Jason Fyk,
*Plaintiff(s)*

v.  Civil Action No. 22cv1144

United States of America,
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To:  United States of America
By serving U.S. District Attorney's Office
501 3rd Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey L. Greyber, Esq.
Callagy Law, P.C.
1900 NW Corporate Blvd., Suite 310W
Boca Raton, FL 33401
T:  (561)405-7966
F: (201_549-8753
jgreyber@callagylaw.com
hcasebolt@callagylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 05/03/2022

CLERK OF COURT

/s/ Marlene Hight
*Signature of Clerk or Deputy Clerk*