UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON FYK, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | CASE NO.:  1:22-cv-01144 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

### NOTICE OF APPEARANCE AND EMAIL DESIGNATION

PLEASE TAKE NOTICE that Jeffrey L. Greyber, Esq., of Callagy Law, P.C., gives notice of his appearance as counsel for Plaintiff and requests that all pleadings, motions, notices, and further papers in this action be furnished to the undersigned.

**Primary:**   jgreyber@callagylaw.com

**Secondary:**   hcasebolt@callagylaw.com

Respectfully Submitted,

**CALLAGY LAW, P.C.**
1900 N.W. Corporate Blvd., Suite 310W
Boca Raton, FL  33431
(561) 405-7966; (201) 549-8753 (f)

/s/ Jeffrey L. Greyber
**Jeffrey L. Greyber, Esq.**
D.C. Bar No. 1031923
D.C Federal Bar No.: 1031923
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2022, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.  I also certify that the foregoing

2

document is being served this day on all counsel of record *via* Notices of Electronic Filing generated by CM / ECF, and *via* emails to defense counsel of record.

s/ Jeffrey L. Greyber  
**Jeffrey L. Greyber, Esq.**
