UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

Jason Fyk

                              Plaintiff

                                  vs.

Case No.: 1:22-cv-01144-RC

United States of America

                              Defendant

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action; Notice of Appearance and Email Designation; and Complaint for Declaratory Judgment Regarding Title 47, United States Code, Sections 230 (The Communications Decency Act) and Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/07/2022 at 1:09 PM, I served United States of America c/o U.S. District Attorney's Office at 601 D Street, NW, Washington, DC 20001 with the Summons in a Civil Action; Notice of Appearance and Email Designation; and Complaint for Declaratory Judgment Regarding Title 47, United States Code, Sections 230 (The Communications Decency Act) and Exhibits by serving Elena Haramalis, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Elena Haramalis is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 135   Height: 5'4"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

6/10/22
Executed On



Ambiko Wallace

Client Ref Number: 2022011216
Job #: 1603881

Williams Process Service, Inc. 721 US Highway 1, Suite 121 North Palm Beach, Florida 33408