IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON FYK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 22-1144 (RC) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Benton G. Peterson, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: August 3, 2022                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Benton G. Peterson*
　　　　　　　　　　　　　　　　　　　　　　　BENTON G. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　Bar No. 1029849
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Patrick Henry Building – Civil Division
　　　　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　　(202) 252-2534
　　　　　　　　　　　　　　　　　　　　　　　benton.peterson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2022, the foregoing Notice of Appearance has been served this Court's Electronic Case Filing System (ECF).

        /s/ *Benton G. Peterson*
BENTON G. PETERSON
Assistant United States Attorney
Patrick Henry Building – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2534