UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON FYK,
                 Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

              Defendant.

Civil Action No. 22-cv-01144 (RC)

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant hereby moves the Court for an extension of time from August 8, 2022 to September 13, 2022 to complete the filing of its response to the instant Complaint. Defendant has consulted with Plaintiff concerning this motion and Plaintiff's Counsel has indicated that he does not object to the request.  There is good cause for this motion:

Due to a confluence of administrative error and unanticipated backlog, the complaint in this matter was initially misrouted internally within this office causing a delay. Undersigned counsel was not aware of this matter until late last week. Given the truncated time table and the number of the stakeholders that need to be consulted there is an insufficient amount of time to supply the court with accurate information in response to the Complaint.

Accordingly, Defendant requires up to and including September 13, 2022 to respond to the Complaint in this matter. This extension will not affect the current deadlines. For the reasons stated above, Defendant requests that the Court grant the extension to September 13, 2022.

Dated:  August 5, 2022

        Washington, DC

                                        Respectfully submitted,


                                        MATTHEW M. GRAVES, D.C. Bar #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                                        /s
                                        BENTON G. PETERSON, BAR # 102984
                                        Assistant United States Attorney
                                        555 4th Street, N.W. – Civil Division
                                        Washington, D.C. 20530
                                        (202) 252-2534
                                        Attorneys for Defendant