- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON FYK,
      Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

      Defendant.

Civil Action No. 22-cv-01144 (RC)

**[PROPOSED] ORDER**

    Upon consideration of Defendant's Motion for an Extension and the entire record herein, it is this _____ day of _____, 2022,

    ORDERED that Defendant's Motion is hereby GRANTED;

    ORDERED that Defendant shall have up to and including September 13, 2022 to respond to the Complaint.

**SO ORDERED.**

_____
**United States District Judge**