UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON FYK,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA.<br><br>*Defendants.* | Civil Action No. 22-1144 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Dismiss or in the Alternative to Strike Plaintiff's Complaint from the record, the applicable legal authorities, and the entire record in this matter, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further,

**ORDERED** that this action is **DISMISSED; Alternatively,** it is hereby

**ORDERED** that the Complaint is stricken from the record,

**SO ORDERED** this ___ day of _____, 2022.

_____
RUDOLPH CONTRERAS
United States District Court Judge