**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CASE NO.: 22-cv-01144-RC

JASON FYK,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

_____/

**PLAINTIFF'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME (SEPTEMBER 27, 2022, TO OCTOBER 21, 2022) WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE THE COMPLAINT**

Plaintiff, Jason Fyk, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure (namely Rule 6(b)), hereby files this Unopposed Motion for Enlargement of Time (September 27, 2022, to October 21, 2022) Within Which to Respond to Defendant's Motion to Dismiss or, in the Alternative, to Strike the Complaint [D.E. 9] ("M2D"), as follows:

1.    Plaintiff filed his Complaint on May 2, 2022. *See* [D.E. 2].

2.    Defendant filed the M2D on September 13, 2022, *see* [D.E. 9], following an unopposed enlargement of the initial deadline. *See* [D.E. 8] and Aug. 8, 2022, paperless minute Order (granting Defendant's requested enlargement).

3.    Plaintiff's M2D response deadline is presently September 27, 2022.

4.    Plaintiff respectfully requests an approximate three-week enlargement of time up to and including October 21, 2022, within which to respond to Defendant's M2D due to, for examples, deadlines, scheduling, overall press of other pending matters, and a family vacation. More specifically, in no particular order, (a) undersigned counsel has a one-week (long-planned)

1

out-of-state family vacation scheduled in the not-so-distant future; (b) over the next few weeks, undersigned counsel has myriad other "first in line" (so to speak) deadlines to oblige and accordingly simply needs to space out his work calendar so as to give each prospective brief (including the prospective M2D response) the attention and quality time each deserves; (c) response to the M2D requires significant coordination and consultation with both Mr. Fyk and co-counsel, Constance Yu, Esq., and undersigned counsel has been advised that Ms. Yu's schedule over the next few weeks is equally as conflicted / packed; *e.g.*, on Ms. Yu's schedule over the next few weeks, among other things, is preparation for Ninth Circuit Court of Appeals oral argument (and the oral argument itself) in an important, complex matter that has been pending for a little over four years; (d) the complexity and great national importance of the pending matter warrants more time and thought (than usual) in responding to the M2D.

5.      Pursuant to Federal Rule of Civil Procedure 6(b), a deadline may be extended upon a showing of good cause. Plaintiff respectfully submits that he has demonstrated good cause for the requested enlargement – the additional time will foster an appropriate and thoughtful response to Defendant's M2D.

6.      This Motion is not being made for any improper purpose or in bad faith and does not stand to derail the overall progress of this action; this case is in its nascent stages.

7.      Undersigned counsel has conferred with Defendant's counsel and is authorized to represent that Defendant does not object to the requested enlargement. Undersigned counsel respectfully suggests, therefore, that no parties will be prejudiced by the Court's granting of this Motion.

WHEREFORE, Plaintiff, Jason Fyk, respectfully requests that this Court enter an Order (a) granting this Motion; *i.e.*, enlarging the current M2D response deadline from September 27,

2022, to October 21, 2022, and (b) affording any other relief the Court deems equitable, just, and / or proper.

Dated:  September 21, 2022.

Respectfully Submitted,

**CALLAGY LAW, P.C.**
P.O. Box 741214
Boynton Beach, Florida  33474
(201) 261-1700 (o); (201) 549-8753 (f)

/s/ *Jeffrey L. Greyber*
**Jeffrey L. Greyber, Esq.**
DDC Bar ID: 1031923
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2022, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jeffrey L. Greyber*
**Jeffrey L. Greyber, Esq.**