UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 22-cv-01144-RC

JASON FYK,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.
_____/

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's September 21, 2022, Unopposed Motion for Enlargement of Time (September 27, 2022, to October 21, 2022) Within Which to Respond to Defendant's Motion to Dismiss or, in the Alternative, to Strike the Complaint, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED this __ day of _____, 2022. _____

_____
RUDOLPH CONTRERAS
United States District Court Judge

1