UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON FYK,<br>   Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>Defendant.<br><br>   Defendant. | Civil Action No. 22-cv-01144 (RC) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant hereby moves the Court for an extension of time from October 28, 2022 to November 21, 2022 to complete the filing of its response to the Plaintiff's Motion. Defendant has consulted with Plaintiff concerning this motion and Plaintiff's Counsel has indicated that the requests is unopposed.  There is good cause for this motion:

Since the granting of Plaintiff's motion for extension, undersigned counsel has experienced multiple unanticipated schedule conflicts that have and will interfere with Defendant's ability to finalize the response to Plaintiff's motion.  Among those conflicts are the addition of several deadlines from a departing AUSA, that the undersigned has been asked to assist in maintaining.  Additionally, undersigned counsel is involved in discovery in an employment matter that will require undersigned to either depose or prepare deponents for depositions during the next two weeks. Finally, due to rescheduling preexisting due dates it has caused a cascading effect that has resulted in several upcoming deadlines (including motions for summary judgment, motions to dismiss and protective orders) that undersigned counsel is

- 2 -

endeavoring to complete.   matters a confluence of administrative error and unanticipated backlog, the complaint in

Accordingly, Defendant requires up to and including November 21, 2022 to respond to the Plaintiff's motion in this matter. This extension should not significantly affect the current deadlines. For the reasons stated above, Defendant requests that the Court grant the extension to November 21, 2022.

- 3 -

Dated: October 24, 2022

Washington, DC

      Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/_____
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON FYK,<br>          Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>Defendant.<br><br>          Defendant. | Civil Action No. 22-cv-01144 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for an Extension and the entire record herein, it is this _____ day of _____, 2022,

ORDERED that Defendant's Motion is hereby GRANTED;

ORDERED that Defendant shall have up to and including November 21, 2022 to respond to the Complaint.

**SO ORDERED.**

_____

**United States District Judge**

- 5 -