UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON FYK,<br>      Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>Defendant.<br><br>      Defendant. | Civil Action No. 22-cv-01144 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for an Extension and the entire record herein, it is this _____ day of _____, 2022,

ORDERED that Defendant's Motion is hereby GRANTED;

ORDERED that Defendant shall have up to and including November 21, 2022 to respond to Plaintiff's Motion.

**SO ORDERED.**

_____

**United States District Judge**