**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| JASON FYK, | : | | |
| | : | | |
| *Plaintiff*, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 22-01144 (RC) |
| | : | | |
| UNITED STATES OF AMERICA, | : | Re Document No.: | 9 |
| | : | | |
| *Defendant*. | : | | |

# ORDER

### GRANTING DEFENDANT'S MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED**.

**SO ORDERED**.

Dated: June 9, 2023                                                                     RUDOLPH CONTRERAS
                                                                                         United States District Judge